IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

CHERI MICHELLE EDENS, and others
similarly situated,

        Plaintiff,

v.

CEBRIDGE ACQUISITION, LLC,
CEQUEL III COMMUNICATIONS I, LLC,
CEQUEL III COMMUNICATIONS II, LLC,
& ALTICE USA,

        Defendants.

Civil Action No: 2:22-cv-00101

Hon. Thomas E. Johnston

---

**AFFIDAVIT OF TRAVIS LUCAS IN SUPPORT OF DEFENDANTS' MOTION TO
COMPEL ARBITRATION AND TO STAY LITIGATION**

State of West Virginia)
              ) ss.
County of Wood    )

PERSONALLY APPEARED BEFORE THE UNDERSIGNED AUTHORITY, TRAVIS

LUCAS, who after first having been duly sworn, does hereby depose and state under oath the

following based on his own personal knowledge:

1.     I submit this affidavit in support of Defendants' Motion to Compel Arbitration and

to Stay Litigation. I have personal knowledge of the statements made in this affidavit, and, if

called as a witness, I could and would testify to their truth.

2.     I am employed by Altice USA, Inc. ("Altice USA") as a Director of Operations

Field Service, Mid Atlantic, which is the region that includes West Virginia. I have held this

position since October 2019. Prior to holding that position, I have held various operations

positions at Suddenlink Communications ("Suddenlink") since April 1996, including prior to

Altice USA's acquisition of Suddenlink.

1

3.      In those positions, I am familiar with the services provided by Suddenlink to West Virginia customers.  In particular, I am familiar with Suddenlink's processes for the installation and activation of Suddenlink services, including Suddenlink's installation user guides, training provided to Suddenlink installation technicians, and billing statements for Suddenlink customers in the West Virginia region.[1]

4.      From my responsibilities, I am also familiar with Altice USA's and Suddenlink's corporate records related to customers' installation, activation, and cancellation of Suddenlink service, which were created or maintained by Altice USA or Suddenlink in the regular course of business.

**Plaintiff's Account**

5.      According to Suddenlink's records, on April 3, 2020, a field technician came to the address for which Plaintiff in the above-captioned action, Cheri Edens, ordered Suddenlink service in order to install the necessary equipment and activate the service.

6.      According to Suddenlink's records, Ms. Edens is currently a Suddenlink customer.

**Installation And Activation Of Service**

7.      Generally, as a matter of routine business practice, at the time of installation of Suddenlink services, the field services technician was required to present the subscriber (or his authorized representative) with a mobile device.  The device contained several screens that the subscriber or his authorized representative was required to interact with in order to complete the installation and activate service.

---

[1]      As of August 1, 2022, the services previously provided by Defendants under the Suddenlink brand are now provided under the Optimum brand.  I continue to use the term "Suddenlink" for ease of reference.

2

8.    During the time of Ms. Edens's order and installation of Suddenlink service, due to the COVID-19 pandemic, not all customers wished to handle the mobile device.  As a matter of routine business practice, technicians were required under such circumstances to read the following acknowledgement language to the customer: "CUSTOMER ACKNOWLEDGES THAT ALL INFORMATION ON THIS WORK ORDER, INCLUDING E911 NOTIFICATION AND CENTRAL STATION MONITORED ALARM SERVICE LIMITATIONS STATED ABOVE AND GENERAL TERMS AND CONDITIONS OF SERVICE PROVIDED AT OR PRIOR TO TIME OF SERVICE APPOINTMENT AND AVAILABLE AT [https://www.suddenlink.com/terms-and-policies]   [https://www.optimum.net/pages/terms.html] HAS BEEN READ AND AGREED TO, OKAY?"  The technician was then required to obtain the customer's verbal assent to those terms.

9.    In order to complete the installation process, the customer was required to either give verbal assent due to COVID or enter a signature on the mobile device. Attached as **Exhibit A** is a true and correct copy of the work order from the April 3, 2020 installation.  Some of Ms. Edens's personal information has been redacted to protect her privacy.

**Service Visits**

10.    On April 7, 2020, August 15, 2020, and October 10, 2020, a Suddenlink field technician completed a service visit at the address for which Ms. Edens ordered Suddenlink service.

11.    As a matter of routine business practice at these times, the field services technician was required to present a mobile device at the conclusion of the service appointment to obtain the customer's signature acknowledging the services performed and agreeing to the terms governing the customer's services. In addition, due to the COVID-19 pandemic, not all customers wished to

3

handle the mobile device. As a matter of routine business practice, technicians were required under such circumstances to read the following acknowledgement language to the customer: "CUSTOMER ACKNOWLEDGES THAT ALL INFORMATION ON THIS WORK ORDER, INCLUDING E911 NOTIFICATION AND CENTRAL STATION MONITORED ALARM SERVICE LIMITATIONS STATED ABOVE AND GENERAL TERMS AND CONDITIONS OF SERVICE PROVIDED AT OR PRIOR TO TIME OF SERVICE APPOINTMENT AND AVAILABLE                AT                [https://www.suddenlink.com/terms-and-policies] [https://www.optimum.net/pages/terms.html] HAS BEEN READ AND AGREED TO, OKAY?" The technician was then required to obtain the customer's verbal assent to those terms.

12.    At the completion of each visit, the customer was required to either give verbal assent due to COVID or sign a mobile-device screen that stated "BY SIGNING BELOW, CUSTOMER ACKNOWLEDGES THAT ALL INFORMATION ON THIS WORK ORDER, INCLUDING . . . GENERAL TERMS AND CONDITIONS OF SERVICE PROVIDED DURING   TIME   OF   SERVICE   APPOINTMENT   AND   AVAILABLE   AT SUDDENLINK.NET/SERVICEINFO, HAS BEEN READ AND AGREED TO." The then-current RSA as it appeared on Suddenlink's website is among the General Terms and Conditions of Service. Attached as **Exhibit B** are true and correct copies of the work orders from Ms. Edens's service appointments. Some of Ms. Edens's personal information has been redacted to protect her privacy.

**Monthly Billing Statements**

13.    Since the start of her service in April 2020 and continuing past the time the amended complaint in this case was filed in November 2023, Ms. Edens's monthly billing statements for Suddenlink or Optimum services have contained a reference to the Suddenlink or Optimum terms

of service and a link to the terms on the relevant website, and further stated that payment of the bill constitutes the customers' acceptance of those terms. Attached as **Exhibit C** are true and correct copies of Ms. Edens's billing statements from April 2020 through November 2023. Some of Ms. Edens's personal information has been redacted to protect her privacy.

 FURTHER THE AFFIANT SAYETH NAUGHT.

State of: NV
County of: WOOD

                                        Travis Lucas

SUBSCRIBED AND SWORN to
before me this 4th day of
December, 2023.

_____
    Notary Public

My Commission expires: 9/13/28

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Anna Farson
Parkersburg & Wood County Public Library
3100 Emerson Ave
Parkersburg, WV 26104
My Commission Expires September 13, 2028

# EXHIBIT A

| DATE: 04/03/2020 14:00-17:00 | | JOB TYPE: Install | NAME: | CHERI EDENS | ACC NO: |
|---|---|---|---|---|---|
| DUAL: | SALES ID: E25 | | ADDRESS: | | |
| HM#: 3980 | BS#: 3980 | | SAINT ALBANS WV | | |
| TECH#: 20306 | JOB#: 4A | START: 01:33 PM | END: 02:21 PM | | ORDER DATE: 03/30/2020 |

**Pending Services:**

| | | | **Pending Services:** | | |
|---|---|---|---|---|---|
| C- | 1 | Cable Modem Purc | N$ | 1 | Network Enhment |
| GY | 1 | BRING 32CH GWAY | | | |
| IS | 1 | Broadband Int1Gb | | | |
| GF | 1 | Unlimtd Int Allo | | | |
| $J | 1 | Gift Card - $50 | | | |
| 4N | 1 | Hsdbase | | | |
| 85 | 1 | P4L DataOnly Trk | | | |
| H* | 1 | Inst OOL Novid | | | |

| | |
|---|---|
| *CURRENT MONTHLY CHARGES: | $ 0.00 |
| TOTAL BALANCE: | $ 0.00 |
| BAL DUE AT INSTALL: | $ 0.00 |
| *PARTIAL MONTHLY CHARGES: | $ 83.49 |
| *ADD. MONTHLY CHARGES: | $ 83.49 |
| ONE TIME INSTALL CHARGES: | $ 0.00 |

*Excl. add'l monthly chgs for taxes, partial mo. chgs, and fees.

**Work Tasks:**
32-CH GATEWAY
Rec PriInternet&Soft

---

| MODEMS: | ADD: | 0 | REMOVE: | 0 | FTA: | 53 | WIP: | CTM: 3980 |
|---|---|---|---|---|---|---|---|---|
| CONVRTRS: | ADD: | 0 | REMOVE: | 0 | CLOSED BY: Tech | | | |
| NDS CRDS: | ADD: | 0 | REMOVE: | 0 | | | | |

| | | | | |
|---|---|---|---|---|
| GROUND: | MDU \| Load Side of Meter | POLE#: | AO OVER 3: | |
| AMPERAGE: | 0.04 | MT ZIP: | | |
| DROP CERT: | | HHC: | TRP: | SI: Call Home |
| | | CONSTR: | TAG: | |
| STATUS: | Completed | DX RSN: | CUST ID: | NODE: |
| CUST TYPE: | Residential | RT: 05 | CENSUS: SA005 | OH:UG: Overhead |
| RF LEVEL: | | | | |
| COMMENTS: | Installed WiFi | | | |

**SUDDENLINK VOICE CUSTOMERS**

E911 NOTIFICATION. In the event of a power outage, and provided you do not have battery backup on your modem, you will not have E911 service. If your service is disconnected or in the event of an outage or other disruption to the cable network or facilities, you will not have E911 service. If you relocate the modem to a different address, you must notify Suddenlink in advance to update E911 service. During the initial 72 hours of service at your new address, you may be required to provide the E911 operator with your new service address.

CENTRAL STATION MONITORED ALARM SERVICE LIMITATIONS. You acknowledge that Suddenlink does not support the use of any Suddenlink Voice service as a connection for (i) emergency medical alert systems or (ii) all high security monitoring systems (UL 681 or similar). You acknowledge that it is your sole responsibility to contact your authorized central station monitoring provider to test and verify that your security or alarm system is in good working order and that you are responsible for any additional work required to ensure the proper operation of your system and its functionalities.

**CUSTOMER ACCEPTANCE**
Please confirm your satisfaction with installation/repair of the Suddenlink product/service(s) and verify all equipment prior to signing this document. Please note, charges listed above may not include franchise fees, taxes, equipment and other charges. Promotional offerings subject to terms and conditions (i.e. length of promotion, required documentation) provided at time of sale.

BY SIGNING BELOW, CUSTOMER ACKNOWLEDGES THAT ALL INFORMATION ON THIS WORK ORDER, INCLUDING E911 NOTIFICATION AND CENTRAL STATION MONITORED ALARM SERVICE LIMITATIONS STATED ABOVE AND GENERAL TERMS AND CONDITIONS OF SERVICE PROVIDED DURING TIME OF SERVICE APPOINTMENT AND AVAILABLE AT SUDDENLINK.NET/SERVICEINFO, HAS BEEN READ AND AGREED TO.

Signature 

Date: 04/03/2020

# EXHIBIT B

suddenlink.net

| DATE: 04/07/2020 14:00-17:00 | | JOB TYPE: Trouble Call | NAME: | CHERI EDENS | ACC NO: ■■■■ |
| DUAL: | SALES ID: | | ADDRESS: | | |
| HM#: ■■3980 | BS#: ■■3980 | | | SAINT ALBANS  WV ■■■ | |
| TECH#: 15924 | JOB#: 8A | START: 12:34 PM | END: 01:14 PM | | ORDER DATE:  04/06/2020 |

**Current Services:**

| $J | 1 | Gift Card - $50 |
| 4N | 1 | Hsdbase |
| 85 | 1 | P4L DataOnly Trk |
| C- | 1 | Cable Modem Purc |
| GF | 1 | Unlimtd Int Allo |
| IS | 1 | Broadband Int1Gb |
| N$ | 1 | Network Enhment |

**Fix Codes:**

FIX CODE 2: 105 InsideWireRepair
FIX CODE 3: 272 Out of Spec @ Outlet
FIX CODE 4: 111 Outside Replace Drop
FIX CODE 5: 258 Preventative Maint

**History**

| 30-Mar-20 | OUTBOUND | |
| 30-Mar-20 | INST | Ordered |
| 30-Mar-20 | INBOUND CONTACT | |
| 06-Apr-20 | OUTBOUND | |
| 06-Apr-20 | INBOUND CONTACT | |
| 06-Apr-20 | TC | Ordered |
| 06-Apr-20 | TC | Complete |
| 06-Apr-20 | OUTBOUND | |

**History**

| 03-Apr-20 | OUTBOUND CONTACT | |
| 03-Apr-20 | INBOUND CONTACT | |
| 03-Apr-20 | TC | Ordered |
| 03-Apr-20 | INBOUND CONTACT | |
| 03-Apr-20 | INBOUND CONTACT | |
| 03-Apr-20 | CHNG SVC | No Truck |
| 03-Apr-20 | OUTBOUND CONTACT | |
| 03-Apr-20 | INST | Complete |

**Work Tasks:**

2nd Repeat TC
All Serv Out/A-Otlts
Diagnosis/Check Grnd
Drop Down/Low
RF Signal Issue
Return Issue

The standard $60 service call fee has been applied to this visit.

| MODEMS: | ADD: 0 | REMOVE: 0 | FTA: 53 |
| CONVRTRS: | ADD: 0 | REMOVE: 0 | CLOSED BY: Tech |
| NDS CRDS: | ADD: 0 | REMOVE: 0 | |

| GROUND: | | POLE#: | | AO OVER 3: | |
| AMPERAGE: | | MT ZIP: | | | |
| DROP CERT: | | HHC: | | TRP: | SI: No Scl Inst |
| | | CONSTR: | | TAG: | NODE: |
| STATUS: | Completed | DX RSN: | | CUST ID: | |
| CUST TYPE: | Residential | RT: 05 | | CENSUS: SA005 | OH:UG:  Overhead |
| RF LEVEL: | | | | | |
| COMMENTS: | Reran ao and replace drop | | | | |

**SUDDENLINK VOICE CUSTOMERS**

E911 NOTIFICATION. In the event of a power outage, and provided you do not have battery backup on your modem, you will not have E911 service. If your service is disconnected or in the event of an outage or other disruption to the cable network or facilities, you will not have E911 service. If you relocate the modem to a different address, you must notify Suddenlink in advance to update E911 service. During the initial 72 hours of service at your new address, you may be required to provide the E911 operator with your new service address.

CENTRAL STATION MONITORED ALARM SERVICE LIMITATIONS. You acknowledge that Suddenlink does not support the use of any Suddenlink Voice service as a connection for (i) emergency medical alert systems or (ii) all high security monitoring systems (UL 681 or similar). You acknowledge that it is your sole responsibility to contact your authorized central station monitoring provider to test and verify that your security or alarm system is in good working order and that you are responsible for any additional work required to ensure the proper operation of your system and its functionalities.

CUSTOMER ACCEPTANCE

Please confirm your satisfaction with installation/repair of the Suddenlink product/service(s) and verify all equipment prior to signing this document. Please note, charges listed above may not include franchise fees, taxes, equipment and other charges. Promotional offerings subject to terms and conditions (i.e. length of promotion, required documentation) provided at time of sale.

BY SIGNING BELOW, CUSTOMER ACKNOWLEDGES THAT ALL INFORMATION ON THIS WORK ORDER, INCLUDING E911 NOTIFICATION AND CENTRAL STATION MONITORED ALARM SERVICE LIMITATIONS STATED ABOVE AND GENERAL TERMS AND CONDITIONS OF SERVICE PROVIDED DURING TIME OF SERVICE APPOINTMENT AND AVAILABLE AT SUDDENLINK.NET/SERVICEINFO, HAS BEEN READ AND AGREED TO.

Signature

Date: 04/07/2020

| DATE: 08/15/2020 14:00-17:00 | | JOB TYPE: Trouble Call | NAME: | CHERI EDENS | ACC NO: ■■■■ |
| DUAL: | SALES ID: | | ADDRESS: | ■■■■■■■■■ | |
| HM#: ■■■3980 | BS#: ■■■3980 | | | SAINT ALBANS WV ■■■■ | |
| TECH#: 21464 | JOB#: 7A | START: 01:12 PM | END: 01:53 PM | | ORDER DATE: 08/10/2020 |

**Current Services:**

| $J | 1 | Gift Card - $50 |
| 4N | 1 | Hsdbase |
| 85 | 1 | P4L DataOnly Trk |
| C- | 1 | Cable Modem Purc |
| FL | 1 | Hdsbase Tn Only |
| GF | 1 | Unlimtd Int Allo |
| IS | 1 | Broadband Int1Gb |
| N$ | 1 | Ntwrk Enhnce Fee |

**Current Services:**

| RX | 1 | PAPER BILL CONV |

**Fix Codes:**

FIX CODE 2:      105 InsideWireRepair
FIX CODE 3:      280 IngrsOrLkg

**History**

| 23-May-20 | INBOUND CONTACT | |
| 14-Jul-20 | INBOUND CONTACT | |
| 12-Aug-20 | SRO | Cancel |
| 12-Aug-20 | OUTBOUND | |
| 10-Aug-20 | TC | Ordered |

**Work Tasks:**
All Serv Out/A-Otlts
Diagnosis/Check Grnd

The standard $60 service call fee has been applied to this visit.

| MODEMS: | ADD: | 0 | REMOVE: | 0 | FTA: | 53 |
| CONVRTRS: | ADD: | 0 | REMOVE: | 0 | CLOSED BY:IVR |
| NDS CRDS: | ADD: | 0 | REMOVE: | 0 | |

| GROUND: | MDU | Power Ground Wire | POLE#: | | AO OVER 3: | |
| AMPERAGE: | 0.54 | MT ZIP: | | |
| DROP CERT: | | HHC: | | TRP: | SI: No Scl Inst |
| | | CONSTR: | | TAG: | |
| STATUS: | Completed | DX RSN: | | CUST ID: | NODE: |
| CUST TYPE: | Residential | RT: | 05 | CENSUS: | SA005 | OH:UG: | Overhead |
| RF LEVEL: | | | | |
| COMMENTS: | Fixed outside connections | | | |

**SUDDENLINK VOICE CUSTOMERS**
E911 NOTIFICATION. In the event of a power outage, and provided you do not have battery backup on your modem, you will not have E911 service. If your service is disconnected or in the event of an outage or other disruption to the cable network or facilities, you will not have E911 service. If you relocate the modem to a different address, you must notify Suddenlink in advance to update E911 service. During the initial 72 hours of service at your new address, you may be required to provide the E911 operator with your new service address.

CENTRAL STATION MONITORED ALARM SERVICE LIMITATIONS. You acknowledge that Suddenlink does not support the use of any Suddenlink Voice service as a connection for (i) emergency medical alert systems or (ii) all high security monitoring systems (UL 681 or similar). You acknowledge that it is your sole responsibility to contact your authorized central station monitoring provider to test and verify that your security or alarm system is in good working order and that you are responsible for any additional work required to ensure the proper operation of your system and its functionalities.

CUSTOMER ACCEPTANCE
Please confirm your satisfaction with installation/repair of the Suddenlink product/service(s) and verify all equipment prior to signing this document. Please note, charges listed above may not include franchise fees, taxes, equipment and other charges. Promotional offerings subject to terms and conditions (i.e. length of promotion, required documentation) provided at time of sale.

BY SIGNING BELOW, CUSTOMER ACKNOWLEDGES THAT ALL INFORMATION ON THIS WORK ORDER, INCLUDING E911 NOTIFICATION AND CENTRAL STATION MONITORED ALARM SERVICE LIMITATIONS STATED ABOVE AND GENERAL TERMS AND CONDITIONS OF SERVICE PROVIDED DURING TIME OF SERVICE APPOINTMENT AND AVAILABLE AT SUDDENLINK.NET/SERVICEINFO, HAS BEEN READ AND AGREED TO.

Signature 

Date: 08/15/2020

**suddenlink**
by altice

suddenlink.net

| DATE: 10/10/2020 11:00-14:00 | | JOB TYPE: Trouble Call | NAME: | CHERI EDENS | ACC NO: |
|---|---|---|---|---|---|
| DUAL: | SALES ID: | | ADDRESS: | | |
| HM#: ███3980 | BS#: ███3980 | | | SAINT ALBANS  WV ███ | |
| TECH#: 21463 | JOB#: 15A | START: 12:03 PM | END: 12:49 PM | | ORDER DATE: 09/30/2020 |

### Current Services:

| | | | | | |
|---|---|---|---|---|---|
| $J | 1 | Gift Card - $50 |
| 4N | 1 | Hsdbase |
| 85 | 1 | P4L DataOnly Trk |
| C- | 1 | Cable Modem Purc |
| FL | 1 | Hdsbase Tn Only |
| GF | 1 | Unlimtd Int Allo |
| IS | 1 | Broadband Int1Gb |
| N$ | 1 | Ntwrk Enhnce Fee |

### Current Services:

| | | |
|---|---|---|
| RX | 1 | PAPER BILL CONV |
| S1 | 1 | Suddenlink Safeg |

### Fix Codes:
FIX CODE 2:          352 RelocateRoutr
FIX CODE 3:          261 PoorWiFiSig

### History

| | | |
|---|---|---|
| 30-Sep-20 | OUTBOUND | |
| 30-Sep-20 | TC | Ordered |
| 15-Aug-20 | TC | Complete |
| 15-Aug-20 | OUTBOUND | |
| 14-Jul-20 | INBOUND CONTACT | |
| 12-Aug-20 | SRO | Cancel |
| 12-Aug-20 | OUTBOUND | |
| 10-Aug-20 | TC | Ordered |

### History

| | | |
|---|---|---|
| 01-Sep-20 | INBOUND CONTACT | |
| 01-Sep-20 | INBOUND CONTACT | |
| 01-Sep-20 | CHNG SVC | No Truck |

### Work Tasks:
Cable Modem
Diagnosis/Check Grnd
HSD /Persist/1-Oltts
Monitor House Issue
Res Advised of TCFee
Slow Internet Speed

The standard $60 service call fee has been waived by your enrollment in Service Protection.

| MODEMS: | ADD: 0 | REMOVE: 0 | FTA: 53 |
|---|---|---|---|
| CONVRTRS: | ADD: 0 | REMOVE: 0 | |
| NDS CRDS: | ADD: 0 | REMOVE: 0 | CLOSED BY: Tech |

| | | | | |
|---|---|---|---|---|
| GROUND: | MDU \| Power Ground Wire | POLE#: | AO OVER 3: | |
| AMPERAGE: | 0.54 | MT ZIP: | | |
| DROP CERT: | | HHC: | TRP: | SI: Knock Hard,Ring Bell |
| | | CONSTR: | TAG: | NODE: |
| STATUS: | Completed | DX RSN: | CUST ID: | |
| CUST TYPE: | Residential | RT: 05 | CENSUS: SA005 | OH:UG: Overhead |
| RF LEVEL: | | | | |
| COMMENTS: | Connection issue | | | |

**SUDDENLINK VOICE CUSTOMERS**
E911 NOTIFICATION. In the event of a power outage, and provided you do not have battery backup on your modem, you will not have E911 service. If your service is disconnected or in the event of an outage or other disruption to the cable network or facilities, you will not have E911 service. If you relocate the modem to a different address, you must notify Suddenlink in advance to update E911 service. During the initial 72 hours of service at your new address, you may be required to provide the E911 operator with your new service address.

CENTRAL STATION MONITORED ALARM SERVICE LIMITATIONS. You acknowledge that Suddenlink does not support the use of any Suddenlink Voice service as a connection for (i) emergency medical alert systems or (ii) all high security monitoring systems (UL 681 or similar). You acknowledge that it is your sole responsibility to contact your authorized central station monitoring provider to test and verify that your security or alarm system is in good working order and that you are responsible for any additional work required to ensure the proper operation of your system and its functionalities.

**CUSTOMER ACCEPTANCE**
Please confirm your satisfaction with installation/repair of the Suddenlink product/service(s) and verify all equipment prior to signing this document. Please note, charges listed above may not include franchise fees, taxes, equipment and other charges. Promotional offerings subject to terms and conditions (i.e. length of promotion, required documentation) provided at time of sale.

BY SIGNING BELOW, CUSTOMER ACKNOWLEDGES THAT ALL INFORMATION ON THIS WORK ORDER, INCLUDING E911 NOTIFICATION AND CENTRAL STATION MONITORED ALARM SERVICE LIMITATIONS STATED ABOVE AND GENERAL TERMS AND CONDITIONS OF SERVICE PROVIDED DURING TIME OF SERVICE APPOINTMENT AND AVAILABLE AT SUDDENLINK.NET/SERVICEINFO, HAS BEEN READ AND AGREED TO.

Signature

Date: 10/10/2020

# EXHIBIT C



**Access Code:** ▮▮▮
**Account Number:** ▮▮▮▮▮▮▮

CHERI EDENS

SAINT ALBANS WV

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 04/04/20 - 05/03/20 | May 05, 2020 | $100.70 |

| | |
|---|---|
| Previous Balance & Payments | $0.00 |
| Balance Last Statement | $0.00 |
| Payment(s) Received By 04/04/2020 | $0.00 |
| **New Charges** | **$100.70** |
| **Total Amount Due** | **$100.70** |

☐ **Sign up now for paperless billing at suddenlink.com/paperless**

☐ **Sign up now for automatic payments at suddenlink.com/ezpay**

## Account Details

| CURRENT MONTHLY CHARGES | Retail | Savings | You Pay |
|---|---|---|---|
| **TV** | | | |
| 04/04 - 05/03 HD Receiver(s) | | | 11.00 |
| **Internet** | | | |
| 04/04 - 05/03 Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig | | | 50.00 |
| **Total Current Monthly Charges** | | | **$ 95.99** |
| **TAXES, FEES & OTHER CHARGES** | | | |
| **TV** | | | |
| 04/04 - 05/03 Sales Tax | | | 0.66 |
| Franchise Fee | | | 0.55 |
| **Other Charges** | | | |
| 04/04 - 05/03 Network Enhancement Fee | | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | | **$ 4.71** |
| **Total Amount Due** | | | **$100.70** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**EZ Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
168 Great Teays Blvd Suite 7
Scott Depot, WV 25560

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

◀ Please turn over for payment. ▶



200 JERICHO QUADRANGLE
JERICHO NY 11753-2701

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV



Welcome to Suddenlink.

Get the most from your services, starting right now at help.suddenlink.com

**suddenlink**

**CHERI EDENS**
Account Number: ▇▇▇▇▇▇▇▇
Total Amount Due: **$100.70**

## Account Details...continued



## Suddenlink Updates

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at
suddenlink.net/myaccount.

---

**Payment Information**
Please allow up to 3 days to process your payment once it is received. Payment of your bill confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.

By sending your check to us as payment, you authorize us either to use info from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction. If your bank returns your check unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.

**Billing Information**
You're billed each month in advance for the next month's services. Rates and special discounts subject to change or discontinuance at any time. Service cancellations are effective on the last day of the then current billing period. For more details, visit suddenlink.com/agreement. Payment is due by the date indicated on the front of your bill. A late fee up to $10 will be assessed when payment is not received by that date. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your monthly bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Written closed captioning complaints should be mailed to Altice USA, Attn: Marian O'Hagan, 200 Jericho Quadrangle, Jericho, NY 11753. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, you can contact customer service at the following phone number: 877-317-5003.

---

**Please return this section with your payment. Be sure the address below is in the return envelope window.**



▇▇▇▇▇▇▇▇▇▇▇▇

### Mailing Your Payment

Account Number: ▇▇▇▇▇▇
Payment Due Date: **May 05, 2020**
Total Amount Due: **$100.70**

**Amount Enclosed $**

**000-04-20-B-C**

Make checks payable to Suddenlink.

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

▇▇▇▇▇▇▇▇        1  0010070        3



**Access Code:** ▮
**Account Number:** ▮

CHERI EDENS

SAINT ALBANS WV

## Account Summary

| Billing Period | Due Date |
|---|---|
| 05/04/20 - 06/03/20 | May 27, 2020 |

| Previous Balance & Payments | |
|---|---|
| Balance Last Statement | $100.70 |
| Payment(s) Received By 04/28/2020 | $0.00 |
| **Remaining Balance** | **$100.70** |
| **New Charges** | **$210.70** |
| **Total Amount Due** | **$311.40** |
| (Please pay the past due amount of **$88.65** immediately to avoid service disruption) | |

## What Changed

- Service added/removed from account.
- Charged/credited for one time activity.

☐ Sign up now for paperless billing at suddenlink.com/paperless

☐ Sign up now for automatic payments at suddenlink.com/ezpay

## Account Details

| BALANCE LAST STATEMENT | | | $100.70 |
|---|---|---|---|
| **CURRENT MONTHLY CHARGES** | Retail | Savings | You Pay |
| **Internet** | | | |
| 05/04 -06/03  Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig | | | 50.00 |
| **Total Current Monthly Charges** | | | **$ 84.99** |

| PARTIAL MONTH ACTIVITY | | |
|---|---|---|
| Charge/credit(s) for services added/removed prior to this billing period. | | |
| 04/08 -05/03  HD Receiver(s) | | -9.53 |
| **Total Partial Month Activity** | | **-$ 9.53** |

| ONE TIME ACTIVITY | | |
|---|---|---|
| Charges that vary monthly based on your account activity. | | |
| 04/08 | Service Call Fee | 120.00 |
| 04/08 | Billing Credit | -1.47 |
| **Total One Time Activity** | | **$118.53** |

| TAXES, FEES & OTHER CHARGES | | |
|---|---|---|
| **TV** | | |
| 04/08 | Sales Tax | 6.63 |
| 04/08 | Franchise Fee | 5.52 |
| **Internet** | | |
| 05/04 -06/03 | Sales Tax | 0.06 |
| **Other Charges** | | |
| 05/04 -06/03 | Network Enhancement Fee | 3.50 |

continued on back

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**EZ Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
168 Great Teays Blvd Suite 7
Scott Depot, WV 25560

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

 Please turn over for payment.



*200 JERICHO QUADRANGLE*
*JERICHO NY 11753-2701*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS

SAINT ALBANS WV

Case 2:22-cv-00101   Document 42-3   Filed 12/04/23   Page 16 of 116 PageID #: 390



**CHERI EDENS**

Account Number: █████████████

Total Amount Due: **$311.40**

## Account Details...continued

### TAXES, FEES & OTHER CHARGES

**Other Charges**

| | | |
|---|---|---|
| 05/04 -06/03 | Paper Bill | 1.00 |
| | Convenience Fee | |
| | **Total Taxes, Fees & Other Charges** | **$ 16.71** |
| | **Total Amount Due** | **$311.40** |

## Suddenlink Updates

**Just a reminder, we have not received your payment.** If you have already paid your bill, kindly disregard this message. If not, please remit full payment immediately to continue receiving service and to avoid unnecessary fees. If the past due amount is not received by the pay by date on this bill, you will be charged a late fee. Please note that all equipment received at installation is the property of Suddenlink and must be returned if service is disconnected.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

---

**Payment Information**

Please allow up to 3 days to process your payment once it is received. Payment of your bill confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.

By sending your check to us as payment, you authorize us either to use info from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction. If your bank returns your check unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.

**Billing Information**

You're billed each month in advance for the next month's services. Rates and special discounts subject to change or discontinuance at any time. Service cancellations are effective on the last day of the then current billing period. For more details, visit suddenlink.com/agreement. Payment is due by the date indicated on the front of your bill. A late fee up to $10 will be assessed when payment is not received by the due date. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.

Your monthly bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**

For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Written closed captioning complaints should be mailed to Altice USA, Attn: Marian O'Hagan, 200 Jericho Quadrangle, Jericho, NY 11753. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, you can contact customer service at the following phone number: 877-317-5003.

---

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





**030-04-20-A-C**

### Mailing Your Payment

| | |
|---|---|
| Account Number: | █████████ |
| Past Due  **Please Pay Now:** | **$88.65** |
| Due By **May 27, 2020:** | **$222.75** |
| Total Amount Due: | **$311.40** |

**Amount Enclosed $**

**Make checks payable to Suddenlink.**

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340



7 0031140        2



**Access Code:** ▮
**Account Number:** ▮

CHERI EDENS ▮

SAINT ALBANS WV ▮

## Account Summary

☐ **Sign up now for paperless billing at suddenlink.com/paperless**

☐ **Sign up now for automatic payments at suddenlink.com/ezpay**

| Billing Period | Due Date |
|---|---|
| 06/04/20 - 07/03/20 | June 27, 2020 |

| Previous Balance & Payments | |
|---|---|
| Balance Last Statement | $311.40 |
| Payment(s) Received By 05/27/2020 | -$188.65 |
| **Past Due Amount** | **$122.75** |
| **New Charges** | **$89.55** |
| **Total Amount Due** | **$212.30** |
| (Please pay the past due amount of **$122.75** immediately to avoid service disruption) | |

## Account Details

| BALANCE LAST STATEMENT | | | | 311.40 |
|---|---|---|---|---|
| **PAYMENTS** | | | | |
| 05/18 | Credit Card Pymt | | | -188.65 |
| | **Previous Balance** | | | **$122.75** |
| **CURRENT MONTHLY CHARGES** | | Retail | Savings | You Pay |
| | **Internet** | | | |
| 06/04 -07/03 | Internet | 89.99 | -55.00 | 34.99 |
| | Internet 1 Gig | | | 50.00 |
| | **Total Current Monthly Charges** | | | **$ 84.99** |
| **TAXES, FEES & OTHER CHARGES** | | | | |
| | **Internet** | | | |
| 06/04 -07/03 | Sales Tax | | | 0.06 |
| | **Other Charges** | | | |
| 06/04 -07/03 | Network Enhancement Fee | | | 3.50 |
| | Paper Bill Convenience Fee | | | 1.00 |
| | **Total Taxes, Fees & Other Charges** | | | **$ 4.56** |
| | **Total Amount Due** | | | **$212.30** |

### Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**EZ Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
168 Great Teays Blvd Suite 7
Scott Depot, WV 25560

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

 **Please turn over for payment.**



*200 JERICHO QUADRANGLE*
*JERICHO NY 11753-2701*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS ▮
SAINT ALBANS WV ▮



Case 2:22-cv-00101   Document 42-3   Filed 12/04/23   Page 18 of 116 PageID #: 392



**CHERI EDENS**
Account Number: ▮▮▮▮▮▮▮▮▮
Total Amount Due: **$212.30**

## Account Details...continued



Stay connected with Suddenlink's Altice Mobile

Limited Time Offer

$20/mo.

+ Unlimited data, talk & text
+ 99% nationwide coverage

alticemobile.com

## Suddenlink Updates

**Just a reminder, we have not received your payment.** If you have already paid your bill, kindly disregard this message. If not, please remit full payment immediately to continue receiving service and to avoid unnecessary fees. If the past due amount is not received by the pay by date on this bill, you will be charged a late fee. Please note that all equipment received at installation is the property of Suddenlink and must be returned if service is disconnected.

Suddenlink's Altice Mobile is keeping you connected. For a limited time, get unlimited data, talk & text on a nationwide network with 99% coverage for just $20/mo. Visit alticemobile.com to get this limited time offer.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

**Payment Information**
Please allow up to 3 days to process your payment once it is received. Payment of your bill confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.
By sending your check to us as payment, you authorize us either to use info from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction. If your bank returns your check unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.
**Billing Information**
You're billed each month in advance for the next month's services. Rates and special

discounts subject to change or discontinuance at any time. Service cancellations are effective on the last day of the then current billing period. For more details, visit suddenlink.com/agreement. Payment is due by the date indicated on the front of your bill. A late fee up to $10 will be assessed when payment is not received by that date. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your monthly bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's

franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Written closed captioning complaints should be mailed to Altice USA, Attn: Marian O'Hagan, 200 Jericho Quadrangle, Jericho, NY 11753. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, you can contact customer service at the following phone number: 877-317-5003.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





### Mailing Your Payment

| | |
|---|---|
| Account Number: ▮▮▮▮▮▮ | |
| Past Due **Please Pay Now:** | **$122.75** |
| Due By **June 27, 2020:** | **$89.55** |
| Total Amount Due: | **$212.30** |

**Amount Enclosed $**

**030-05-20-A-C**

**Make checks payable to Suddenlink.**

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

8  0021230      2



**Access Code:** ▮
**Account Number:** ▮

CHERI EDENS

SAINT ALBANS WV ▮

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 07/04/20 - 08/03/20 | July 27, 2020 | $91.55 |

| | |
|---|---|
| **Previous Balance & Payments** | **$0.00** |
| Balance Last Statement | $212.30 |
| Payment(s) Received By 06/27/2020 | -$212.30 |
| **New Charges** | **$91.55** |
| **Total Amount Due** | **$91.55** |

## What Changed

- Charged/credited for one time activity.

☐ **Sign up now for paperless billing at suddenlink.com/paperless**

☐ **Sign up now for automatic payments at suddenlink.com/ezpay**

## Account Details

| BALANCE LAST STATEMENT | | | 212.30 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 06/27 | Credit Card Pymt | | -212.30 |
| **Previous Balance** | | | **$ 0.00** |

| CURRENT MONTHLY CHARGES | Retail | Savings | You Pay |
|---|---|---|---|
| **Internet** | | | |
| 07/04 -08/03 Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig | | | 50.00 |
| **Total Current Monthly Charges** | | | **$ 84.99** |

| ONE TIME ACTIVITY | | |
|---|---|---|
| Charges that vary monthly based on your account activity. | | |
| 05/30 Late Fee | | 2.00 |
| **Total One Time Activity** | | **$ 2.00** |

| TAXES, FEES & OTHER CHARGES | | |
|---|---|---|
| **Internet** | | |
| 07/04 -08/03 Sales Tax | | 0.06 |
| **Other Charges** | | |
| 07/04 -08/03 Network Enhancement Fee | | 3.50 |
| Paper Bill Convenience Fee | | 1.00 |
| **Total Taxes, Fees & Other Charges** | | **$ 4.56** |
| **Total Amount Due** | | **$ 91.55** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**EZ Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
168 Great Teays Blvd Suite 7
Scott Depot, WV 25560

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

**Please turn over for payment.**



200 JERICHO QUADRANGLE
JERICHO NY 11753-2701

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS

SAINT ALBANS WV ▮





Welcome to Suddenlink.

Get the most from your services, starting right now at help.suddenlink.com

Case 2:22-cv-00101   Document 42-3   Filed 12/04/23   Page 20 of 116 PageID #: 394



**CHERI EDENS**
Account Number: ▓▓▓▓▓▓▓▓
Total Amount Due: **$91.55**

## Account Details...continued



**Moving?**
Get a special offer for being a great Suddenlink customer.

Call 855.761.7120 today!

## Suddenlink Updates

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

---

**Payment Information**
Please allow up to 3 days to process your payment once it is received. Payment of your bill confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.

By sending your check to us as payment, you authorize us either to use info from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction. If your bank returns your check unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.

**Billing Information**
You're billed each month in advance for the next month's services. Rates and special discounts subject to change or discontinuance at any time. Service cancellations are effective on the last day of the then current billing period. For more details, visit suddenlink.com/agreement. Payment is due by the date indicated on the front of your bill. A late fee up to $10 will be assessed when payment is not received by that date. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.

Your monthly bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Written closed captioning complaints should be mailed to Altice USA, Attn: Marian O'Hagan, 200 Jericho Quadrangle, Jericho, NY 11753. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, you can contact customer service at the following phone number: 877-317-5003.

---

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





| **Mailing Your Payment** | |
|---|---|
| Account Number: | ▓▓▓▓▓▓ |
| Payment Due Date: | **July 27, 2020** |
| Total Amount Due: | **$91.55** |
| **Amount Enclosed $** | |

000-06-20-A-C

Make checks payable to Suddenlink.

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

▓▓▓▓▓▓▓▓▓    4  0009155    8



**Access Code:** ▮
**Account Number:** ▮

CHERI EDENS

SAINT ALBANS WV ▮

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 08/04/20 - 09/03/20 | August 27, 2020 | $89.55 |

| Previous Balance & Payments | $0.00 |
|---|---|
| Balance Last Statement | $91.55 |
| Payment(s) Received By  07/28/2020 | -$91.55 |
| **New Charges** | **$89.55** |
| **Total Amount Due** | **$89.55** |

☐ **Sign up now for Paperless Billing at suddenlink.com/paperless**

☐ **Sign up now for Auto Pay at suddenlink.com/ezpay**

## Account Details

| BALANCE LAST STATEMENT | | | 91.55 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 07/24 | Credit Card Pymt | | -91.55 |
| | **Previous Balance** | | **$ 0.00** |

| CURRENT MONTHLY CHARGES | | Retail | Savings | You Pay |
|---|---|---|---|---|
| | **Internet** | | | |
| 08/04 -09/03 | Internet | 89.99 | -55.00 | 34.99 |
| | Internet 1 Gig | | | 50.00 |
| | **Total Current Monthly Charges** | | | **$84.99** |

| TAXES, FEES & OTHER CHARGES | | | |
|---|---|---|---|
| | **Internet** | | |
| 08/04 -09/03 | Sales Tax | | 0.06 |
| | **Other Charges** | | |
| 08/04 -09/03 | Network Enhancement Fee | | 3.50 |
| | Paper Bill Convenience Fee | | 1.00 |
| | **Total Taxes, Fees & Other Charges** | | **$ 4.56** |
| | **Total Amount Due** | | **$89.55** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**Auto Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

 **Please turn over for payment.**

200 JERICHO QUADRANGLE
JERICHO NY 11753-2701

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV ▮



Welcome to Suddenlink.

Get the most from your services, starting right now at help.suddenlink.com



**CHERI EDENS**                                                                                          PAGE 2 OF 2
Account Number: ▮▮▮▮▮▮▮▮
Total Amount Due: **$89.55**

## Account Details...continued



# If you've got questions, we've got answers.

**Search FAQs**
and watch tutorials



**Help and answers**
Chat with us online at
**suddenlink.com/contact-us/live-chat**



**Suddenlink Support App**
Download at **suddenlink.com/apps**
and manage your account right from
your mobile device

Learn more at **help.suddenlink.com**

## Suddenlink Updates

Stingray's Urban Beats (Channel 906) is now Hip-Hop/R&B, Today's Latin Pop (Channel 936) is now Exitos del Momento, Latino Urbana (Channel 937) is now Ritmos Latinos, The Light (Channel 935) is now Christian Pop & Rock, and Latino Tropical (Channel 939) is now Exitos Tropicales.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

**Payment Information**
Please allow up to 3 days to process your payment once it is received. Payment of your bill confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.

By sending your check to us as payment, you authorize us either to use info from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction. If your bank returns your check unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.

**Billing Information**
You're billed each month in advance for the next month's services. Rates and special discounts subject to change or discontinuance at any time. Service cancellations are effective on the last day of the then current billing period. For more details, visit suddenlink.com/agreement. Payment is due by the date indicated on the front of your bill. A late fee up to $10 will be assessed when payment is not received by that date. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.

Your monthly bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Written closed captioning complaints should be mailed to Altice USA, Attn: Marian O'Hagan, 200 Jericho Quadrangle, Jericho, NY 11753. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, you can contact customer service at the following phone number: 877-317-5003.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





### Mailing Your Payment

Account Number:                    ▮▮▮▮▮▮
Payment Due Date:              **August 27, 2020**
Total Amount Due:                        **$89.55**

**Amount Enclosed $**

Make checks payable to Suddenlink.

**000-07-20-A-C**

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

9 0008955 2



**Access Code:** ▮
**Account Number:** ▮

CHERI EDENS

SAINT ALBANS WV ▮

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 09/04/20 - 10/03/20 | September 27, 2020 | $153.15 |

| | |
|---|---|
| Previous Balance & Payments | $0.00 |
|    Balance Last Statement | $89.55 |
|    Payment(s) Received By  08/28/2020 | -$89.55 |
| New Charges | $153.15 |
| Total Amount Due | $153.15 |

## What Changed

- Charged/credited for one time activity.

☐ Sign up now for Paperless Billing at suddenlink.com/paperless

☐ Sign up now for Auto Pay at suddenlink.com/ezpay

## Account Details

| | |
|---|---|
| BALANCE LAST STATEMENT | 89.55 |

**PAYMENTS**

| | | |
|---|---|---|
| 08/08 | Credit Card Pymt | -89.55 |
| | Previous Balance | $  0.00 |

| CURRENT MONTHLY CHARGES | Retail | Savings | You Pay |
|---|---|---|---|
| **Internet** | | | |
| 09/04 -10/03  Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig | | | 50.00 |
| **Total Current Monthly Charges** | | | **$ 84.99** |

**ONE TIME ACTIVITY**

Charges that vary monthly based on your account activity.

| | | |
|---|---|---|
| 08/16 | Service Call Fee | 60.00 |
| | **Total One Time Activity** | **$ 60.00** |

**TAXES, FEES & OTHER CHARGES**

| | | |
|---|---|---|
| **Internet** | | |
| 09/04 -10/03 | Sales Tax | 3.66 |
| | **Other Charges** | |
| 09/04 -10/03 | Network Enhancement Fee | 3.50 |
| | Paper Bill Convenience Fee | 1.00 |
| | **Total Taxes, Fees & Other Charges** | **$  8.16** |
| | **Total Amount Due** | **$153.15** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**Auto Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

 Please turn over for payment.



*200 JERICHO QUADRANGLE*
*JERICHO NY 11753-2701*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS

SAINT ALBANS WV ▮



Welcome to Suddenlink.

Get the most from your services, starting right now at help.suddenlink.com

Case 2:22-cv-00101   Document 42-3   Filed 12/04/23   Page 24 of 116 PageID #: 398



**CHERI EDENS**
Account Number: ███████████
Total Amount Due: **$153.15**

## Account Details...continued



## Suddenlink Updates

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

---

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.
Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.

**Billing Information**
You're billed each month in advance for the next month's services. Rates and special discounts subject to change or discontinuance. Service cancellations are effective on the last day of the then current billing period. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Mail written closed captioning complaints to Altice USA, Attn: Marian O'Hagan, 200 Jericho Quadrangle, Jericho, NY 11753. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

---

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





### Mailing Your Payment

| | |
|---|---|
| Account Number: | ███████████ |
| Payment Due Date: | **September 27, 2020** |
| Total Amount Due: | **$153.15** |

**Amount Enclosed $**

**000-08-20-A-C**

Make checks payable to Suddenlink.

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

6  0015315     7

Case 2:22-cv-00101   Document 42-3   Filed 12/04/23   Page 25 of 116 PageID #: 399



Access Code: ▮▮▮
Account Number: ▮▮▮▮▮▮▮▮

CHERI EDENS

SAINT ALBANS WV

## Account Summary

| Billing Period | Due Date |
|---|---|
| 10/04/20 - 11/03/20 | October 27, 2020 |

| Previous Balance & Payments | |
|---|---|
| Balance Last Statement | $153.15 |
| Payment(s) Received By  09/28/2020 | -$93.15 |
| **Past Due Amount** | **$60.00** |
| **New Charges** | **$104.87** |
| **Total Amount Due** | **$164.87** |
| (Please pay the past due amount of **$60.00** immediately to avoid service disruption) | |

## What Changed

• Service added/removed from account.

☐ **Sign up now for Paperless Billing at suddenlink.com/paperless**

☐ **Sign up now for Auto Pay at suddenlink.com/ezpay**

## Account Details

| BALANCE LAST STATEMENT | | | 153.15 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 09/18 | Credit Card Pymt | | -93.15 |
| | **Previous Balance** | | **$ 60.00** |

| CURRENT MONTHLY CHARGES | Retail | Savings | You Pay |
|---|---|---|---|
| **Internet** | | | |
| 10/04 - 11/03 Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig | | | 50.00 |
| **Other Services** | | | |
| 10/04 - 11/03 Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | | **$ 91.98** |

| PARTIAL MONTH ACTIVITY | | | |
|---|---|---|---|
| Charge/credit(s) for services added/removed prior to this billing period. | | | |
| 09/02 - 10/03 Safeguard | | | 7.46 |
| **Total Partial Month Activity** | | | **$ 7.46** |

| TAXES, FEES & OTHER CHARGES | | | |
|---|---|---|---|
| **Internet** | | | |
| 10/04 - 11/03 Sales Tax | | | 0.06 |
| **Other Services** | | | |
| 10/04 - 11/03 Sales Tax | | | 0.87 |
| **Other Charges** | | | |
| 10/04 - 11/03 Network Enhancement Fee | | | 3.50 |
| Paper Bill Convenience Fee | | | 1.00 |
| **Total Taxes, Fees & Other Charges** | | | **$ 5.43** |
| **Total Amount Due** | | | **$164.87** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**Auto Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

**Please turn over for payment.**



*200 JERICHO QUADRANGLE*
*JERICHO NY 11753-2701*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV



Welcome to Suddenlink.

Get the most from your services, starting right now at help.suddenlink.com



**CHERI EDENS**
Account Number: ▮▮▮▮▮▮▮▮▮▮
Total Amount Due: **$164.87**

PAGE 2 OF 2

## Account Details...continued





**2020**
**Hispanic**
Heritage Month

Enter by
10.31.20

**Hispanic Heritage**
**Essay Contest**

Middle and high school students can
enter now for a chance to win a
**$1,500 scholarship** and other great prizes.

**Learn more at suddenlink.com/hhm**

## Suddenlink Updates

**Just a reminder, we have not received your bill.** If you have already paid your bill, kindly disregard this message. If not, please remit full payment immediately to continue receiving service and to avoid unnecessary fees. If the past due amount is not received by the pay by date on this bill, you will be charged a late fee. Please note that all equipment received at installation is the property of Suddenlink and must be returned if service is disconnected.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy. Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.
**Billing Information**
You're billed each month in advance for the next month's services. Rates and special discounts subject to change or discontinuance. Service cancellations are effective on the last day of the then current billing period. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Mail written closed captioning complaints to Altice USA, Attn: Marian O'Hagan, 200 Jericho Quadrangle, Jericho, NY 11753. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





### Mailing Your Payment

| | |
|---|---|
| Account Number: ▮▮▮▮▮▮▮▮ | |
| Past Due **Please Pay Now:** | **$60.00** |
| Due By **October 27, 2020:** | **$104.87** |
| Total Amount Due: | **$164.87** |

**Amount Enclosed $**

030-09-20-A-C

**Make checks payable to Suddenlink.**

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

2 0016487    6



**Access Code:** ▮

**Account Number:** ▮

PAGE 1 OF 2

CHERI EDENS ▮

SAINT ALBANS WV ▮

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 11/04/20 - 12/03/20 | November 27, 2020 | $107.56 |

| | |
|---|---|
| **Previous Balance & Payments** | **-$2.00** |
| Balance Last Statement | $164.87 |
| Payment(s) Received By 10/28/2020 | -$166.87 |
| **New Charges** | **$109.56** |
| **Total Amount Due** | **$107.56** |

## What Changed

- Charged/credited for one time activity.

☐ Sign up now for Paperless Billing at suddenlink.com/paperless

☐ Sign up now for Auto Pay at suddenlink.com/ezpay

## Account Details

| BALANCE LAST STATEMENT | | | 164.87 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 10/17   Credit Card Pymt | | | -166.87 |
| **Previous Balance** | | | **-$  2.00** |

| CURRENT MONTHLY CHARGES | Retail | Savings | You Pay |
|---|---|---|---|
| **Internet** | | | |
| 11/04 -12/03   Internet | 89.99 | -55.00 | 34.99 |
|                Internet 1 Gig | | | 50.00 |
| 10/17          Restore Svc Fee | | | 10.00 |
| **Other Services** | | | |
| 11/04 -12/03   Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | | **$101.98** |

| ONE TIME ACTIVITY | | | |
|---|---|---|---|
| Charges that vary monthly based on your account activity. | | | |
| 09/30   Late Fee | | | 2.00 |
| **Total One Time Activity** | | | **$  2.00** |

| TAXES, FEES & OTHER CHARGES | | | |
|---|---|---|---|
| **Internet** | | | |
| 11/04 -12/03   Sales Tax | | | 0.66 |
| **Other Services** | | | |
| 11/04 -12/03   Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 11/04 -12/03   Network Enhancement Fee | | | 3.50 |

continued on back

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**Auto Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

 Please turn over for payment. 

*200 JERICHO QUADRANGLE*
*JERICHO NY 11753-2701*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS ▮

SAINT ALBANS WV ▮



Create a username to access all things Suddenlink.

Go to suddenlink.com/signup



**CHERI EDENS**                                                                PAGE 2 OF 2
Account Number: �@@@@@@@@@@
Total Amount Due: **$107.56**

| **Account Details...continued** |
| --- |

**TAXES, FEES & OTHER CHARGES**

**Other Charges**

| 11/04 - 12/03 | Paper Bill | 1.00 |
| | Convenience Fee | |
| | **Total Taxes, Fees & Other Charges** | **$   5.58** |
| | **Total Amount Due** | **$107.56** |

| **Suddenlink Updates** |
| --- |

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

---

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.
Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.
**Billing Information**
You're billed each month in advance for the next month's services. Rates and special

discounts subject to change or discontinuance. Service cancellations are effective on the last day of the then current billing period. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise

agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Mail written closed captioning complains to Altice USA, Attn: Marian O'Hagan, 200 Jericho Quadrangle, Jericho, NY 11753. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





| **Mailing Your Payment** |
| --- |
| Account Number: ▓▓▓▓▓▓ |
| Payment Due Date: **November 27, 2020** |
| Total Amount Due: **$107.56** |
| **Amount Enclosed $** |

**000-10-20-A-C**

Make checks payable to Suddenlink.

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340



7 0010756     2



Access Code: ▮
Account Number: ▮

CHERI EDENS
▮

SAINT ALBANS WV ▮

PAGE 1 OF 4

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 12/04/20 - 01/03/21 | December 27, 2020 | $96.96 |

| Previous Balance & Payments | | $0.00 |
|---|---|---|
| Balance Last Statement | | $107.56 |
| Payment(s) Received By 11/28/2020 | | -$107.56 |
| **New Charges** | | **$96.96** |
| **Total Amount Due** | | **$96.96** |

☐ **Sign up now for Paperless Billing at** suddenlink.com/paperless

☐ **Sign up now for Auto Pay at** suddenlink.com/ezpay

## Account Details

| BALANCE LAST STATEMENT | | | | 107.56 |
|---|---|---|---|---|
| **PAYMENTS** | | | | |
| 11/13 | Credit Card Pymt | | | -107.56 |
| | **Previous Balance** | | | **$  0.00** |
| **CURRENT MONTHLY CHARGES** | | Retail | Savings | You Pay |
| | **Internet** | | | |
| 12/04 -01/03 | Internet | 89.99 | -55.00 | 34.99 |
| | Internet 1 Gig | | | 50.00 |
| | **Other Services** | | | |
| 12/04 -01/03 | Safeguard | | | 6.99 |
| | **Total Current Monthly Charges** | | | **$ 91.98** |
| **TAXES, FEES & OTHER CHARGES** | | | | |
| | **Internet** | | | |
| 12/04 -01/03 | Sales Tax | | | 0.06 |
| | **Other Services** | | | |
| 12/04 -01/03 | Sales Tax | | | 0.42 |
| | **Other Charges** | | | |
| 12/04 -01/03 | Network Enhancement Fee | | | 3.50 |
| | Paper Bill Convenience Fee | | | 1.00 |
| | **Total Taxes, Fees & Other Charges** | | | **$  4.98** |
| | **Total Amount Due** | | | **$ 96.96** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**Auto Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

**Please turn over for payment.**



200 JERICHO QUADRANGLE
JERICHO NY 11753-2701

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV ▮



Every dollar adds up.

Save $1 when you sign up for Paperless billing.

To learn more visit suddenlink.com/paperless



**CHERI EDENS**
Account Number: ▮▮▮▮▮▮▮▮
Total Amount Due: **$96.96**

## Account Details...continued



### Suddenlink Updates

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.

Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.

Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Mail written closed captioning complains to Altice USA, Attn: Ahmed Fayed, 1111 Stewart Avenue, Bethpage, NY 11714. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





### Mailing Your Payment

| | |
|---|---|
| Account Number: | ▮▮▮▮▮▮ |
| Payment Due Date: | **December 27, 2020** |
| Total Amount Due: | **$96.96** |

**Amount Enclosed $**

Make checks payable to Suddenlink.

**000-11-20-A-C**

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

8  0009696    6

## TV Service & Gigabit Internet


sudden**link**

**Residential Service & Equipment Rates***  **Effective September 2020**

| TV Services and Packages | per month |
|---|---|
| Local Broadcast (Broadcast Basic) | $34.99 |
| Standard Cable (Expanded Basic)[1] | $50.00 |
| Suddenlink Core[2] | $79.99 |
| Suddenlink Value[3] | $84.99 |
| Suddenlink Select[4] | $104.99 |
| Suddenlink Premier[5] | $129.99 |
| Family Package[6] | $10.00 |
| Movie Package[5] | $10.00 |
| Sports & Information Package[8] | $10.00 |
| Sports Plus Package[7] | $5.00 |
| Conexión Única[9] | $10.00 |
| HD Plus[8] | $8.00 |
| Inspiration Tier[10] | $7.00 |
| Economy Tier[11] | $35.00 |
| Broadcast Station Surcharge[12] | $15.00 |
| Sports Programming Surcharge[13] | $6.65 |

| Premium Channels[1] | per month |
|---|---|
| HBO Max[41] | $19.00 |
| Cinemax[1] | $17.00 |
| Showtime/The Movie Channel[1] | $17.00 |
| Starz/Encore[1] | $17.00 |

| Pay-Per-View and On Demand | per month |
|---|---|
| New Release, Adult Movies, Events | varies |
| Hustler SVOD | $29.99 |
| Falcon SVOD | $29.99 |
| Pay-Per-View | varies |

| DVR Services | per month |
|---|---|
| Cloud DVR[35] | $9.99 |
| Cloud DVR Plus[35] | $17.99 |
| Cloud DVR Max[35] | $21.99 |

| Internet Services | per month |
|---|---|
| Internet 20[15] | $59.99 |
| Internet 100[16] | $89.99 |
| Internet 200[17] | $10.00 addt'l |
| Internet 400[18] | $30.00 addt'l |
| 1 Gig Internet[19] | $50.00 addt'l |
| Altice Advantage Internet[14] | $14.99 |
| Additional 50 GB Data[20] | $15.00 |
| Network Enhancement Fee[37] | $3.50 |

| Phone Services[34] | per month |
|---|---|
| Telephone Service Only | $50.95 |
| Second Line Service Fee | $19.95 |
| Listed Telephone Number | no charge |
| Non-Listed Telephone Number | $6.50 |
| Non-Published Telephone Number | $6.50 |
| Voice Mail | $5.00 |

| Equipment & Extras | per month |
|---|---|
| Altice One[34] | $20.00 |
| Altice One Mini[34] | $10.00 |
| Standard Digital Receiver | $11.00 |
| High Definition (HD) Receiver | $11.00 |
| HD/DVR Receiver/Service | $17.00 |
| Cable Card | $2.50 |
| TiVo Receiver[34] | $17.00 |
| TiVo Mini[34] | $11.00 |
| TiVo Stream[34] | $10.00 |
| Docsis Modem | $10.00 |
| Wireless Gateway | $10.00 |
| WiFi Xtender[34] | $3.00 |
| WiFi @ Home[34] | $10.00 |
| HD DigitaLink | $5.00 |
| Apple TV (One Time Purchase)[36] | $180.00 |
| Amplify | $15.00 |
| Safeguard (Wire Maintenance) | $6.99 |

| Unreturned Equipment Fees | per each |
|---|---|
| Altice One[34] | $212.00 |
| Altice One Mini[34] | $132.00 |
| Standard Digital Receiver | $185.00 |
| High Definition (HD) Receiver | $185.00 |
| HD/DVR Receiver | $345.00 |
| Remote Control (Non-Altice One) | $5.00 |
| Altice One Remote Control[34] | $12.00 |
| Cable Card | $100.00 |
| TiVo Receiver[34] | $185.00 |
| TiVo DVR Receiver[34] | $345.00 |
| TiVo Mini[34] | $150.00 |
| TiVo Stream[34] | $150.00 |
| Docsis Modem | $100.00 |
| MTA – Phone Modem | $100.00 |
| Wireless Modem | $100.00 |

| Unreturned Equipment Fees | per each |
|---|---|
| Wireless Router | $80.00 |
| Ubee 1326 Gateway[34] | $130.00 |
| Ubee 1322 Gateway[34] | $110.00 |
| Ubee 1319 Gateway[34] | $80.00 |
| WiFi Xtender[34] | $75.00 |
| HD DigitaLink | $50.00 |
| Amplify | $399.00 |

| Installation, Services & Other Charges | |
|---|---|
| Standard Installation | $99.00 |
| Premium Installation | $149.00 |
| Account Change | $25.00 |
| Directory Listing Change | $10.00 |
| Telephone Reconnect | $20.00 |
| Telephone Service Call | $50.00 |
| Activation Fee | $40.00 |
| Reconnect Service | $40.00 |
| Upgrade Service | $25.00 |
| WiFi Installation | $40.00 |
| Modem Swap Fee | $25.00 |
| 1st Outlet – New Install | $25.00 |
| Each Additional Outlet | $25.00 |
| Wall Fish | $65.00 |
| Field Collection Fee | $20.00 |
| Collection Fee | $20.00 |
| Payment Processing Fee | $10.00 |
| Late Payment Fee[39] | $10.00 |
| Returned Payment Charge[40] | $30.00 |
| Paper Statement Fee | $1.00 |
| Restore Product (1-2 products) | $10.00 |
| Restore Product (3 products) | $15.00 |
| Service Call/Hourly Service Charge | $60.00 |
| Missed Service Appointment | $60.00 |
| Premier Protection & Support[24] | $19.99 |
| Home Entertainment Protection & Support[24] | $9.99 |
| Premier Technical Support[24] | $17.99 |

| Security Services | |
|---|---|
| Suddenlink Security | $50.00 |
| Add On Products | varies |

\* All product availability varies by area. Please call for most up-to-date offerings in your area.
1. Requires subscription to Local Broadcast. Not available in all areas.
2. Includes Local Broadcast. Not available in all areas.
3. Content is Local Broadcast plus Standard Cable. Not available in all areas.
4. Content is Local Broadcast, Standard Cable, Family Package, and Movie Package. Not available in all areas.
5. Content is Local Broadcast, Standard Cable, Family Package, Movie Package, Sports & Information Package, and HBO Max. Not available in all areas.
6. Requires subscription to Standard Cable/Suddenlink Value or higher. May be called "Variety Package." Not available in all areas.
7. Requires subscription to Sports & Information Package. Not available in all areas.
8. Requires subscription to Standard Cable/Suddenlink Value or higher. Not available in all areas.
9. Requires subscription to Local Broadcast or higher. Not available in all areas.
10 Only available in North Carolina, not available to new customers.
11 Not available to new customers. Not available in all areas.
12 Applies to all customers with TV Service.
13 Applies to Standard Cable/Suddenlink Core customers and up.
14 Altice Advantage Internet has download speeds up to 30 Mbps and upload speeds up to 3 Mbps. Not available in all areas. Subject to eligibility requirements.
15 Internet 20 has download speeds up to 20 Mbps and upload speeds up to 2 Mbps. Data cap of 150 GB applies. Not available in all areas.
16 Internet 100 has download speeds up to 100 Mbps and upload speeds up to 7.5 Mbps. Data cap of 250 GB applies. Not available in all areas.
17 Additional fee added to Internet 100 pricing. Internet 200 has download speeds up to 200 Mbps and upload speeds up to 20 Mbps. Data cap of 350 GB applies. Not available in all areas.
18 Additional fee added to Internet 100 pricing. Internet 400 has download speeds up to 400 Mbps and upload speeds up to 40 Mbps. Not available in all areas.
19 Additional fee added to Internet 100 pricing. 1 Gig Internet has download speeds up to 940 Mbps and upload speeds up to 50 Mbps. Not available in all areas.
20 Additional 50GB of data at $15.00 charge automatically added to account if initial data cap, or any previously applied data add on amount is exceeded. Applies to Internet 20 (data cap of 150 GB), Internet 100 (data cap of 250 GB), and Internet 200 (data cap of 350 GB).
34 Not available in all areas.
35 Requires Altice One, not available in all areas.
36 Requires video service and Altice One/Mini STB. Not available in all markets.
37 Applies to all customers with Internet service, with the exception of customers on Altice Advantage Internet.
39 Late Payment Fee is $10.00 unless otherwise noted: $2.00 in West Virginia, $4.75 in California, $5.00 in Kansas, and $6.00 in Oklahoma.
40 Fee may vary by area.
41 Requires subscription to Local Broadcast. Not available in all areas. HBO Max includes HBO Channels, HBO On Demand, and access to the HBO Max app.

Suddenlink is a registered trademark of Suddenlink Communications, a subsidiary of Altice USA, Inc. © 2020 Suddenlink Communications.

**We're here to help. Learn more at help.suddenlink.com**



Access Code: ▮▮▮

Account Number: ▮▮▮▮▮▮▮

CHERI EDENS

SAINT ALBANS WV ▮▮▮▮▮▮

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 01/04/21 - 02/03/21 | January 27, 2021 | $96.96 |

| | |
|---|---|
| **Previous Balance & Payments** | **$0.00** |
| Balance Last Statement | $96.96 |
| Payment(s) Received By 12/28/2020 | -$96.96 |
| **New Charges** | **$96.96** |
| **Total Amount Due** | **$96.96** |

☑ You're enrolled in Paperless Billing.
☐ Sign up now for Auto Pay at suddenlink.com/ezpay

## Account Details

| | | Retail | Savings | You Pay |
|---|---|---|---|---|
| **BALANCE LAST STATEMENT** | | | | 96.96 |
| **PAYMENTS** | | | | |
| 12/24 | Credit Card Pymt | | | -96.96 |
| | **Previous Balance** | | | **$ 0.00** |
| **CURRENT MONTHLY CHARGES** | | Retail | Savings | You Pay |
| | **Internet** | | | |
| 01/04 -02/03 | Internet | 89.99 | -55.00 | 34.99 |
| | Internet 1 Gig | | | 50.00 |
| | **Other Services** | | | |
| 01/04 -02/03 | Safeguard | | | 6.99 |
| | **Total Current Monthly Charges** | | | **$91.98** |
| **TAXES, FEES & OTHER CHARGES** | | | | |
| | **Internet** | | | |
| 01/04 -02/03 | Sales Tax | | | 0.06 |
| | **Other Services** | | | |
| 01/04 -02/03 | Sales Tax | | | 0.42 |
| | **Other Charges** | | | |
| 01/04 -02/03 | Network Enhancement Fee | | | 3.50 |
| | Paper Bill Convenience Fee | | | 1.00 |
| | **Total Taxes, Fees & Other Charges** | | | **$ 4.98** |
| | **Total Amount Due** | | | **$96.96** |

### Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**Auto Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

➡ Please turn over for payment. ⬅



*200 JERICHO QUADRANGLE*
*JERICHO NY 11753-2701*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS

SAINT ALBANS WV ▮▮▮▮▮



You've got questions.
We've got answers.

"Message Us" at
suddenlink.com/chat

Case 2:22-cv-00101   Document 42-3   Filed 12/04/23   Page 34 of 116 PageID #: 408



**CHERI EDENS**
Account Number: ▮▮▮▮▮▮▮▮▮
Total Amount Due: **$96.96**

## Account Details...continued



## Suddenlink Updates

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.
Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.
**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service

cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and

payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Mail written closed captioning complains to Altice USA, Attn: Ahmed Fayed, 1111 Stewart Avenue, Bethpage, NY 11714. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





### Mailing Your Payment

| | |
|---|---|
| Account Number: | ▮▮▮▮▮▮▮ |
| Payment Due Date: | **January 27, 2021** |
| Total Amount Due: | **$96.96** |

**Amount Enclosed $**

**000-12-20-A-C**

Make checks payable to Suddenlink.

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

8  0009696  6



Access Code: ▮
Account Number: ▮▮▮▮▮▮

CHERI EDENS
▮▮▮▮▮▮
SAINT ALBANS WV ▮▮▮▮▮

## Account Summary

☑ **You're enrolled in Paperless Billing.**
☐ **Sign up now for Auto Pay at**
   **suddenlink.com/ezpay**

| Billing Period | Due Date | Amount |
|---|---|---|
| 02/04/21 - 03/03/21 | February 27, 2021 | $95.90 |

| | |
|---|---|
| **Previous Balance & Payments** | **$0.00** |
| Balance Last Statement | $96.96 |
| Payment(s) Received By 01/28/2021 | -$96.96 |
| **New Charges** | **$95.90** |
| **Total Amount Due** | **$95.90** |

## Account Details

| BALANCE LAST STATEMENT | | | 96.96 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 01/22 Credit Card Pymt | | | -96.96 |
| **Previous Balance** | | | **$ 0.00** |

| CURRENT MONTHLY CHARGES | Retail | Savings | You Pay |
|---|---|---|---|
| **Internet** | | | |
| 02/04 -03/03 Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig | | | 50.00 |
| **Other Services** | | | |
| 02/04 -03/03 Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | | **$91.98** |

| TAXES, FEES & OTHER CHARGES | | |
|---|---|---|
| **Other Services** | | |
| 02/04 -03/03 Sales Tax | | 0.42 |
| **Other Charges** | | |
| 02/04 -03/03 Network Enhancement Fee | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | **$ 3.92** |
| **Total Amount Due** | | **$95.90** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

Additional options:

@ **Auto Pay**
   Manage at suddenlink.com/ezpay

📱 **Support App**
   Download at suddenlink.com/apps

🏬 **In Person**
   Visit suddenlink.com/stores for a location near you

📞 **Phone**
   1.866.659.2861

✉ **Mail**
   Detach the remit below and send it with your payment

⬇ **Please turn over for payment.** ⬇



*200 JERICHO QUADRANGLE*
*JERICHO NY 11753-2701*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV ▮▮▮▮▮

**Get Altice Mobile**

1 plan. 3 data sizes. No strings attached.

**Starting at $14/mo. per line.**

Visit alticemobile.com



**CHERI EDENS**                                                                    PAGE 2 OF 2
Account Number: ▮▮▮▮▮▮▮▮
Total Amount Due: **$95.90**

## Account Details...continued



## Suddenlink Updates

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

---

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.

Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service

cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.

Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and

payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Mail written closed captioning complaints to Altice USA, Attn: Ahmed Fayed, 1111 Stewart Avenue, Bethpage, NY 11714. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

---

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





| **Mailing Your Payment** | |
|---|---|
| Account Number: | ▮▮▮▮▮▮▮ |
| Payment Due Date: | **February 27, 2021** |
| Total Amount Due: | **$95.90** |
| **Amount Enclosed $** | |

**Make checks payable to Suddenlink.**

000-01-21-A-C

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

2  0009590      5



**Access Code:** ▮▮▮
**Account Number:** ▮▮▮▮▮

CHERI EDENS
▮▮▮▮▮
SAINT ALBANS WV ▮▮▮▮

PAGE 1 OF 2

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 03/04/21 - 04/03/21 | March 27, 2021 | $95.90 |

| Previous Balance & Payments | $0.00 |
|---|---|
| Balance Last Statement | $95.90 |
| Payment(s) Received By 02/27/2021 | -$95.90 |
| **New Charges** | **$95.90** |
| **Total Amount Due** | **$95.90** |

☑ You're enrolled in Paperless Billing.
☐ Sign up now for Auto Pay at suddenlink.com/ezpay

## Account Details

| BALANCE LAST STATEMENT | | | 95.90 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 02/20 Credit Card Pymt | | | -95.90 |
| **Previous Balance** | | | **$ 0.00** |

| CURRENT MONTHLY CHARGES | Retail | Savings | You Pay |
|---|---|---|---|
| **Internet** | | | |
| 03/04 -04/03 Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig | | | 50.00 |
| **Other Services** | | | |
| 03/04 -04/03 Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | | **$91.98** |

| TAXES, FEES & OTHER CHARGES | | |
|---|---|---|
| **Other Services** | | |
| 03/04 -04/03 Sales Tax | | 0.42 |
| **Other Charges** | | |
| 03/04 -04/03 Network Enhancement Fee | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | **$ 3.92** |
| **Total Amount Due** | | **$95.90** |

### Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**
**Auto Pay** Manage at suddenlink.com/ezpay
**Support App** Download at suddenlink.com/apps
**In Person** Visit suddenlink.com/stores for a location near you
**Phone** 1.866.659.2861
**Mail** Detach the remit below and send it with your payment

 Please turn over for payment.



*200 JERICHO QUADRANGLE*
*JERICHO NY 11753-2701*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
▮▮▮▮
SAINT ALBANS WV ▮▮▮

Case 2:22-cv-00101   Document 42-3   Filed 12/04/23   Page 38 of 116 PageID #: 412



**CHERI EDENS**
Account Number: ▮▮▮▮▮▮▮▮
Total Amount Due: **$95.90**

## Account Details...continued



## Suddenlink Updates

Beginning February 2, Decades will be available to customers in Broadcast Basic and above at no additional cost. Decades can be found on Channel 124 and will showcase classic TV sitcoms from the 1950s through the early 1990s.

Starting May 4, customers will no longer be able to create new Suddenlink email addresses. Active email addresses created prior to that date will continue to be supported.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.
Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.
**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service

cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and

payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Mail written closed captioning complaints to Altice USA, Attn: Ahmed Fayed, 1111 Stewart Avenue, Bethpage, NY 11714. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





| **Mailing Your Payment** | |
|---|---|
| Account Number: | ▮▮▮▮▮▮ |
| Payment Due Date: | **March 27, 2021** |
| Total Amount Due: | **$95.90** |
| **Amount Enclosed $** | |

**Make checks payable to Suddenlink.**

**000-02-21-A-C**

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

2  0009590      5

Case 2:22-cv-00101   Document 42-3   Filed 12/04/23   Page 39 of 116 PageID #: 413



Access Code: ▮
Account Number: ▮▮▮▮▮▮

CHERI EDENS
▮▮▮▮▮▮▮▮▮▮
SAINT ALBANS WV ▮▮▮▮▮▮

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 04/04/21 - 05/03/21 | April 27, 2021 | $95.90 |

| Previous Balance & Payments | | $0.00 |
|---|---|---|
| Balance Last Statement | | $95.90 |
| Payment(s) Received By  03/29/2021 | | -$95.90 |
| **New Charges** | | **$95.90** |
| **Total Amount Due** | | **$95.90** |

☑ You're enrolled in Paperless Billing.
☐ Sign up now for Auto Pay at
   suddenlink.com/ezpay

## Account Details

| BALANCE LAST STATEMENT | | | 95.90 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 03/19 | Credit Card Pymt | | -95.90 |
| **Previous Balance** | | | **$  0.00** |

| CURRENT MONTHLY CHARGES | Retail | Savings | You Pay |
|---|---|---|---|
| **Internet** | | | |
| 04/04 -05/03   Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig Add-On | | | 50.00 |
| **Other Services** | | | |
| 04/04 -05/03   Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | | **$91.98** |

| TAXES, FEES & OTHER CHARGES | | | |
|---|---|---|---|
| **Other Services** | | | |
| 04/04 -05/03   Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 04/04 -05/03   Network Enhancement Fee | | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | | **$  3.92** |
| **Total Amount Due** | | | **$95.90** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

Additional options:

**Auto Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

 Please turn over for payment.



*200 JERICHO QUADRANGLE*
*JERICHO NY 11753-2701*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
▮▮▮▮▮▮▮
SAINT ALBANS WV ▮▮▮▮▮



You've got questions.
We've got answers.

For help, visit
suddenlink.com/chat



**CHERI EDENS**
Account Number: ▮▮▮▮▮▮▮▮▮▮▮

Total Amount Due: **$95.90**

## Account Details...continued



## Suddenlink Updates

Starting May 4, customers will no longer be able to create new Suddenlink email addresses. Active email addresses created prior to that date will continue to be supported.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.

Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.

Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Mail written closed captioning complaints to Altice USA, Attn: Ahmed Fayed, 1111 Stewart Avenue, Bethpage, NY 11714. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





### Mailing Your Payment

| | |
|---|---|
| Account Number: | ▮▮▮▮▮▮▮▮ |
| Payment Due Date: | **April 27, 2021** |
| Total Amount Due: | **$95.90** |

**Amount Enclosed $**

**000-03-21-A-C**

Make checks payable to Suddenlink.

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

▮▮▮▮▮▮▮▮▮▮▮   2  0009590      5



Access Code: ▮
Account Number: ▮▮▮▮▮▮▮▮

PAGE 1 OF 2

CHERI EDENS

SAINT ALBANS WV

## Account Summary

| Billing Period | Due Date |
|---|---|
| 05/04/21 - 06/03/21 | May 27, 2021 |

| Previous Balance & Payments | |
|---|---|
| Balance Last Statement | $95.90 |
| Payment(s) Received By 04/28/2021 | $0.00 |
| **Past Due Amount** | **$95.90** |
| **New Charges** | **$95.90** |
| **Total Amount Due** | **$191.80** |

(Please pay the past due amount of **$95.90** immediately to avoid service disruption)

☑ You're enrolled in Paperless Billing.
☐ Sign up now for Auto Pay at suddenlink.com/ezpay

## Account Details

| BALANCE LAST STATEMENT | | | $ 95.90 |
|---|---|---|---|
| **CURRENT MONTHLY CHARGES** | Retail | Savings | You Pay |
| **Internet** | | | |
| 05/04 -06/03  Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig Add-On | | | 50.00 |
| **Other Services** | | | |
| 05/04 -06/03  Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | | **$ 91.98** |
| **TAXES, FEES & OTHER CHARGES** | | | |
| **Other Services** | | | |
| 05/04 -06/03  Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 05/04 -06/03  Network Enhancement Fee | | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | | **$ 3.92** |
| **Total Amount Due** | | | **$191.80** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**Auto Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

 Please turn over for payment. ⬅



*200 JERICHO QUADRANGLE*
*JERICHO NY 11753-2701*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV





**CHERI EDENS**
Account Number: ▮▮▮▮▮▮▮▮▮
Total Amount Due: **$191.80**

PAGE 2 OF 2

## Account Details...continued



# If you've got questions, we've got answers.

### Search FAQs
and watch tutorials



### Help and answers
Chat with us online at
**suddenlink.com/contact-us/live-chat**



### Suddenlink Support App
Download at **suddenlink.com/apps**
and manage your account right from
your mobile device

Learn more at **help.suddenlink.com**

## Suddenlink Updates

**Just a reminder, we have not received your payment.** If you have already paid your bill, kindly disregard this message. If not, please remit full payment immediately to continue receiving service and to avoid unnecessary fees. If the past due amount is not received by the pay by date on this bill, you will be charged a late fee. Please note that all equipment received at installation is the property of Suddenlink and must be returned if service is disconnected.

Starting May 4, customers will no longer be able to create new Suddenlink email addresses. Active email addresses created prior to that date will continue to be supported.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at
suddenlink.net/myaccount.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.
Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.
**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service

cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and

payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Mail written closed captioning complaints to Altice USA, Attn: Ahmed Fayed, 1111 Stewart Avenue, Bethpage, NY 11714. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





### Mailing Your Payment

| | |
|---|---|
| Account Number: | ▮▮▮▮▮▮▮ |
| Past Due  **Please Pay Now:** | $95.90 |
| Due By **May 27, 2021:** | $95.90 |
| Total Amount Due: | $191.80 |

**Amount Enclosed $**

Make checks payable to Suddenlink.

**030-04-21-A-C**

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

9 0019180      6



**Access Code:** ▮

**Account Number:** ▮

CHERI EDENS

SAINT ALBANS WV

## Account Summary

| Billing Period | Due Date |
|---|---|
| 06/04/21 - 07/03/21 | June 27, 2021 |

| Previous Balance & Payments | |
|---|---|
| Balance Last Statement | $191.80 |
| Payment(s) Received By 05/28/2021 | -$95.90 |
| **Past Due Amount** | **$95.90** |
| **New Charges** | **$95.90** |

| **Total Amount Due** | **$191.80** |
|---|---|
| (Please pay the past due amount of **$95.90** immediately to avoid service disruption) | |

☑ You're enrolled in Paperless Billing.

☐ Sign up now for Auto Pay at
suddenlink.com/ezpay

## Account Details

| BALANCE LAST STATEMENT | | | 191.80 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 04/30 Credit Card Pymt | | | -95.90 |
| **Previous Balance** | | | **$ 95.90** |
| **CURRENT MONTHLY CHARGES** | Retail | Savings | You Pay |
| Internet | | | |
| 06/04 -07/03 Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig Add-On | | | 50.00 |
| Other Services | | | |
| 06/04 -07/03 Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | | **$ 91.98** |
| **TAXES, FEES & OTHER CHARGES** | | | |
| Other Services | | | |
| 06/04 -07/03 Sales Tax | | | 0.42 |
| Other Charges | | | |
| 06/04 -07/03 Network Enhancement Fee | | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | | **$ 3.92** |
| **Total Amount Due** | | | **$191.80** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**Auto Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

⬇ Please turn over for payment. ⬇



*200 JERICHO QUADRANGLE*
*JERICHO NY 11753-2701*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS

SAINT ALBANS WV



Case 2:22-cv-00101   Document 42-3   Filed 12/04/23   Page 44 of 116 PageID #: 418



**suddenlink**

**CHERI EDENS**

Account Number:

Total Amount Due: **$191.80**

## Account Details...continued

## Suddenlink Updates

**Just a reminder, we have not received your payment.** If you have already paid your bill, kindly disregard this message. If not, please remit full payment immediately to continue receiving service and to avoid unnecessary fees. If the past due amount is not received by the pay by date on this bill, you will be charged a late fee. Please note that all equipment received at installation is the property of Suddenlink and must be returned if service is disconnected.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

**Payment Information**

Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.

Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.

**Billing Information**

You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.

Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**

For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Mail written closed captioning complaints to Altice USA, Attn: Ahmed Fayed, 1111 Stewart Avenue, Bethpage, NY 11714. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**

**suddenlink**





### Mailing Your Payment

| | |
|---|---|
| Account Number: | |
| Past Due **Please Pay Now:** | **$95.90** |
| Due By **June 27, 2021:** | **$95.90** |
| Total Amount Due: | **$191.80** |

**Amount Enclosed $**

**Make checks payable to Suddenlink.**

030-05-21-A-C

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

9 0019180      6



**Access Code:** ▉
**Account Number:** ▉▉▉▉▉

CHERI EDENS
▉▉▉▉▉
SAINT ALBANS WV ▉▉▉▉▉

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 07/04/21 - 08/03/21 | July 27, 2021 | $95.90 |

| Previous Balance & Payments | | $0.00 |
|---|---|---|
| Balance Last Statement | | $191.80 |
| Payment(s) Received By  06/28/2021 | | -$191.80 |
| **New Charges** | | **$95.90** |
| **Total Amount Due** | | **$95.90** |

☑ You're enrolled in Paperless Billing.
☐ Sign up now for Auto Pay at
   suddenlink.com/ezpay

## Account Details

| BALANCE LAST STATEMENT | | | 191.80 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 06/25 Credit Card Pymt | | | -191.80 |
| **Previous Balance** | | | **$   0.00** |

| CURRENT MONTHLY CHARGES | Retail | Savings | You Pay |
|---|---|---|---|
| **Internet** | | | |
| 07/04 -08/03 Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig Add-On | | | 50.00 |
| **Other Services** | | | |
| 07/04 -08/03 Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | | **$  91.98** |

| TAXES, FEES & OTHER CHARGES | | | |
|---|---|---|---|
| **Other Services** | | | |
| 07/04 -08/03 Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 07/04 -08/03 Network Enhancement Fee | | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | | **$   3.92** |
| **Total Amount Due** | | | **$  95.90** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**Auto Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment



➡ Please turn over for payment. ⬅



*200 JERICHO QUADRANGLE*
*JERICHO NY 11753-2701*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
▉▉▉▉▉
SAINT ALBANS WV ▉▉▉▉▉





**CHERI EDENS**
Account Number: ███████████
Total Amount Due: **$95.90**

## Account Details...continued



## Suddenlink Updates

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.

Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.

Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Mail written closed captioning complaints to Altice USA, Attn: Ahmed Fayed, 1111 Stewart Avenue, Bethpage, NY 11714. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





### Mailing Your Payment

| | |
|---|---|
| Account Number: | ██████████ |
| Payment Due Date: | **July 27, 2021** |
| Total Amount Due: | **$95.90** |

**Amount Enclosed $**

**000-06-21-A-C**

Make checks payable to Suddenlink.

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

2  0009590      5



**Access Code:** ▮
**Account Number:** ▮

CHERI EDENS
▮

SAINT ALBANS WV ▮

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 08/04/21 - 09/03/21 | August 27, 2021 | $95.90 |

| | |
|---|---|
| **Previous Balance & Payments** | **$0.00** |
| Balance Last Statement | $95.90 |
| Payment(s) Received By 07/28/2021 | -$95.90 |
| **New Charges** | **$95.90** |
| **Total Amount Due** | **$95.90** |

☑ You're enrolled in Paperless Billing.
☐ Sign up now for Auto Pay at
   suddenlink.com/ezpay

## Account Details

| BALANCE LAST STATEMENT | | | 95.90 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 07/22 Credit Card Pymt | | | -95.90 |
| **Previous Balance** | | | **$ 0.00** |
| **CURRENT MONTHLY CHARGES** | Retail | Savings | You Pay |
| **Internet** | | | |
| 08/04 -09/03 Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig Add-On | | | 50.00 |
| **Other Services** | | | |
| 08/04 -09/03 Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | | **$91.98** |
| **TAXES, FEES & OTHER CHARGES** | | | |
| **Other Services** | | | |
| 08/04 -09/03 Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 08/04 -09/03 Network Enhancement Fee | | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | | **$ 3.92** |
| **Total Amount Due** | | | **$95.90** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

Additional options:

**Auto Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

◄ Please turn over for payment. ►



*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV ▮

To message us,
scan with your
phone's camera.





**CHERI EDENS**

Account Number: ▮▮▮▮▮▮▮▮▮
Total Amount Due: **$95.90**

## Account Details...continued

If you've got questions, we've got answers.



Search FAQs
and watch tutorials



Help and answers
Chat with us online at
**suddenlink.com/contact-us/live-chat**



Suddenlink Support App
Download at **suddenlink.com/apps**
and manage your account right from
your mobile device

Learn more at **help.suddenlink.com**

## Suddenlink Updates

Starting June 25, 2021, Suddenlink customers will have access to additional Gray Media owned stations in select lineups.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.
Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.
**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service

cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and

payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Mail written closed captioning complains to Altice USA, Attn: Ahmed Fayed, 1111 Stewart Avenue, Bethpage, NY 11714. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





### Mailing Your Payment

| | |
|---|---|
| Account Number: | ▮▮▮▮▮▮▮ |
| Payment Due Date: | **August 27, 2021** |
| Total Amount Due: | **$95.90** |

**Amount Enclosed $**

**000-07-21-A-C**

Make checks payable to Suddenlink.

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

2  0009590      5



**Access Code:** ▮▮
**Account Number:** ▮▮▮▮▮▮▮

CHERI EDENS

SAINT ALBANS WV ▮▮▮▮▮

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 09/04/21 - 10/03/21 | September 27, 2021 | $95.90 |

| Previous Balance & Payments | | $0.00 |
|---|---|---|
| Balance Last Statement | | $95.90 |
| Payment(s) Received By  08/28/2021 | | -$95.90 |
| **New Charges** | | **$95.90** |
| **Total Amount Due** | | **$95.90** |

☑ You're enrolled in Paperless Billing.
☐ Sign up now for Auto Pay at suddenlink.com/ezpay

## Account Details

| BALANCE LAST STATEMENT | | | | 95.90 |
|---|---|---|---|---|
| **PAYMENTS** | | | | |
| 08/21 | Credit Card Pymt | | | -95.90 |
| **Previous Balance** | | | | **$  0.00** |
| **CURRENT MONTHLY CHARGES** | | Retail | Savings | You Pay |
| **Internet** | | | | |
| 09/04 -10/03 | Internet | 89.99 | -55.00 | 34.99 |
| | Internet 1 Gig Add-On | | | 50.00 |
| **Other Services** | | | | |
| 09/04 -10/03 | Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | | | **$91.98** |
| **TAXES, FEES & OTHER CHARGES** | | | | |
| **Other Services** | | | | |
| 09/04 -10/03 | Sales Tax | | | 0.42 |
| **Other Charges** | | | | |
| 09/04 -10/03 | Network Enhancement Fee | | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | | | **$  3.92** |
| **Total Amount Due** | | | | **$95.90** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**Auto Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

⬇ Please turn over for payment. ⬇



*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV ▮▮▮▮▮



To message us, scan with your phone's camera.

Case 2:22-cv-00101   Document 42-3   Filed 12/04/23   Page 50 of 116 PageID #: 424



**CHERI EDENS**
Account Number: ▮▮▮▮▮▮▮▮
Total Amount Due: **$95.90**

## Account Details...continued



**We're ready for storm season, are you?**

Sign up for text messaging alerts today.



Sign up today at suddenlink.com/preferences

## Suddenlink Updates

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

---

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.
Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.
**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service

cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and

payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Mail written closed captioning complaints to Altice USA, Attn: Ahmed Fayed, 1111 Stewart Avenue, Bethpage, NY 11714. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

---

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





### Mailing Your Payment

Account Number: ▮▮▮▮▮▮
Payment Due Date: **September 27, 2021**
Total Amount Due: **$95.90**

Amount Enclosed $ _____

Make checks payable to Suddenlink.

000-08-21-A-C

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

2  0009590  5



Access Code: ▮▮
Account Number: ▮▮▮▮▮▮

CHERI EDENS

SAINT ALBANS WV

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 10/04/21 - 11/03/21 | October 27, 2021 | $95.90 |
| **Previous Balance & Payments** | | $0.00 |
| Balance Last Statement | | $95.90 |
| Payment(s) Received By 09/28/2021 | | -$95.90 |
| **New Charges** | | $95.90 |
| **Total Amount Due** | | **$95.90** |

☑ You're enrolled in Paperless Billing.
☐ Sign up now for Auto Pay at
  suddenlink.com/ezpay

## Account Details

| | | Retail | Savings | You Pay |
|---|---|---|---|---|
| **BALANCE LAST STATEMENT** | | | | 95.90 |
| **PAYMENTS** | | | | |
| 09/17 | Credit Card Pymt | | | -95.90 |
| | **Previous Balance** | | | **$ 0.00** |
| **CURRENT MONTHLY CHARGES** | | Retail | Savings | You Pay |
| **Internet** | | | | |
| 10/04 -11/03 | Internet | 89.99 | -55.00 | 34.99 |
| | Internet 1 Gig | | | 50.00 |
| | Add-On | | | |
| | **Other Services** | | | |
| 10/04 -11/03 | Safeguard | | | 6.99 |
| | **Total Current Monthly Charges** | | | **$91.98** |
| **TAXES, FEES & OTHER CHARGES** | | | | |
| | **Other Services** | | | |
| 10/04 -11/03 | Sales Tax | | | 0.42 |
| | **Other Charges** | | | |
| 10/04 -11/03 | Network | | | 3.50 |
| | Enhancement Fee | | | |
| | **Total Taxes, Fees & Other Charges** | | | **$ 3.92** |
| | **Total Amount Due** | | | **$95.90** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

@ **Auto Pay**
Manage at suddenlink.com/ezpay

📱 **Support App**
Download at suddenlink.com/apps

🏬 **In Person**
Visit suddenlink.com/stores for a location near you

📞 **Phone**
1.866.659.2861

✉ **Mail**
Detach the remit below and send it with your payment

⬇ Please turn over for payment. ⬇



*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV

To message us, scan with your phone's camera.





**CHERI EDENS**
Account Number: ▮▮▮▮▮▮▮▮
Total Amount Due: **$95.90**

## Account Details...continued



## Suddenlink Updates

As of June 18, 2021, Fox College Sports Atlantic, Central and Pacific is now Stadium College Sports Atlantic, Central and Pacific. Check your local listings for the channel numbers and tune in. Stadium College Sports (SCS) is a set of three national college sports networks, SCS Atlantic, SCS Central and SCS Pacific, providing daily college and high school sports programming.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.
Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.
**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service

cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and

payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Mail written closed captioning complaints to Altice USA, Attn: Ahmed Fayed, 1111 Stewart Avenue, Bethpage, NY 11714. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





### Mailing Your Payment

| | |
|---|---|
| Account Number: | ▮▮▮▮▮▮ |
| Payment Due Date: | **October 27, 2021** |
| Total Amount Due: | **$95.90** |

**Amount Enclosed $**

**000-09-21-A-C**

Make checks payable to Suddenlink.

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

2  0009590      5



**Access Code:** ▮

**Account Number:** ▮

CHERI EDENS ▮

SAINT ALBANS WV ▮

## Account Summary

☑ **You're enrolled in Paperless Billing.**

☐ **Sign up now for Auto Pay at suddenlink.com/ezpay**

| Billing Period | Due Date | Amount |
|---|---|---|
| 11/04/21 - 12/03/21 | November 27, 2021 | $95.90 |
| **Previous Balance & Payments** | | **$0.00** |
| Balance Last Statement | | $95.90 |
| Payment(s) Received By 10/28/2021 | | -$95.90 |
| **New Charges** | | **$95.90** |
| **Total Amount Due** | | **$95.90** |

## Account Details

| | Retail | Savings | You Pay |
|---|---|---|---|
| **BALANCE LAST STATEMENT** | | | 95.90 |
| **PAYMENTS** | | | |
| 10/28  Credit Card Pymt | | | -95.90 |
| **Previous Balance** | | | **$ 0.00** |
| **CURRENT MONTHLY CHARGES** | | | |
| **Internet** | | | |
| 11/04 - 12/03  Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig Add-On | | | 50.00 |
| **Other Services** | | | |
| 11/04 - 12/03  Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | | **$91.98** |
| **TAXES, FEES & OTHER CHARGES** | | | |
| **Other Services** | | | |
| 11/04 - 12/03  Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 11/04 - 12/03  Network Enhancement Fee | | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | | **$ 3.92** |
| **Total Amount Due** | | | **$95.90** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**Auto Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

 **Please turn over for payment.**



*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS ▮
SAINT ALBANS WV ▮



To message us, scan with your phone's camera.



**CHERI EDENS**
Account Number: ▮▮▮▮▮▮▮▮▮
Total Amount Due: **$95.90**

## Account Details...continued

If you've got questions, we've got answers.


**Search FAQs**
and watch tutorials


**Help and answers**
Chat with us online at
**suddenlink.com/contact-us/live-chat**


**Suddenlink Support App**
Download at **suddenlink.com/apps**
and manage your account right from
your mobile device

Learn more at **help.suddenlink.com**

## Optimum Updates

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at
suddenlink.net/myaccount.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at
suddenlink.com/terms-policy.
Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at
suddenlink.com/rates.
**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service

cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit
suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and

payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or
closedcaption@suddenlink.com. Mail written closed captioning complaints to Altice USA, Attn: Ahmed Fayed, 1111 Stewart Avenue, Bethpage, NY 11714. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**



### Mailing Your Payment

| | |
|---|---|
| Account Number: | ▮▮▮▮▮▮ |
| Payment Due Date: | **November 27, 2021** |
| Total Amount Due: | **$95.90** |

**Amount Enclosed $**

Make checks payable to Suddenlink.

**000-10-21-A-C**

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

2  0009590      5



**Access Code:** ▮
**Account Number:** ▮▮▮▮

CHERI EDENS
▮▮▮▮

SAINT ALBANS WV ▮▮▮▮

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 12/04/21 - 01/03/22 | December 27, 2021 | $95.90 |

| | |
|---|---|
| **Previous Balance & Payments** | **$0.00** |
| Balance Last Statement | $95.90 |
| Payment(s) Received By  11/28/2021 | -$95.90 |
| **New Charges** | **$95.90** |
| **Total Amount Due** | **$95.90** |

☑ You're enrolled in Paperless Billing.
☐ Sign up now for Auto Pay at
   suddenlink.com/ezpay

## Account Details

| BALANCE LAST STATEMENT | | | 95.90 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 11/12 | Credit Card Pymt | | -95.90 |
| **Previous Balance** | | | **$  0.00** |

| CURRENT MONTHLY CHARGES | Retail | Savings | You Pay |
|---|---|---|---|
| **Internet** | | | |
| 12/04 -01/03  Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig Add-On | | | 50.00 |
| **Other Services** | | | |
| 12/04 -01/03  Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | | **$91.98** |

| TAXES, FEES & OTHER CHARGES | | | |
|---|---|---|---|
| **Other Services** | | | |
| 12/04 -01/03  Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 12/04 -01/03  Network Enhancement Fee | | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | | **$  3.92** |
| **Total Amount Due** | | | **$95.90** |

### Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**Auto Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

 Please turn over for payment.



*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
▮▮▮▮
SAINT ALBANS WV ▮▮▮▮



To message us, scan with your phone's camera.

Case 2:22-cv-00101   Document 42-3   Filed 12/04/23   Page 56 of 116 PageID #: 430



**CHERI EDENS**
Account Number:
Total Amount Due: **$95.90**

## Account Details...continued

## Suddenlink Updates

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

If you've got questions, we've got answers.



### Search FAQs
and watch tutorials



### Help and answers
Chat with us online at
**suddenlink.com/contact-us/live-chat**



### Suddenlink Support App
Download at **suddenlink.com/apps**
and manage your account right from your mobile device

Learn more at **help.suddenlink.com**

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.
Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.
**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service

cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and

payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Mail written closed captioning complaints to Altice USA, Attn: Ahmed Fayed, 1111 Stewart Avenue, Bethpage, NY 11714. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





### Mailing Your Payment

| | |
|---|---|
| Account Number: | |
| Payment Due Date: | **December 27, 2021** |
| Total Amount Due: | **$95.90** |

**Amount Enclosed $**

Make checks payable to Suddenlink.

**000-11-21-A-C**

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

2  0009590      5

# TV Service & Gigabit Internet Market



## Residential Service & Equipment Rates*

**Effective October 2021**

| TV Services and Packages | per month |
|---|---|
| Local Broadcast (Broadcast Basic) | $50.00 |
| Standard Cable (Expanded Basic)[1] | $60.00 |
| Suddenlink Core[2] | $105.00 |
| Suddenlink Value[3] | $110.00 |
| Suddenlink Select[4] | $130.00 |
| Suddenlink Premier[5] | $155.00 |
| Cable Guide | $3.99 |
| Family Package[8] | $10.00 |
| Movie Package[8] | $10.00 |
| Sports & Information Package[8] | $15.00 |
| Sports Plus Package[7] | $5.00 |
| Conexión Única[9] | $15.00 |
| Broadcast Station Programming Surcharge[43] | $15.00 |
| Sports Programming Surcharge[43] | $6.65 |

| Premium Channels | per month |
|---|---|
| HBO Max[41] | $19.00 |
| Cinemax[1] | $17.00 |
| Showtime/The Movie Channel[1] | $17.00 |
| Starz & Starz Encore[1] | $17.00 |

| Pay-Per-View and On Demand | per month |
|---|---|
| New Release, Adult Movies, Events[10] | varies |
| Hustler SVOD[10, 34] | $29.99 |
| Falcon SVOD[10, 34] | $29.99 |
| Pay-Per-View | varies |

| DVR Services | per month |
|---|---|
| Cloud DVR[35] | $9.99 |
| Cloud DVR Plus[35] | $17.99 |
| Cloud DVR Max[35] | $21.99 |

| Internet Services[21] | per month |
|---|---|
| Internet 20[15] | $59.99 |
| Internet 100[16] | $89.99 |
| Internet 200[17] | $99.99 |
| Internet 400 | $119.99 |
| 1 Gig Internet | $139.99 |
| Optimum Advantage Internet[21] | $14.99 |
| Additional 50 GB Data[20] | $15.00 |
| Unlimited Data Allowance | $10.00 |
| Network Enhancement Fee[37] | $3.50 |

| Phone Services[34] | per month |
|---|---|
| Telephone Service Only | $50.95 |
| Second Line Service Fee | $19.95 |
| Listed Telephone Number | no charge |
| Non-Listed Telephone Number | $6.50 |
| Non-Published Telephone Number | $6.50 |
| Voice Mail | $5.00 |

| Equipment & Extras | per month |
|---|---|
| Altice One[34] | $20.00 |
| Altice One Mini[34] | $10.00 |
| Standard Digital Receiver | $11.00 |
| High Definition (HD) Receiver | $11.00 |
| HD/DVR Receiver/Service | $17.00 |
| Cable Card | $2.50 |
| TiVo Receiver[34] | $17.00 |
| TiVo Mini[34] | $11.00 |
| TiVo Stream[34] | $10.00 |
| Docsis Modem | $10.00 |
| Wireless Gateway | $10.00 |
| Xtend[34] | $3.00 |
| HD DigitaLink[34] | $5.00 |
| Apple TV (One Time Purchase)[34] | $180.00 |
| Amplify | $15.00 |
| Suddenlink Stream[YY] | $5.00 |
| Safeguard (Wire Maintenance) | $6.99 |
| Cable Guide[34] | $3.99 |

| Unreturned Equipment Fees | per each |
|---|---|
| Altice One[34] | $212.00 |
| Altice One Mini[34] | $132.00 |
| Standard Digital Receiver | $185.00 |
| High Definition (HD) Receiver | $185.00 |
| HD/DVR Receiver | $345.00 |
| Remote Control (Non-Altice One) | $5.00 |
| Altice One Remote Control[34] | $12.00 |
| Cable Card | $100.00 |
| TiVo Receiver[34] | $185.00 |
| TiVo DVR Receiver[34] | $345.00 |
| TiVo Mini[34] | $150.00 |
| TiVo Stream[34] | $150.00 |
| Docsis Modem | $100.00 |
| MTA – Phone Modem | $100.00 |
| Wireless Modem | $100.00 |

| Unreturned Equipment Fees | per each |
|---|---|
| Wireless Router | $80.00 |
| Ubee 1326 (Gateway 6)[34] | $130.00 |
| Ubee 1322 (Gateway 5)[34] | $110.00 |
| Ubee 1319 (Gateway 4)[34] | $80.00 |
| Xtend[34] | $75.00 |
| HD DigitaLink[34] | $50.00 |
| Amplify | $399.00 |
| Suddenlink Stream[YY] | $70.00 |

| Installation, Services & Other Charges | |
|---|---|
| Standard Installation | $99.00 |
| Premium Installation | $149.00 |
| Account Change | $25.00 |
| Directory Listing Change | $10.00 |
| Telephone Reconnect | $20.00 |
| Telephone Service Call | $50.00 |
| Activation Fee | $40.00 |
| Reconnect Service | $40.00 |
| Upgrade Service | $25.00 |
| WIFI Installation | $40.00 |
| Modem Swap Fee | $25.00 |
| 1st Outlet – New Install | $25.00 |
| Each Additional Outlet | $25.00 |
| Wall Fish | $65.00 |
| Field Collection Fee | $20.00 |
| Collection Fee | $20.00 |
| Payment Processing Fee | $10.00 |
| Late Payment Fee[39] | $10.00 |
| Returned Payment Charge[40] | $30.00 |
| Paper Statement Fee | $1.00 |
| Restore Product (1-2 products) | $10.00 |
| Restore Product (3 products) | $15.00 |
| Service Call/Hourly Service Charge | $60.00 |
| Missed Service Appointment | $60.00 |
| Premier Protection & Support[34] | $19.99 |
| Home Entertainment Protection & Support[34] | $9.99 |
| Premier Technical Support[34] | $17.99 |

| Security Services | |
|---|---|
| Suddenlink Security[34] | $50.00 |
| Add On Products | varies |

\* All product availability varies by area. Please call for most up-to-date offerings in your area.

YY Not available for Suddenlink TV subscribers. Not available in all areas.

1 Requires subscription to Local Broadcast. Not available in all areas.

2 Includes Local Broadcast. Not available in all areas.

3 Content is Local Broadcast plus Standard Cable. Not available in all areas.

4 Content is Local Broadcast, Standard Cable, Family Package, and Movie Package. Not available in all areas.

5 Content is Local Broadcast, Standard Cable, Family Package, Movie Package, Sports & Information Package, and HBO Max. Not available in all areas.

6 Requires subscription to Sports & Information Package. Not available in all areas.

8 Requires subscription to Standard Cable/Suddenlink Value or higher. Not available in all areas.

9 Requires subscription to Local Broadcast or higher. Not available in all areas.

10 Requires Suddenlink cable box and cannot be viewed on HD DigitaLinks.

15 Data cap of 150 GB may apply. Sign into suddenlink.net for more information.

16 Data cap of 250 GB may apply. Sign into suddenlink.net for more information.

17 Data cap of 350 GB may apply. Sign into suddenlink.net for more information.

20 Additional 50GB of data at $15.00 charge automatically added to account if initial data cap, or any previously applied data add on amount is exceeded. Applies to Internet 20 (data cap of 150 GB), Internet 100 (data cap of 250 GB), and Internet 200 (data cap of 350 GB).

21 For full details on current speed offerings, visit suddenlink.com/suddenlink-internet-packages-speed-details. Existing customers may be on different speeds that are no longer offered. Sign into suddenlink.net to see the specific speeds and data caps (if applicable) associated with your package.

34 Not available in all areas.

35 Requires video service and Altice One/Mini STB. Not available in all markets.

36 Requires video service and Altice One/Mini STB. Not available in all markets.

37 Applies to customers with Internet service. Select offers excluded.

39 Late Payment Fee is $10.00 unless otherwise noted: $2.00 in West Virginia, $4.75 in California, $5.00 in Kansas, and $6.00 in Oklahoma.

40 Fee may vary by area.

41 Requires subscription to Local Broadcast. Not available in all areas. HBO Max includes HBO Channels, HBO On Demand, and access to the HBO Max app.

43 Does not apply to customers on standard rates as of 9/13/2021.

Suddenlink is a registered trademark of Suddenlink Communications, a subsidiary of Altice USA, Inc. © 2021 Suddenlink Communications.

We're here to help. Learn more at help.suddenlink.com



Access Code: ▮
Account Number: ▮▮▮▮▮▮▮

PAGE 1 OF 2

CHERI EDENS
▮▮▮▮▮▮▮

SAINT ALBANS WV ▮▮▮▮▮

## Account Summary

☑ You're enrolled in Paperless Billing.
☐ Sign up now for Auto Pay at
  suddenlink.com/ezpay

| Billing Period | Due Date | Amount |
|---|---|---|
| 01/04/22 - 02/03/22 | January 27, 2022 | $95.90 |
| **Previous Balance & Payments** | | **$0.00** |
| Balance Last Statement | | $95.90 |
| Payment(s) Received By  12/28/2021 | | -$95.90 |
| **New Charges** | | **$95.90** |
| **Total Amount Due** | | **$95.90** |

## Account Details

| BALANCE LAST STATEMENT | | | 95.90 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 12/26 | Credit Card Pymt | | -95.90 |
| **Previous Balance** | | | **$ 0.00** |

| CURRENT MONTHLY CHARGES | | Retail | Savings | You Pay |
|---|---|---|---|---|
| **Internet** | | | | |
| 01/04 -02/03 | Internet | 89.99 | -55.00 | 34.99 |
| | Internet 1 Gig Add-On | | | 50.00 |
| **Other Services** | | | | |
| 01/04 -02/03 | Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | | | **$91.98** |

| TAXES, FEES & OTHER CHARGES | | | |
|---|---|---|---|
| **Other Services** | | | |
| 01/04 -02/03 | Sales Tax | | 0.42 |
| **Other Charges** | | | |
| 01/04 -02/03 | Network Enhancement Fee | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | | **$ 3.92** |
| **Total Amount Due** | | | **$95.90** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**Auto Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

⬇ Please turn over for payment. ⬇



*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV ▮▮▮▮▮

To message us, scan with your phone's camera.





**CHERI EDENS**
Account Number: █████████
Total Amount Due: **$95.90**

## Account Details...continued

If you've got questions, we've got answers.



### Search FAQs
and watch tutorials



### Help and answers
Chat with us online at
**suddenlink.com/contact-us/live-chat**



### Suddenlink Support App
Download at **suddenlink.com/apps** and manage your account right from your mobile device

Learn more at **help.suddenlink.com**

## Suddenlink Updates

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at
suddenlink.net/myaccount.

---

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.
Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.
**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service

cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and

payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Mail written closed captioning complaints to Altice USA, Attn: Ahmed Fayed, 1111 Stewart Avenue, Bethpage, NY 11714. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





### Mailing Your Payment

| | |
|---|---|
| Account Number: | ████████ |
| Payment Due Date: | **January 27, 2022** |
| Total Amount Due: | **$95.90** |

**Amount Enclosed $**

**000-12-21-A-C**

Make checks payable to Suddenlink.

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

2  0009590        5



**Access Code:** ▮
**Account Number:** ▮

CHERI EDENS ▮

SAINT ALBANS WV ▮

## Account Summary

☑ **You're enrolled in Paperless Billing.**
☐ **Sign up now for Auto Pay at**
   **suddenlink.com/ezpay**

| Billing Period | Due Date | Amount |
|---|---|---|
| 01/04/22 - 02/03/22 | January 27, 2022 | $95.90 |
| **Previous Balance & Payments** | | $0.00 |
| Balance Last Statement | | $95.90 |
| Payment(s) Received By 12/28/2021 | | -$95.90 |
| **New Charges** | | $95.90 |
| **Total Amount Due** | | **$95.90** |

## Account Details

| | Retail | Savings | You Pay |
|---|---|---|---|
| **BALANCE LAST STATEMENT** | | | 95.90 |
| **PAYMENTS** | | | |
| 12/26   Credit Card Pymt | | | -95.90 |
| **Previous Balance** | | | **$  0.00** |
| **CURRENT MONTHLY CHARGES** | | | |
| **Internet** | | | |
| 01/04 -02/03   Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig Add-On | | | 50.00 |
| **Other Services** | | | |
| 01/04 -02/03   Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | | **$91.98** |
| **TAXES, FEES & OTHER CHARGES** | | | |
| **Other Services** | | | |
| 01/04 -02/03   Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 01/04 -02/03   Network Enhancement Fee | | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | | **$  3.92** |
| **Total Amount Due** | | | **$95.90** |

### Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**Auto Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

◄ **Please turn over for payment.** ►



*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS ▮
SAINT ALBANS WV ▮



To message us, scan with your phone's camera.



**CHERI EDENS**
Account Number: ▮▮▮▮▮▮▮
Total Amount Due: **$95.90**

## Account Details...continued

If you've got questions, we've got answers.


### Search FAQs
and watch tutorials


### Help and answers
Chat with us online at
**suddenlink.com/contact-us/live-chat**


### Suddenlink Support App
Download at **suddenlink.com/apps**
and manage your account right from
your mobile device

Learn more at **help.suddenlink.com**

## Suddenlink Updates

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at
suddenlink.net/myaccount.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.
Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service

cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and

payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Mail written closed captioning complaints to Altice USA, Attn: Ahmed Fayed, 1111 Stewart Avenue, Bethpage, NY 11714. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





### Mailing Your Payment

| | |
|---|---|
| Account Number: | ▮▮▮▮▮▮ |
| Payment Due Date: | **January 27, 2022** |
| Total Amount Due: | **$95.90** |

**Amount Enclosed $**

**000-12-21-A-C**

Make checks payable to Suddenlink.

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

2  0009590      5



**Access Code:** ▮
**Account Number:** ▮

CHERI EDENS

SAINT ALBANS WV

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 02/04/22 - 03/03/22 | February 27, 2022 | $95.90 |

| | |
|---|---|
| **Previous Balance & Payments** | **$0.00** |
| Balance Last Statement | $95.90 |
| Payment(s) Received By  01/28/2022 | -$95.90 |
| **New Charges** | **$95.90** |
| **Total Amount Due** | **$95.90** |

☑ You're enrolled in Paperless Billing.
☐ Sign up now for Auto Pay at
   suddenlink.com/ezpay

## Account Details

| BALANCE LAST STATEMENT | | | 95.90 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 01/21 Credit Card Pymt | | | -95.90 |
| **Previous Balance** | | | **$ 0.00** |

| CURRENT MONTHLY CHARGES | Retail | Savings | You Pay |
|---|---|---|---|
| **Internet** | | | |
| 02/04 -03/03  Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig Add-On | | | 50.00 |
| **Other Services** | | | |
| 02/04 -03/03  Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | | **$91.98** |

| TAXES, FEES & OTHER CHARGES | | |
|---|---|---|
| **Other Services** | | |
| 02/04 -03/03  Sales Tax | | 0.42 |
| **Other Charges** | | |
| 02/04 -03/03  Network Enhancement Fee | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | **$ 3.92** |
| **Total Amount Due** | | **$95.90** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

Additional options:

**Auto Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

⬇ Please turn over for payment. ⬇



*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV



To message us, scan with your phone's camera.



**CHERI EDENS**                                                                          PAGE 2 OF 2
Account Number: ███████████
Total Amount Due: **$95.90**

| **Account Details...continued** |






| **Suddenlink Updates** |

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.
Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.
**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service

cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and

payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Mail written closed captioning complains to Altice USA, Attn: Ahmed Fayed, 1111 Stewart Avenue, Bethpage, NY 11714. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**



| **Mailing Your Payment** |

Account Number: ███████████
Payment Due Date:        **February 27, 2022**
Total Amount Due:                      **$95.90**

**Amount Enclosed $**

**Make checks payable to Suddenlink.**

**000-01-22-A-C**

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

2  0009590        5

Case 2:22-cv-00101   Document 42-3   Filed 12/04/23   Page 65 of 116 PageID #: 439



**Access Code:** ▮▮
**Account Number:** ▮▮▮▮▮▮

CHERI EDENS ▮▮▮▮▮▮

SAINT ALBANS WV ▮▮▮▮▮▮

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 03/04/22 - 04/03/22 | March 27, 2022 | $95.90 |

| Previous Balance & Payments | | $0.00 |
|---|---|---|
| Balance Last Statement | | $95.90 |
| Payment(s) Received By  02/27/2022 | | -$95.90 |
| **New Charges** | | **$95.90** |
| **Total Amount Due** | | **$95.90** |

☑ **You're enrolled in Paperless Billing.**
☐ **Sign up now for Auto Pay at**
   **suddenlink.com/ezpay**

## Account Details

| BALANCE LAST STATEMENT | | | 95.90 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 02/19 | Credit Card Pymt | | -95.90 |
| **Previous Balance** | | | **$  0.00** |

| CURRENT MONTHLY CHARGES | Retail | Savings | You Pay |
|---|---|---|---|
| **Internet** | | | |
| 03/04 -04/03 | Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig Add-On | | | 50.00 |
| **Other Services** | | | |
| 03/04 -04/03 Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | | **$91.98** |

| TAXES, FEES & OTHER CHARGES | | |
|---|---|---|
| **Other Services** | | |
| 03/04 -04/03 Sales Tax | | 0.42 |
| **Other Charges** | | |
| 03/04 -04/03 Network Enhancement Fee | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | **$  3.92** |
| **Total Amount Due** | | **$95.90** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**Auto Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

 **Please turn over for payment.**



*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS ▮▮▮▮▮▮
SAINT ALBANS WV ▮▮▮▮▮▮

To message us, scan with your phone's camera.





**CHERI EDENS**
Account Number: ▮▮▮▮▮▮▮▮
Total Amount Due: **$95.90**

PAGE 2 OF 2

## Account Details...continued






## Suddenlink Updates

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.
Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.
**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service

cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and

payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Mail written closed captioning complaints to Altice USA, Attn: Ahmed Fayed, 1111 Stewart Avenue, Bethpage, NY 11714. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**



### Mailing Your Payment

| | |
|---|---|
| Account Number: | ▮▮▮▮▮▮▮ |
| Payment Due Date: | **March 27, 2022** |
| Total Amount Due: | **$95.90** |

**Amount Enclosed $**

Make checks payable to Suddenlink.

**000-02-22-A-C**

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

2  0009590      5



**Access Code:** ▮
**Account Number:** ▮

CHERI EDENS

SAINT ALBANS WV

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 04/04/22 - 05/03/22 | April 27, 2022 | $95.90 |

| | |
|---|---|
| **Previous Balance & Payments** | **$0.00** |
| Balance Last Statement | $95.90 |
| Payment(s) Received By  03/30/2022 | -$95.90 |
| **New Charges** | **$95.90** |
| **Total Amount Due** | **$95.90** |

☑ You're enrolled in Paperless Billing.
☐ Sign up now for Auto Pay at
suddenlink.com/ezpay

## Account Details

| BALANCE LAST STATEMENT | | | 95.90 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 03/19 Credit Card Pymt | | | -95.90 |
| **Previous Balance** | | | **$  0.00** |
| **CURRENT MONTHLY CHARGES** | Retail | Savings | You Pay |
| **Internet** | | | |
| 04/04 -05/03 Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig Add-On | | | 50.00 |
| **Other Services** | | | |
| 04/04 -05/03 Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | | **$91.98** |
| **TAXES, FEES & OTHER CHARGES** | | | |
| **Other Services** | | | |
| 04/04 -05/03 Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 04/04 -05/03 Network Enhancement Fee | | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | | **$  3.92** |
| **Total Amount Due** | | | **$95.90** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**@** **Auto Pay**
Manage at suddenlink.com/ezpay

**📱** **Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**📞** **Phone**
1.866.659.2861

**✉** **Mail**
Detach the remit below and send it with your payment

 **Please turn over for payment.**

_1111 STEWART AVENUE_
_BETHPAGE NY 11714-3581_

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV



To message us, scan with your phone's camera.



**CHERI EDENS**

PAGE 2 OF 2

Account Number: █████████████

Total Amount Due: **$95.90**

## Account Details...continued

### If you've got questions, we've got answers.


**Search FAQs**
and watch tutorials


**Help and answers**
Chat with us online at
**suddenlink.com/contact-us/live-chat**


**Suddenlink Support App**
Download at **suddenlink.com/apps**
and manage your account right from
your mobile device

Learn more at **help.suddenlink.com**

## Suddenlink Updates

The Federal Government's Affordable Connectivity Program (ACP) operated by the FCC reduces Internet charges for qualifying low-income households with a one per household benefit up to $30/mo or up to $75/mo for residents of Tribal Lands. The benefit is portable from one participating provider to another but cannot be transferred to another individual or household even if they qualify. ACP eligibility requirements, how to enroll and plans that may be free with the benefit can be found at suddenlink.com/acp. Qualifying households will be subject to Suddenlink's undiscounted rates and general terms and conditions if they disqualify, de-enroll, transfer their benefit to another provider without cancelling service, or if the program ends.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.
Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.
**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service

cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and

payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 844-551-5862 (phone), 866-721-7595 (fax) or closedcaption@suddenlink.com. Mail written closed captioning complaints to Altice USA, Attn: Ahmed Fayed, 1111 Stewart Avenue, Bethpage, NY 11714. Programming subject to change, see suddenlink.com/contractrenewals for details. If you have a complaint about your cable service, contact customer service at 877-317-5003.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





### Mailing Your Payment

| | |
|---|---|
| Account Number: | ████████████ |
| Payment Due Date: | **April 27, 2022** |
| Total Amount Due: | **$95.90** |

**Amount Enclosed $**

**000-03-22-A-C**

Make checks payable to Suddenlink.

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

2  0009590  5



is becoming **optimum.**

PAGE 1 OF 4

**Access Code:** ████
**Account Number:** ████████

CHERI EDENS

SAINT ALBANS WV ████████

## Account Summary

☑ **You're enrolled in Paperless Billing.**

☐ **Sign up now for Auto Pay at suddenlink.com/ezpay**

| Billing Period | Due Date |
|---|---|
| 05/04/22 - 06/03/22 | May 27, 2022 |

| Previous Balance & Payments | |
|---|---|
| Balance Last Statement | $95.90 |
| Payment(s) Received By 04/28/2022 | $0.00 |
| **Past Due Amount** | **$95.90** |
| **New Charges** | **$95.90** |
| **Total Amount Due** | **$191.80** |
| (Please pay the past due amount of **$95.90** immediately to avoid service disruption) | |

## Account Details

| | | | |
|---|---|---|---|
| **BALANCE LAST STATEMENT** | | | **$ 95.90** |
| **CURRENT MONTHLY CHARGES** | Retail | Savings | You Pay |
| **Internet** | | | |
| 05/04 -06/03  Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig Add-On | | | 50.00 |
| **Other Services** | | | |
| 05/04 -06/03  Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | | **$ 91.98** |
| **TAXES, FEES & OTHER CHARGES** | | | |
| **Other Services** | | | |
| 05/04 -06/03  Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 05/04 -06/03  Network Enhancement Fee | | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | | **$  3.92** |
| **Total Amount Due** | | | **$191.80** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**Auto Pay**
Manage at suddenlink.com/ezpay

**Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Detach the remit below and send it with your payment

**Please turn over for payment.**



is becoming **optimum.**

*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS

SAINT ALBANS WV ████████

To message us, scan with your phone's camera.





**CHERI EDENS**
Account Number: ▮▮▮▮▮▮▮▮▮▮▮
Total Amount Due: **$191.80**

## Account Details...continued

# Bit by bit, we're making big changes.

Suddenlink is becoming Optimum and we're taking important steps to do better by you with faster speeds, better value, and improved service.

Let's reconnect.

**Learn more at
suddenlink.com/reconnect**



## Suddenlink Updates

**Just a reminder, we have not received your payment.** If you have already paid your bill, kindly disregard this message. If not, please remit full payment immediately to continue receiving service and to avoid unnecessary fees. If the past due amount is not received by the pay by date on this bill, you will be charged a late fee. Please note that all equipment received at installation is the property of Suddenlink and must be returned if service is disconnected.

The Federal Government's Affordable Connectivity Program (ACP) operated by the FCC reduces Internet charges for qualifying low-income households with a one per household benefit up to $30/mo or up to $75/mo for residents of Tribal Lands. The benefit is portable from one participating provider to another but cannot be transferred to another individual or household even if they qualify. ACP eligibility requirements, how to enroll and plans that may be free with the benefit can be found at suddenlink.com/acp. Qualifying households will be subject to Suddenlink's undiscounted rates and general terms and conditions if they disqualify, de-enroll, transfer their benefit to another provider without cancelling service, or if the program ends.

We've made enhancements to your bill presentation. Visit suddenlink.com/understandingmybill for more details on what to expect on your monthly bill.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

---

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





| Mailing Your Payment | |
|---|---|
| Account Number: | ▮▮▮▮▮▮▮ |
| Past Due  **Please Pay Now:** | **$95.90** |
| Due By **May 27, 2022:** | **$95.90** |
| Total Amount Due: | **$191.80** |
| **Amount Enclosed $** | |

**Make checks payable to Suddenlink.**

**030-04-22-A-C**

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

9 0019180      6



**CHERI EDENS**
Account Number: ████████████
Total Amount Due: **$191.80**

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.
Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**
For immediate closed captioning issues, contact us: 516-803-5131 (phone), 516-803-1682 (fax) or CCQuestions@alticeusa.com. Mail written closed captioning complaints to: Altice USA, Attn: Ahmed Fayed, 200 Jericho Quadrangle, Jericho, NY 11753.

# Whether you're on the couch or on the go, get answers about your services 24/7.



## Manage your services

View and pay your bill, check voicemail and email, manage your usernames and so much more at **account.suddenlink.net**



## Help and answers

Chat with us online at
**suddenlink.com/contact-us/live-chat**



## Suddenlink Support App

Download at **suddenlink.com/apps** and manage your account right from your mobile device



## Answers and support

Find FAQs, tutorial videos and ways to contact us at **help.suddenlink.com**



**You've got questions.
We've got answers.**
Learn more at help.suddenlink.com



is becoming **optimum.**

**Access Code:** ▮
**Account Number:** ▮

CHERI EDENS

SAINT ALBANS WV ▮

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 06/04/22 - 07/03/22 | June 27, 2022 | $95.90 |
| **Previous Balance & Payments** | | **$0.00** |
| Balance Last Statement | | $191.80 |
| Payment(s) Received By 05/28/2022 | | -$191.80 |
| **New Charges** | | **$95.90** |
| **Total Amount Due** | | **$95.90** |

✉ **You're enrolled in Paperless Billing.**

☐ **Sign up now for Auto Pay at suddenlink.com/ezpay**

## Account Details

| BALANCE LAST STATEMENT | | | 191.80 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 05/27 | Credit Card Pymt | | -191.80 |
| **Previous Balance** | | | **$    0.00** |
| **CURRENT MONTHLY CHARGES** | Retail | Savings | You Pay |
| **Internet** | | | |
| 06/04 -07/03   Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig Add-On | | | 50.00 |
| **Other Services** | | | |
| 06/04 -07/03   Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | | **$  91.98** |
| **TAXES, FEES & OTHER CHARGES** | | | |
| **Other Services** | | | |
| 06/04 -07/03   Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 06/04 -07/03   Network Enhancement Fee | | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | | **$    3.92** |
| **Total Amount Due** | | | **$  95.90** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

🔒 **Auto Pay**
Manage at suddenlink.com/autopay

📱 **Support App**
Download at suddenlink.com/apps

🏬 **In Person**
Visit suddenlink.com/stores for a location near you

📞 **Phone**
1.866.659.2861

✉ **Mail**
Send your payment with remit slip at least one week prior to the due date to avoid late fees

⬇ **Please turn over for payment.** ⬇



is becoming **optimum.**

*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS

SAINT ALBANS WV ▮

To message us, scan with your phone's camera.




is becoming **optimum.**

**CHERI EDENS**                                                          PAGE 2 OF 2
Account Number: ▮▮▮▮▮▮▮▮
Total Amount Due: **$95.90**

## Account Details...continued

If you've got questions, we've got answers.


### Search FAQs
and watch tutorials


### Help and answers
Chat with us online at
**suddenlink.com/contact-us/live-chat**


### Suddenlink Support App
Download at **suddenlink.com/apps**
and manage your account right from
your mobile device

Learn more at **help.suddenlink.com**

## Suddenlink Updates

The Federal Government's Affordable Connectivity Program (ACP) operated by the FCC reduces Internet charges for qualifying low-income households with a one per household benefit up to $30/mo or up to $75/mo for residents of Tribal Lands. The benefit is portable from one participating provider to another but cannot be transferred to another individual or household even if they qualify. ACP eligibility requirements, how to enroll and plans that may be free with the benefit can be found at suddenlink.com/acp. Qualifying households will be subject to Suddenlink's undiscounted rates and general terms and conditions if they disqualify, de-enroll, transfer their benefit to another provider without cancelling service, or if the program ends.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.
Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**
For immediate closed captioning issues, contact us: 516-803-5131 (phone), 516-803-1682 (fax) or CCQuestions@alticeusa.com. Mail written closed captioning complaints to: Altice USA, Attn: Ahmed Fayed, 200 Jericho Quadrangle, Jericho, NY 11753.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**


is becoming **optimum.**



### Mailing Your Payment

Account Number:          ▮▮▮▮▮▮
Payment Due Date:        **June 27, 2022**
Total Amount Due:             **$95.90**

Amount Enclosed **$**

Make checks payable to Suddenlink.

**000-05-22-A-C**



SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340

2  0009590       5



**Access Code:** ▮
**Account Number:** ▮

CHERI EDENS

SAINT ALBANS WV ▮

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 07/04 - 08/03/22 | July 27, 2022 | $88.61 |

| Previous Balance & Payments | | $0.00 |
|---|---|---|
| Balance Last Statement | | $95.90 |
| Payment(s) Received By  06/28/2022 | | -$95.90 |
| **New Charges** | | **$88.61** |
| **Total Amount Due** | | **$88.61** |

## What Changed

- Charged/credited for one time activity.

☑ **You're enrolled in Paperless Billing.**

☐ **Sign up now for Auto Pay at suddenlink.com/ezpay**

## Account Details

| BALANCE LAST STATEMENT | | | 95.90 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 06/25 | Credit Card Pymt | | -95.90 |
| **Previous Balance** | | $ | **0.00** |
| **CURRENT MONTHLY CHARGES** | Retail | Savings | You Pay |
| **Internet** | | | |
| 07/04 - 08/03  Internet | 89.99 | -55.00 | 34.99 |
| Internet 1 Gig Add-On | | | 50.00 |
| **Other Services** | | | |
| 07/04 - 08/03  Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | $ | **91.98** |
| **ONE TIME ACTIVITY** | | | |
| Charges that vary monthly based on your account activity. | | | |
| 06/23 | Data Adjustment due to service interruption | | -7.29 |
| **Total One Time Activity** | | -$ | **7.29** |
| **TAXES, FEES & OTHER CHARGES** | | | |
| **Other Services** | | | |
| 07/04 - 08/03  Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 07/04 - 08/03  Network Enhancement Fee | | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | $ | **3.92** |
| **Total Amount Due** | | $ | **88.61** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

**Auto Pay**
Manage at suddenlink.com/autopay

**Support App**
Download at suddenlink.com/apps

**In Person**
Visit suddenlink.com/stores for a location near you

**Phone**
1.866.659.2801

**Mail**
Send your payment with remit slip at least one week prior to the due date to avoid late fees

⬇️ **Please turn over for payment.** ⬇️



*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS

SAINT ALBANS WV ▮



Suddenlink is becoming Optimum.

To learn what you can expect after the transition on August 1, visit optimum.net/transition




is becoming **optimum.**

**CHERI EDENS**                                                                                                PAGE 2 OF 2
Account Number: ▮▮▮▮▮▮▮▮
Total Amount Due: **$88.61**

| **Account Details...continued** | **Suddenlink Updates** |
|---|---|

The Federal Government's Affordable Connectivity Program (ACP) operated by the FCC reduces Internet charges for qualifying low-income households with a one per household benefit up to $30/mo or up to $75/mo for residents of Tribal Lands. The benefit is portable from one participating provider to another but cannot be transferred to another individual or household even if they qualify. ACP eligibility requirements, how to enroll and plans that may be free with the benefit can be found at suddenlink.com/acp. Qualifying households will be subject to Suddenlink's undiscounted rates and general terms and conditions if they disqualify, de-enroll, transfer their benefit to another provider without cancelling service, or if the program ends.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

## If you've got questions, we've got answers.


### Search FAQs
and watch tutorials


### Help and answers
Chat with us online at
**suddenlink.com/contact-us/live-chat**


### Suddenlink Support App
Download at **suddenlink.com/apps** and manage your account right from your mobile device

Learn more at **help.suddenlink.com**

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.

Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.

Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**
For immediate closed captioning issues, contact us: 516-803-5131 (phone), 516-803-1682 (fax) or CCQuestions@alticeusa.com. Mail written closed captioning complaints to: Altice USA, Attn: Ahmed Fayed, 200 Jericho Quadrangle, Jericho, NY 11753.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**


is becoming **optimum.**



| **Mailing Your Payment** | |
|---|---|
| Account Number: | ▮▮▮▮▮▮ |
| Payment Due Date: | **July 27, 2022** |
| Total Amount Due: | **$88.61** |
| **Amount Enclosed $** | |

**000-06-22-A-C**

Make checks payable to Suddenlink.

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340



8  0008861    7



is becoming **optimum.**

Access Code: ▮
Account Number: ▮

CHERI EDENS

SAINT ALBANS WV ▮

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 08/04/22 - 09/03/22 | August 27, 2022 | $94.51 |

| Previous Balance & Payments | | -$1.39 |
|---|---|---|
| Balance Last Statement | | $88.61 |
| Payment(s) Received By 07/28/2022 | | -$90.00 |
| **New Charges** | | **$95.90** |
| **Total Amount Due** | | **$94.51** |

☑ You're enrolled in Paperless Billing.
☐ Sign up now for Auto Pay at
   suddenlink.com/ezpay

## Account Details

| BALANCE LAST STATEMENT | | | 88.61 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 07/23 | Credit Card Pymt | | -90.00 |
| **Previous Balance** | | | **-$ 1.39** |

| CURRENT MONTHLY CHARGES | Retail | Savings | You Pay |
|---|---|---|---|
| **Internet** | | | |
| 08/04 -09/03   Internet | 89.99 | -55.00 | 34.99 |
| 1 Gig Internet | | | 50.00 |
| **Other Services** | | | |
| 08/04 -09/03   Safeguard | | | 6.99 |
| **Total Current Monthly Charges** | | | **$ 91.98** |

| TAXES, FEES & OTHER CHARGES | | | |
|---|---|---|---|
| **Other Services** | | | |
| 08/04 -09/03   Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 08/04 -09/03   Network Enhancement Fee | | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | | **$ 3.92** |
| **Total Amount Due** | | | **$ 94.51** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **suddenlink.net**

**Additional options:**

🔒 **Auto Pay**
Manage at suddenlink.com/autopay

📱 **Support App**
Download at suddenlink.com/apps

🏬 **In Person**
Visit suddenlink.com/stores for a location near you

📞 **Phone**
1.866.659.2861

✉️ **Mail**
Send your payment with remit slip at least one week prior to the due date to avoid late fees

⇨ Please turn over for payment. ⇦



is becoming **optimum.**

*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV ▮



Suddenlink
is becoming
Optimum.

To learn what you can expect after the transition on August 1, visit optimum.net/transition



**suddenlink**
is becoming **optimum.**

CHERI EDENS
Account Number: ▮▮▮▮▮▮▮▮▮
Total Amount Due: **$94.51**

PAGE 2 OF 2

## Account Details...continued

If you've got questions, we've got answers.

 **Search FAQs**
and watch tutorials

 **Help and answers**
Chat with us online at
**suddenlink.com/contact-us/live-chat**

 **Suddenlink Support App**
Download at **suddenlink.com/apps**
and manage your account right from
your mobile device

Learn more at **help.suddenlink.com**

## Suddenlink Updates

The Federal Government's Affordable Connectivity Program (ACP) operated by the FCC reduces Internet charges for qualifying low-income households with a one per household benefit up to $30/mo or up to $75/mo for residents of Tribal Lands. The benefit is portable from one participating provider to another but cannot be transferred to another individual or household even if they qualify. ACP eligibility requirements, how to enroll and plans that may be free with the benefit can be found at suddenlink.com/acp. Qualifying households will be subject to Suddenlink's undiscounted rates and general terms and conditions if they disqualify, de-enroll, transfer their benefit to another provider without cancelling service, or if the program ends.

As of 9/1/22, Outside TV will be shutting down operations and will no longer broadcasting any programming.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at suddenlink.net/myaccount.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at suddenlink.com/terms-policy.
Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at suddenlink.com/rates.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit suddenlink.com/agreement. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at suddenlink.com/rates. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.

Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**
For immediate closed captioning issues, contact us: 516-803-5131 (phone), 516-803-1682 (fax) or CCQuestions@alticeusa.com. Mail written closed captioning complaints to: Altice USA, Attn: Ahmed Fayed, 200 Jericho Quadrangle, Jericho, NY 11753.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**

**suddenlink**
is becoming **optimum.**



### Mailing Your Payment

Account Number: ▮▮▮▮▮▮▮▮
Payment Due Date: **August 27, 2022**
Total Amount Due: **$94.51**

Amount Enclosed **$**

Make checks payable to Suddenlink.

**000-07-22-A-C**

SUDDENLINK COMMUNICATIONS
PO BOX 70340
PHILADELPHIA PA 19176-0340



6 0009451       5

# optimum.

**Access Code:** ▮
**Account Number:** ▮

CHERI EDENS

SAINT ALBANS WV ▮

PAGE 1 OF 4

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 09/04/22 - 10/03/22 | September 27, 2022 | $95.90 |

| Previous Balance & Payments | | $0.00 |
|---|---|---|
| Balance Last Statement | | $94.51 |
| Payment(s) Received By  08/28/2022 | | -$94.51 |
| **New Charges** | | **$95.90** |
| **Total Amount Due** | | **$95.90** |

☐ **You're enrolled in Paperless Billing.**
☐ **Sign up now for Auto Pay at optimum.net/autopay**

## Account Details

| BALANCE LAST STATEMENT | | | | 94.51 |
|---|---|---|---|---|
| **PAYMENTS** | | | | |
| 08/20 | Credit Card Pymt | | | -94.51 |
| | **Previous Balance** | | | $ 0.00 |
| **CURRENT MONTHLY CHARGES** | | Retail | Savings | You Pay |
| | **Internet** | | | |
| 09/04 - 10/03 | Optimum Internet | 89.99 | -55.00 | 34.99 |
| | 1 Gig Internet | | | 50.00 |
| | **Other Services** | | | |
| 09/04 - 10/03 | Service Protection (formerly Safeguard) | | | 6.99 |
| | **Total Current Monthly Charges** | | | $ 91.98 |
| **TAXES, FEES & OTHER CHARGES** | | | | |
| | **Other Services** | | | |
| 09/04 - 10/03 | Sales Tax | | | 0.42 |
| | **Other Charges** | | | |
| 09/04 - 10/03 | Network Enhancement Fee | | | 3.50 |
| | **Total Taxes, Fees & Other Charges** | | | $ 3.92 |
| | **Total Amount Due** | | | $ 95.90 |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **optimum.net**

**Additional options:**

 **Auto Pay**
Manage at optimum.net/autopay

 **Support App**
Download at optimum.net/supportapp

**In Person**
Visit optimum.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Send your payment with remit slip at least one week prior to the due date to avoid late fees




⌐ **Please turn over for payment.** ⌐

# optimum.

*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV ▮



## Welcome to the Optimum family!

Check out the last page of your bill for a few things you need to know about the transition.

# optimum.

**optimum.**

CHERI EDENS
Account Number: ███████████
Total Amount Due: **$95.90**

## Account Details...continued



**Lower your Internet bill when you add Optimum Mobile.**

Save up to $15/mo. every month!

**Learn more at optimum.com/mobile/add-mobile**

## Optimum Updates

The Federal Government's Affordable Connectivity Program (ACP) operated by the FCC reduces Internet charges for qualifying low-income households with a one per household benefit up to $30/mo or up to $75/mo for residents of Tribal Lands. The benefit is portable from one participating provider to another but cannot be transferred to another individual or household even if they qualify. ACP eligibility requirements, how to enroll and plans that may be free with the benefit can be found at optimum.com/acp. Qualifying households will be subject to Optimum's undiscounted rates and general terms and conditions if they disqualify, de-enroll, transfer their benefit to another provider without canceling service, or if the program ends.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at optimum.net.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at optimum.com/terms.

Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at optimum.com/pricing-packages.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit optimum.com/terms-of-service/residential. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at optimum.com/pricing-packages. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.

Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 516-803-5131 (phone), 516-803-1682 (fax) or CCQuestions@alticeusa.com. Mail written closed captioning complaints to: Altice USA, Attn: Ahmed Fayed, 200 Jericho Quadrangle, Jericho, NY 11753.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**

**optimum.**



### Mailing Your Payment

Account Number: ███████████
Payment Due Date: **September 27, 2022**
Total Amount Due: **$95.90**

Amount Enclosed **$**

**Make checks payable to Optimum.**

000-08-22-A-C

OPTIMUM
PO BOX 70340
PHILADELPHIA PA 19176-0340

2  0009590      5

# Welcome to the Optimum family!

We're always here for you, whether that's in store or through 24/7 support online or over the phone.

**Here're a few things you need to know:**

Unless you made a change, your services, monthly recurring rates, equipment, and account information are the same.

**Account**

+ Unless we contacted you, you can continue to sign in with the same username, now called an Optimum ID, and password as you did with Suddenlink

+ You can manage your account, view and pay your bill, find answers to FAQs, and more online at optimum.net or on-the-go with the Optimum Support app using your Optimum ID

+ If you need an Optimum ID or cannot remember yours, visit optimum.net/idhelp

**Services & Equipment**

+ As part of your improved Internet experience, you're **no longer being charged for data overages**

+ If you use network apps and streaming sites like ESPN, TBS, or ABC, as part of your TV service, you now need to select "Optimum" or "Optimum TV" (for Optimum One customers) as your TV provider

+ We rolled out new names for our services and some of our equipment:

| Prior to August 1 | After August 1 |
|---|---|
| Suddenlink Internet | Optimum Internet |
| Xtend | Extender |
| Suddenlink Stream | Stream TV |
| Suddenlink TV | Optimum TV |
| Local Broadcast/Broadcast Basic | Basic TV |
| Suddenlink Core | Core TV |
| Suddenlink Value/SL200/Standard Cable | Value TV |
| Suddenlink Select | Select TV |
| Suddenlink Premier | Premier TV |
| Altice One | Optimum TV |
| Altice One App | Optimum TV App |
| Altice One Box | Optimum One |
| Altice One Mini | Optimum TV Box |
| Suddenlink Home Phone | Optimum Phone |
| Suddenlink Security | Optimum Security |
| Safeguard | Service Protection |

If you still have questions, you can find all the answers you need in our FAQs at optimum.net/transition



Optimum, the Optimum family of marks and Optimum logos are registered trademarks of CSC Holdings, LLC, a subsidiary of Altice USA, Inc. © 2022 CSC Holdings, LLC.

# optimum.

**Access Code:** ▮
**Account Number:** ▮

CHERI EDENS
▮
SAINT ALBANS WV ▮

## Account Summary

| Billing Period | Due Date |
|---|---|
| 10/04/22 - 11/03/22 | October 27, 2022 |

| Previous Balance & Payments | |
|---|---|
| Balance Last Statement | $95.90 |
| Payment(s) Received By 09/28/2022 | $0.00 |
| **Past Due Amount** | **$95.90** |
| **New Charges** | **$95.90** |

| **Total Amount Due** | **$191.80** |
|---|---|
| (Please pay the past due amount of **$95.90** immediately to avoid service disruption) | |

☐ You're enrolled in Paperless Billing.
☐ Sign up now for Auto Pay at optimum.net/autopay

## Account Details

| BALANCE LAST STATEMENT | | | $  95.90 |
|---|---|---|---|
| **CURRENT MONTHLY CHARGES** | Retail | Savings | You Pay |
| **Internet** | | | |
| 10/04 - 11/03  Optimum Internet | 89.99 | -55.00 | 34.99 |
| 1 Gig Internet | | | 50.00 |
| Smart Router | | | 0.00 |
| **Other Services** | | | |
| 10/04 - 11/03  Service Protection (formerly Safeguard) | | | 6.99 |
| **Total Current Monthly Charges** | | | $  91.98 |
| **TAXES, FEES & OTHER CHARGES** | | | |
| **Other Services** | | | |
| 10/04 - 11/03  Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 10/04 - 11/03  Network Enhancement Fee | | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | | $  3.92 |
| **Total Amount Due** | | | $191.80 |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **optimum.net**

Additional options:

**Auto Pay**
Manage at optimum.net/autopay

**Support App**
Download at optimum.net/supportapp

**In Person**
Visit optimum.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Send your payment with remit slip at least one week prior to the due date to avoid late fees

⌐ Please turn over for payment. ¬

# optimum.



*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV ▮



## optimum.

**CHERI EDENS**
Account Number: ▮▮▮▮▮▮▮▮▮
Total Amount Due: **$191.80**

### Account Details...continued



### Optimum Updates

**Just a reminder, we have not received your payment.** If you have already paid your bill, kindly disregard this message. If not, please remit full payment immediately to continue receiving service and to avoid unnecessary fees. If the past due amount is not received by the pay by date on this bill, you will be charged a late fee. Please note that all equipment received at installation is the property of Optimum and must be returned if service is disconnected.

The Federal Government's Affordable Connectivity Program (ACP) operated by the FCC reduces Internet charges for qualifying low-income households with a one per household benefit up to $30/mo or up to $75/mo for residents of Tribal Lands. The benefit is portable from one participating provider to another but cannot be transferred to another individual or household even if they qualify. ACP eligibility requirements, how to enroll and plans that may be free with the benefit can be found at optimum.com/acp. Qualifying households will be subject to Optimum's undiscounted rates and general terms and conditions if they disqualify, de-enroll, transfer their benefit to another provider without canceling service, or if the program ends.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at optimum.net.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at optimum.com/terms.

Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at optimum.com/pricing-packages.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to

change or discontinuance. Service cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit optimum.com/terms-of-service/residential. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at optimum.com/pricing-packages. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.

Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 516-803-5131 (phone), 516-803-1682 (fax) or CCQuestions@alticeusa.com. Mail written closed captioning complaints to: Altice USA, Attn: Ahmed Fayed, 200 Jericho Quadrangle, Jericho, NY 11753.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**

## optimum.



### Mailing Your Payment

| | |
|---|---|
| Account Number: | ▮▮▮▮▮▮▮ |
| Past Due **Please Pay Now:** | **$95.90** |
| Due By **October 27, 2022:** | **$95.90** |
| Total Amount Due: | **$191.80** |

**Amount Enclosed $**

**Make checks payable to Optimum.**

030-09-22-A-C

OPTIMUM
PO BOX 70340
PHILADELPHIA PA 19176-0340

9 0019180      6

# optimum.

**Access Code:** ▮▮▮
**Account Number:** ▮▮▮▮▮▮

CHERI EDENS

SAINT ALBANS WV ▮▮▮▮

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 11/04/22 - 12/03/22 | November 27, 2022 | $95.90 |

| Previous Balance & Payments | | $0.00 |
|---|---|---|
| Balance Last Statement | | $191.80 |
| Payment(s) Received By  10/28/2022 | | -$191.80 |
| **New Charges** | | **$95.90** |
| **Total Amount Due** | | **$95.90** |

 You're enrolled in Paperless Billing.

 Sign up now for Auto Pay at optimum.net/autopay

## Account Details

| BALANCE LAST STATEMENT | | | 191.80 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 10/28 | Credit Card Pymt | | -191.80 |
| **Previous Balance** | | | **$   0.00** |

| CURRENT MONTHLY CHARGES | Retail | Savings | You Pay |
|---|---|---|---|
| **Internet** | | | |
| 11/04 - 12/03 Optimum Internet | 89.99 | -55.00 | 34.99 |
| 1 Gig Internet | | | 50.00 |
| Smart Router | | | 0.00 |
| **Other Services** | | | |
| 11/04 - 12/03 Service Protection (formerly Safeguard) | | | 6.99 |
| **Total Current Monthly Charges** | | | **$  91.98** |

| TAXES, FEES & OTHER CHARGES | | | |
|---|---|---|---|
| **Other Services** | | | |
| 11/04 - 12/03 Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 11/04 - 12/03 Network Enhancement Fee | | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | | **$   3.92** |
| **Total Amount Due** | | | **$  95.90** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **optimum.net**

**Additional options:**

**Auto Pay**
Manage at optimum.net/autopay

**Support App**
Download at optimum.net/supportapp

**In Person**
Visit optimum.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Send your payment with remit slip at least one week prior to the due date to avoid late fees

**Please turn over for payment.**

 optimum.

*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV ▮▮▮▮


You've got questions. We've got answers.

Just click "Message Us" at optimum.net/chat

Case 2:22-cv-00101   Document 43-3   Filed 13/04/23   Page 86 of 116 PageID #: 460

## optimum.

**CHERI EDENS**
Account Number:
Total Amount Due: **$95.90**

### Account Details...continued



### Optimum Updates

The Federal Government's Affordable Connectivity Program (ACP) operated by the FCC reduces Internet charges for qualifying low-income households with a one per household benefit up to $30/mo or up to $75/mo for residents of Tribal Lands. The benefit is portable from one participating provider to another but cannot be transferred to another individual or household even if they qualify. ACP eligibility requirements, how to enroll and plans that may be free with the benefit can be found at optimum.com/acp. Qualifying households will be subject to Optimum's undiscounted rates and general terms and conditions if they disqualify, de-enroll, transfer their benefit to another provider without canceling service, or if the program ends.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at optimum.net.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at optimum.com/terms.

Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at optimum.com/pricing-packages.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit optimum.com/terms-of-service/residential. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at optimum.com/pricing-packages. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.

Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**
For immediate closed captioning issues, contact us: 516-803-5131 (phone), 516-803-1682 (fax) or CCQuestions@alticeusa.com. Mail written closed captioning complaints to: Altice USA, Attn: Ahmed Fayed, 200 Jericho Quadrangle, Jericho, NY 11753.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**

## optimum.



### Mailing Your Payment

| | |
|---|---|
| Account Number: | |
| Payment Due Date: | **November 27, 2022** |
| Total Amount Due: | **$95.90** |

**Amount Enclosed $**

**000-10-22-A-C**

Make checks payable to Optimum.

OPTIMUM
PO BOX 70340
PHILADELPHIA PA 19176-0340

     2  0009590      5



# TV Service & Gig Internet Market with Unlimited Data

Residential Service & Equipment Rates*

Effective September 23, 2022

| TV Services and Packages | per month |
|---|---|
| Basic TV | $50.00 |
| Standard Cable (Expanded Basic) | $60.00[1, 34] |
| Core TV | $105.00[2, 34] |
| Value TV | $110.00[3, 34] |
| Select TV | $130.00[4, 34] |
| Premier TV | $155.00[5, 34] |
| Family Package | $10.00[6, 34] |
| Movie Package | $10.00[6, 34] |
| Sports & Info Package | $15.00[6, 34] |
| Sports Plus Package | $5.00[7, 34] |
| Español TV | $15.00[8, 34] |
| Broadcast Station Programming Surcharge | $15.00[41] |
| Sports Programming Surcharge | $6.65[41] |

| Premium Channels | per month |
|---|---|
| HBO Max | $19.00[41] |
| Cinemax | $17.00[1, 34] |
| Showtime/The Movie Channel | $17.00[1, 34] |
| Starz & Starz Encore | $17.00[1, 34] |

| Pay-Per-View and On Demand | |
|---|---|
| New Release, Adult Movies, Events | varies[10] |
| Hustler SVOD | $29.99[10, 34] |
| Falcon SVOD | $29.99[10, 34] |
| Stingray Karaoke | $7.00[34, 35] |
| Anime Network On Demand | $6.95[34, 35] |
| here! On Demand | $6.95[34, 35] |
| Too Much for TV On Demand | $12.95[34, 35] |
| Eros Now On Demand (New Release, Adult Movies, Events) | varies[34, 35] |
| Pay-Per-View | varies |

| DVR Services | per month |
|---|---|
| Cloud DVR | $9.99[34, 35] |
| Cloud DVR Plus | $17.99[34, 35] |
| Cloud DVR Max | $21.99[34, 35] |

| Internet Services[21] | per month |
|---|---|
| 20 Mbps Internet | $59.99 |
| 100 Mbps Internet | $89.99 |
| 200 Mbps Internet | $99.99 |
| 300 Mbps Internet | $109.99 |
| 400 Mbps Internet | $119.99 |
| 500 Mbps Internet | $129.99 |
| 1 Gig Internet | $139.99 |
| Optimum Advantage Internet | $14.99[14] |
| Network Enhancement Fee | $3.50[37] |

| Phone Services[34] | per month |
|---|---|
| Telephone Service Only | $50.95 |
| Second Line Service Fee | $19.95 |
| Listed Telephone Number | no charge |
| Non-Listed Telephone Number | $6.50 |
| Non-Published Telephone Number | $6.50 |
| Voice Mail | $5.00 |

| Equipment & Extras | per month |
|---|---|
| Optimum One | $20.00[34] |
| Optimum TV Box | $10.00[34] |
| Standard Digital Receiver | $11.00 |
| High Definition (HD) Receiver | $11.00 |
| HD/DVR Receiver/Service | $17.00 |
| Cable Card | $2.50 |
| TiVo Receiver | $17.00[34] |
| TiVo Mini | $11.00[34] |
| TiVo Stream | $10.00[34] |
| DOCSIS Modem | $10.00 |
| Wireless Gateway | $10.00 |
| Optimum Extender | $3.00[34] |
| HD DigitaLink | $5.00[34] |
| Apple TV (One Time Purchase) | $180.00[34, 34] |
| Optimum Amplify | $15.00 |
| Optimum Stream | $5.00[YY] |
| Service Protection | $6.99 |
| Cable Guide | $3.99[34] |

| Unreturned Equipment Fees | per each |
|---|---|
| Optimum One | $212.00[34] |
| Optimum TV Box | $132.00[34] |
| Standard Digital Receiver | $185.00 |
| High Definition (HD) Receiver | $185.00 |
| HD/DVR Receiver | $345.00 |
| Remote Control (Non-Optimum One) | $5.00 |
| Optimum One Remote Control | $12.00[34] |
| Cable Card | $100.00 |
| TiVo Receiver | $185.00[34] |
| TiVo DVR Receiver | $345.00[34] |
| TiVo Mini | $150.00[34] |
| TiVo Stream | $150.00[34] |
| DOCSIS Modem | $100.00 |
| MTA – Phone Modem | $100.00 |
| Wireless Modem | $100.00 |
| Wireless Router | $80.00 |
| Ubee 1326 (Gateway 6) | $130.00[34] |
| Ubee 1322 (Gateway 5) | $110.00[34] |
| Ubee 1319 (Gateway 4) | $80.00[34] |
| Optimum Extender | $75.00[34] |
| HD DigitaLink | $50.00[34] |

| | |
|---|---|
| Optimum Amplify | $399.00 |
| Optimum Stream | $70.00[YY] |

| Installation, Service & Other Charges | |
|---|---|
| Standard Installation | $99.00 |
| Premium Installation | $149.00 |
| Account Change | $25.00 |
| Directory Listing Change | $10.00 |
| Telephone Reconnect | $20.00 |
| Telephone Service Call | $25.00 |
| Activation Fee | $40.00 |
| Reconnect Service | $40.00 |
| Upgrade Service | $25.00 |
| Modem Swap Fee | $25.00 |
| 1st Outlet – New Install | $25.00 |
| Each Additional Outlet | $25.00 |
| Field Collection Fee | $20.00 |
| Collection Fee | $20.00 |
| Late Payment Fee | $10.00[39] |
| Returned Payment Charge | $30.00[40] |
| Paper Statement Fee | $1.00** |
| Restore Product (1-2 products) | $10.00 |
| Restore Product (3 products) | $15.00 |
| Service Call | $80.00 |
| Missed Service Appointment | $60.00 |
| Premier Protection & Support | $19.99 per month[34] |
| Home Entertainment Protection & Support | $9.99 per month[34] |
| Premier Technical Support | $17.99 per month[34] |

| Home Security Services | per month |
|---|---|
| Optimum Home Security | $50.00[36] |
| Add On Products | varies |

*   All product availability varies by area.  Please call for most up-to-date offerings in your area.
1   Requires subscription to Basic TV.
2   Includes Basic TV.
3   Content is Basic TV plus Standard Cable.
4   Content is Basic TV, Standard Cable, Family Package, and Movie Package.
5   Content is Basic TV, Standard Cable, Family Package, Movie Package, Sports & Info Package, and HBO Max.
6   Requires subscription to Standard Cable/Value TV or higher. May be called "Variety Package."
7   Requires subscription to Sports & Info Package.
8   Requires subscription to Standard Cable/Value TV or higher.
9   Requires subscription to Basic TV or higher.
10  Requires Optimum cable box and cannot be viewed on HD DigitaLinks.
14  Optimum Advantage Internet has download speeds up to 50 Mbps and upload speeds up to 5 Mbps.  Not available in all markets.  Subject to eligibility requirements.
21  For full details on current speed offerings, visit optimum.com/internet-package-speed-details.  Existing customers may be on different speeds that are no longer offered.
34  Not available in all areas.
35  Requires Optimum One.
36  Requires video service and Optimum One.
37  Applies to customers with Internet service. Select offers excluded.
39  Late Payment Fee is $10.00 unless otherwise noted: $2.00 in West Virginia, $4.75 in California, $5.00 in Kansas, and $6.00 in Oklahoma.
40  Fee may vary by area.
41  Requires subscription to Basic TV.  Not available in all areas.  HBO Max includes HBO Channels, HBO On Demand, and access to the HBO Max app.
43  Does not apply to customers on standard rates for their base TV package as of 9/13/2021.
##  Applies to customers receiving a paper bill. Does not apply to customers in West Virginia.
YY Not available for Optimum TV Customers. Not available in all areas.

SG9MF00H

SDLI

 **We're here to help. Learn more at optimum.net/support**

# optimum.

**Access Code:** ▉
**Account Number:** ▉

CHERI EDENS

SAINT ALBANS WV ▉

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 12/04/22 - 01/03/23 | December 27, 2022 | $95.90 |

| Previous Balance & Payments | | $0.00 |
|---|---|---|
| Balance Last Statement | | $95.90 |
| Payment(s) Received By  11/30/2022 | | -$95.90 |
| **New Charges** | | **$95.90** |
| **Total Amount Due** | | **$95.90** |

 You're enrolled in Paperless Billing.

 Sign up now for Auto Pay at
optimum.net/autopay

## Account Details

| BALANCE LAST STATEMENT | | | 95.90 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 11/26 | Credit Card Pymt | | -95.90 |
| **Previous Balance** | | | **$   0.00** |

| CURRENT MONTHLY CHARGES | Retail | Savings | You Pay |
|---|---|---|---|
| **Internet** | | | |
| 12/04 -01/03 Optimum Internet | 89.99 | -55.00 | 34.99 |
| 1 Gig Internet | | | 50.00 |
| Smart Router | | | 0.00 |
| **Other Services** | | | |
| 12/04 -01/03 Service Protection (formerly Safeguard) | | | 6.99 |
| **Total Current Monthly Charges** | | | **$ 91.98** |

| TAXES, FEES & OTHER CHARGES | | | |
|---|---|---|---|
| **Other Services** | | | |
| 12/04 -01/03 Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 12/04 -01/03 Network Enhancement Fee | | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | | **$   3.92** |
| **Total Amount Due** | | | **$ 95.90** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **optimum.net**

**Additional options:**

**Auto Pay**
Manage at optimum.net/autopay

**Support App**
Download at optimum.net/supportapp

**In Person**
Visit optimum.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Send your payment with remit slip at least one week prior to the due date to avoid late fees

Please turn over for payment.

 optimum.

*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS

SAINT ALBANS WV ▉


You've got questions.
We've got answers.

Just click "Message Us" at
optimum.net/chat

# optimum.

**CHERI EDENS**
Account Number: ▮▮▮▮▮▮▮▮▮▮▮▮▮
Total Amount Due: **$95.90**

## Account Details...continued



You've got questions? We've got answers.

Visit optimum.net/support

## Optimum Updates

The Federal Government's Affordable Connectivity Program (ACP) operated by the FCC reduces Internet charges for qualifying low-income households with a one per household benefit up to $30/mo or up to $75/mo for residents of Tribal Lands. The benefit is portable from one participating provider to another but cannot be transferred to another individual or household even if they qualify. ACP eligibility requirements, how to enroll and plans that may be free with the benefit can be found at optimum.com/acp. Qualifying households will be subject to Optimum's undiscounted rates and general terms and conditions if they disqualify, de-enroll, transfer their benefit to another provider without canceling service, or if the program ends.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at optimum.net.

---

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at optimum.com/terms.

Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at optimum.com/pricing-packages.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit optimum.com/terms-of-service/residential. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at optimum.com/pricing-packages. You'll continue to be charged this fee on each subsequent past due bill if payment is not received within 15 days of the due date may be sent to collections.

Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 516-803-5131 (phone), 516-803-1682 (fax) or CCQuestions@alticeusa.com. Mail written closed captioning complaints to: Jacqueline Clary, Senior Counsel / 200 Jericho Quadrangle, Jericho, NY 11753.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**

# optimum.



## Mailing Your Payment

| Account Number: | ▮▮▮▮▮▮▮▮ |
| Payment Due Date: | **December 27, 2022** |
| Total Amount Due: | **$95.90** |

**Amount Enclosed $**

Make checks payable to Optimum.

**000-11-22-A-C**

OPTIMUM
PO BOX 70340
PHILADELPHIA PA 19176-0340

   2  0009590  5

# optimum.

**Access Code:** ███
**Account Number:** ████████

CHERI EDENS
████████
SAINT ALBANS WV ████████

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 01/04/23 - 02/03/23 | January 27, 2023 | $95.90 |

| Previous Balance & Payments | | $0.00 |
|---|---|---|
| Balance Last Statement | | $95.90 |
| Payment(s) Received By 12/28/2022 | | -$95.90 |
| **New Charges** | | **$95.90** |
| **Total Amount Due** | | **$95.90** |

 You're enrolled in Paperless Billing.

 Sign up now for Auto Pay at
optimum.net/autopay

## Account Details

| BALANCE LAST STATEMENT | | | 95.90 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 12/23 | Credit Card Pymt | | -95.90 |
| **Previous Balance** | | | **$   0.00** |

| CURRENT MONTHLY CHARGES | Retail | Savings | You Pay |
|---|---|---|---|
| **Internet** | | | |
| 01/04 -02/03 Optimum Internet | 89.99 | -55.00 | 34.99 |
| 1 Gig Internet | | | 50.00 |
| Smart Router | | | 0.00 |
| **Other Services** | | | |
| 01/04 -02/03 Service Protection (formerly Safeguard) | | | 6.99 |
| **Total Current Monthly Charges** | | | **$ 91.98** |

| TAXES, FEES & OTHER CHARGES | | | |
|---|---|---|---|
| **Other Services** | | | |
| 01/04 -02/03 Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 01/04 -02/03 Network Enhancement Fee | | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | | **$   3.92** |
| **Total Amount Due** | | | **$ 95.90** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **optimum.net**

**Additional options:**

 **Auto Pay**
Manage at optimum.net/autopay

**Support App**
Download at optimum.net/supportapp

**In Person**
Visit optimum.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Send your payment with remit slip at least one week prior to the due date to avoid late fees

---

**Please turn over for payment.**

# optimum.



*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS ████
SAINT ALBANS WV ████



You've got questions.
We've got answers.

Just click "Message Us" at
optimum.net/chat



**CHERI EDENS**
Account Number: ▮▮▮▮▮▮▮▮
Total Amount Due: **$95.90**

## Account Details...continued

# You've got questions? We've got answers.

## Visit optimum.net/support

## Optimum Updates

The Federal Government's Affordable Connectivity Program (ACP) operated by the FCC reduces Internet charges for qualifying low-income households with a one per household benefit up to $30/mo or up to $75/mo for residents of Tribal Lands. The benefit is portable from one participating provider to another but cannot be transferred to another individual or household even if they qualify. ACP eligibility requirements, how to enroll and plans that may be free with the benefit can be found at optimum.com/acp. Qualifying households will be subject to Optimum's undiscounted rates and general terms and conditions if they disqualify, de-enroll, transfer their benefit to another provider without canceling service, or if the program ends.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at optimum.net.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at optimum.com/terms.

Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at optimum.com/pricing-packages.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit optimum.com/terms-of-service/residential. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at optimum.com/pricing-packages. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.

Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 516-803-5131 (phone), 516-803-1682 (fax) or CCQuestions@alticeusa.com. Mail written closed captioning complaints to: Jacqueline Clary, Senior Counsel /  200 Jericho Quadrangle, Jericho, NY 11753.

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





### Mailing Your Payment

Account Number: ▮▮▮▮▮▮▮▮
Payment Due Date: **January 27, 2023**
Total Amount Due: **$95.90**

Amount Enclosed **$**

Make checks payable to Optimum.

000-12-22-A-C

OPTIMUM
PO BOX 70340
PHILADELPHIA PA 19176-0340



2  0009590        5

# optimum.

**Access Code:** ▮▮
**Account Number:** ▮▮▮▮▮▮

PAGE 1 OF 2

CHERI EDENS

SAINT ALBANS WV ▮▮▮▮▮

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 02/04/23 - 03/03/23 | February 27, 2023 | $95.90 |

| | |
|---|---|
| **Previous Balance & Payments** | **$0.00** |
| Balance Last Statement | $95.90 |
| Payment(s) Received By  01/28/2023 | -$95.90 |
| **New Charges** | **$95.90** |
| **Total Amount Due** | **$95.90** |

 You're enrolled in Paperless Billing.
 Sign up now for Auto Pay at optimum.net/autopay

## Account Details

| **BALANCE LAST STATEMENT** | | | 95.90 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 01/20 | Credit Card Pymt | | -95.90 |
| **Previous Balance** | | | **$   0.00** |

| **CURRENT MONTHLY CHARGES** | Retail | Savings | You Pay |
|---|---|---|---|
| **Internet** | | | |
| 02/04 -03/03  Optimum Internet | 89.99 | -55.00 | 34.99 |
| 1 Gig Internet | | | 50.00 |
| Smart Router | | | 0.00 |
| **Other Services** | | | |
| 02/04 -03/03  Svc Protection | | | 6.99 |
| **Total Current Monthly Charges** | | | **$  91.98** |

| **TAXES, FEES & OTHER CHARGES** | | |
|---|---|---|
| **Other Services** | | |
| 02/04 -03/03  Sales Tax | | 0.42 |
| **Other Charges** | | |
| 02/04 -03/03  Network Enhancement Fee | | 3.50 |
| **Total Taxes, Fees & Other Charges** | | **$   3.92** |
| **Total Amount Due** | | **$  95.90** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **optimum.net**

**Additional options:**

**Auto Pay**
Manage at optimum.net/autopay

**Support App**
Download at optimum.net/supportapp

**In Person**
Visit optimum.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Send your payment with remit slip at least one week prior to the due date to avoid late fees

 Please turn over for payment.

# optimum.

*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV ▮▮▮▮▮


You've got questions. We've got answers.

Just click "Message Us" at optimum.net/chat



**CHERI EDENS**
Account Number: ▮▮▮▮▮▮▮▮▮▮
Total Amount Due: **$95.90**

## Account Details...continued



## Optimum Updates

The Federal Government's Affordable Connectivity Program (ACP) operated by the FCC reduces Internet charges for qualifying low-income households with a one per household benefit up to $30/mo or up to $75/mo for residents of Tribal Lands. The benefit is portable from one participating provider to another but cannot be transferred to another individual or household even if they qualify. ACP eligibility requirements, how to enroll and plans that may be free with the benefit can be found at optimum.com/acp. Qualifying households will be subject to Optimum's undiscounted rates and general terms and conditions if they disqualify, de-enroll, transfer their benefit to another provider without canceling service, or if the program ends.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at optimum.net.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at optimum.com/terms.

Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at optimum.com/pricing-packages.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit optimum.com/terms-of-service/residential. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at optimum.com/pricing-packages. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**
For immediate closed captioning issues, contact us: 1-888-420-0777 (phone), 516-803-1682 (fax) or CCQuestions@alticeusa.com. Mail written closed captioning complaints to: Vinny Guerrera, Director Executive Customer Relations / 200 Jericho Quadrangle, Jericho, NY 11753

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





### Mailing Your Payment

| | |
|---|---|
| Account Number: | ▮▮▮▮▮▮▮▮ |
| Payment Due Date: | **February 27, 2023** |
| Total Amount Due: | **$95.90** |

**Amount Enclosed $**

Make checks payable to Optimum.

000-01-23-A-C

OPTIMUM
PO BOX 70340
PHILADELPHIA PA 19176-0340

2  0009590      5

# optimum.

**Access Code:** ███
**Account Number:** ████████

CHERI EDENS
████████
SAINT ALBANS WV ██████

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 03/04/23 - 04/03/23 | March 27, 2023 | $95.90 |

| Previous Balance & Payments | | $0.00 |
|---|---|---|
| Balance Last Statement | | $95.90 |
| Payment(s) Received By  02/27/2023 | | -$95.90 |
| **New Charges** | | **$95.90** |
| **Total Amount Due** | | **$95.90** |

☑ You're enrolled in Paperless Billing.
☐ Sign up now for Auto Pay at
optimum.net/autopay

## Account Details

| BALANCE LAST STATEMENT | | | 95.90 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 02/18 | Credit Card Pymt | | -95.90 |
| **Previous Balance** | | | **$   0.00** |
| **CURRENT MONTHLY CHARGES** | Retail | Savings | You Pay |
| **Internet** | | | |
| 03/04 -04/03 Optimum Internet | 89.99 | -55.00 | 34.99 |
| 1 Gig Internet | | | 50.00 |
| Smart Router | | | 0.00 |
| **Other Services** | | | |
| 03/04 -04/03 Svc Protection | | | 6.99 |
| **Total Current Monthly Charges** | | | **$ 91.98** |
| **TAXES, FEES & OTHER CHARGES** | | | |
| **Other Services** | | | |
| 03/04 -04/03 Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 03/04 -04/03 Network | | | 3.50 |
| Enhancement Fee | | | |
| **Total Taxes, Fees & Other Charges** | | | **$   3.92** |
| **Total Amount Due** | | | **$ 95.90** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **optimum.net**

**Additional options:**

 **Auto Pay**
Manage at optimum.net/autopay

**Support App**
Download at optimum.net/supportapp

**In Person**
Visit optimum.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Send your payment with remit slip at least one week prior to the due date to avoid late fees



⌐ Please turn over for payment. ⌐

# optimum.

*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS

SAINT ALBANS WV ██████


You've got questions.
We've got answers.

Just click "Message Us" at
optimum.net/chat

 optimum.

**CHERI EDENS**
Account Number: ▮▮▮▮▮▮▮▮
Total Amount Due: **$95.90**

## Account Details...continued

You've got questions? We've got answers.

Visit optimum.net/support

## Optimum Updates

The Federal Government's Affordable Connectivity Program (ACP) operated by the FCC reduces Internet charges for qualifying low-income households with a one per household benefit up to $30/mo or up to $75/mo for residents of Tribal Lands. The benefit is portable from one participating provider to another but cannot be transferred to another individual or household even if they qualify. ACP eligibility requirements, how to enroll and plans that may be free with the benefit can be found at optimum.com/acp. Qualifying households will be subject to Optimum's undiscounted rates and general terms and conditions if they disqualify, de-enroll, transfer their benefit to another provider without canceling service, or if the program ends.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at optimum.net.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at optimum.com/terms.

Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at optimum.com/pricing-packages.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service

cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit optimum.com/terms-of-service/residential. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at optimum.com/pricing-packages. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and

payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 1-888-420-0777 (phone), 516-803-1682 (fax) or CCQuestions@alticeusa.com. Mail written closed captioning complaints to: Vinny Guerrera, Director Executive Customer Relations / 200 Jericho Quadrangle, Jericho, NY 11753

**Please return this section with your payment. Be sure the address below is in the return envelope window.**

 optimum.



### Mailing Your Payment

| | |
|---|---|
| Account Number: | ▮▮▮▮▮▮ |
| Payment Due Date: | **March 27, 2023** |
| Total Amount Due: | **$95.90** |

**Amount Enclosed $**

**Make checks payable to Optimum.**

**000-02-23-A-C**

OPTIMUM
PO BOX 70340
PHILADELPHIA PA 19176-0340

  2  0009590       5

# optimum.

**Access Code:** ███
**Account Number:** ███████████

CHERI EDENS
████████████████
SAINT ALBANS WV ██████████

## Account Summary

| Billing Period | Due Date |
|---|---|
| 04/04/23 - 05/03/23 | April 27, 2023 |

| Previous Balance & Payments | |
|---|---|
| Balance Last Statement | $95.90 |
| Payment(s) Received By  03/29/2023 | $0.00 |
| **Past Due Amount** | **$95.90** |
| **New Charges** | **$95.90** |

| **Total Amount Due** | **$191.80** |
|---|---|

(Please pay the past due amount of **$95.90** immediately to avoid service disruption)

☐ You're enrolled in Paperless Billing.
☐ Sign up now for Auto Pay at optimum.net/autopay

## Account Details

| BALANCE LAST STATEMENT | | | $ 95.90 |
|---|---|---|---|
| **CURRENT MONTHLY CHARGES** | Retail | Savings | You Pay |
| **Internet** | | | |
| 04/04 -05/03  Optimum Internet | 89.99 | -55.00 | 34.99 |
| 1 Gig Internet | | | 50.00 |
| Smart Router | | | 0.00 |
| **Other Services** | | | |
| 04/04 -05/03  Svc Protection | | | 6.99 |
| **Total Current Monthly Charges** | | | **$ 91.98** |
| **TAXES, FEES & OTHER CHARGES** | | | |
| **Other Services** | | | |
| 04/04 -05/03  Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 04/04 -05/03  Network | | | 3.50 |
| Enhancement Fee | | | |
| **Total Taxes, Fees & Other Charges** | | | **$ 3.92** |
| **Total Amount Due** | | | **$191.80** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **optimum.net**

**Additional options:**

**Auto Pay**
Manage at optimum.net/autopay

**Support App**
Download at optimum.net/supportapp

**In Person**
Visit optimum.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Send your payment with remit slip at least one week prior to the due date to avoid late fees

 Please turn over for payment.

# optimum.

*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
████████████████
SAINT ALBANS WV ██████████


You've got questions.
We've got answers.

Just click "Message Us" at
optimum.net/chat



**CHERI EDENS**

Account Number: ███████████

Total Amount Due: **$191.80**

## Account Details...continued

# You've got questions? We've got answers.

## Visit optimum.net/support

## Optimum Updates

**Just a reminder, we have not received your payment.** If you have already paid your bill, kindly disregard this message. If not, please remit full payment immediately to continue receiving service and to avoid unnecessary fees. If the past due amount is not received by the pay by date on this bill, you will be charged a late fee. Please note that all equipment received at installation is the property of Optimum and must be returned if service is disconnected.

The Federal Government's Affordable Connectivity Program (ACP) operated by the FCC reduces Internet charges for qualifying low-income households with a one per household benefit up to $30/mo or up to $75/mo for residents of Tribal Lands. The benefit is portable from one participating provider to another but cannot be transferred to another individual or household even if they qualify. ACP eligibility requirements, how to enroll and plans that may be free with the benefit can be found at optimum.com/acp. Qualifying households will be subject to Optimum's undiscounted rates and general terms and conditions if they disqualify, de-enroll, transfer their benefit to another provider without canceling service, or if the program ends.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at optimum.net.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at optimum.com/terms.

Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at optimum.com/pricing-packages.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to

change or discontinuance. Service cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit optimum.com/terms-of-service/residential. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at optimum.com/pricing-packages. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.

Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 1-888-420-0777  (phone), 516-803-1682 (fax) or CCQuestions@alticeusa.com. Mail written closed captioning complaints to: Vinny Guerrera, Director Executive Customer Relations /  200 Jericho Quadrangle, Jericho, NY 11753

**Please return this section with your payment. Be sure the address below is in the return envelope window.**



### Mailing Your Payment

| | |
|---|---|
| Account Number: | ████████ |
| Past Due  **Please Pay Now:** | **$95.90** |
| Due By **April 27, 2023:** | **$95.90** |
| Total Amount Due: | **$191.80** |

**Amount Enclosed $**

**Make checks payable to Optimum.**

030-03-23-A-C

OPTIMUM
PO BOX 70340
PHILADELPHIA PA 19176-0340

9 0019180    6

# optimum.

**Access Code:** ▮▮▮
**Account Number:** ▮▮▮▮▮

CHERI EDENS

SAINT ALBANS WV ▮▮▮▮

## Account Summary

| Billing Period | Due Date |
|---|---|
| 05/04/23 - 06/03/23 | May 27, 2023 |

| Previous Balance & Payments | |
|---|---|
| Balance Last Statement | $191.80 |
| Payment(s) Received By  04/28/2023 | -$95.90 |
| **Past Due Amount** | **$95.90** |
| **New Charges** | **$97.90** |
| **Total Amount Due** | **$193.80** |

(Please pay the past due amount of **$95.90** immediately to avoid service disruption)

## What Changed

• Charged/credited for one time activity.

☐ **You're enrolled in Paperless Billing.**

☐ **Sign up now for Auto Pay at optimum.net/autopay**

## Account Details

| BALANCE LAST STATEMENT | | | 191.80 |
|---|---|---|---|
| **PAYMENTS** | | | |
| 04/01  Credit Card Pymt | | | -95.90 |
| **Previous Balance** | | | **$  95.90** |

| CURRENT MONTHLY CHARGES | Retail | Savings | You Pay |
|---|---|---|---|
| **Internet** | | | |
| 05/04 -06/03 Optimum Internet | 89.99 | -55.00 | 34.99 |
| 1 Gig Internet | | | 50.00 |
| Smart Router | | | 0.00 |
| **Other Services** | | | |
| 05/04 -06/03 Svc Protection | | | 6.99 |
| **Total Current Monthly Charges** | | | **$  91.98** |

| ONE TIME ACTIVITY | | | |
|---|---|---|---|
| Charges that vary monthly based on your account activity. | | | |
| 04/01  Late Fee | | | 2.00 |
| **Total One Time Activity** | | | **$  2.00** |

| TAXES, FEES & OTHER CHARGES | | | |
|---|---|---|---|
| **Other Services** | | | |
| 05/04 -06/03 Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 05/04 -06/03 Network | | | 3.50 |
| Enhancement Fee | | | |
| **Total Taxes, Fees & Other Charges** | | | **$   3.92** |
| **Total Amount Due** | | | **$193.80** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **optimum.net**

**Additional options:**

 **Auto Pay**
Manage at optimum.net/autopay

 **Support App**
Download at optimum.net/supportapp

**In Person**
Visit optimum.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Send your payment with remit slip at least one week prior to the due date to avoid late fees

 **Please turn over for payment.**

# optimum.

*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV ▮▮▮▮



You've got questions.
We've got answers.

Just click "Message Us" at
optimum.net/chat

## optimum.

**CHERI EDENS**
Account Number: ███████████
Total Amount Due: **$193.80**

### Account Details...continued



# You've got questions? We've got answers.

## Visit optimum.net/support

### Optimum Updates

**Just a reminder, we have not received your payment.** If you have already paid your bill, kindly disregard this message. If not, please remit full payment immediately to continue receiving service and to avoid unnecessary fees. If the past due amount is not received by the pay by date on this bill, you will be charged a late fee. Please note that all equipment received at installation is the property of Optimum and must be returned if service is disconnected.

Learn more about upcoming pricing adjustments on the last page of this bill.

The Federal Government's Affordable Connectivity Program (ACP) operated by the FCC reduces Internet charges for qualifying low-income households with a one per household benefit up to $30/mo or up to $75/mo for residents of Tribal Lands. The benefit is portable from one participating provider to another but cannot be transferred to another individual or household even if they qualify. ACP eligibility requirements, how to enroll and plans that may be free with the benefit can be found at optimum.com/acp. Qualifying households will be subject to Optimum's undiscounted rates and general terms and conditions if they disqualify, de-enroll, transfer their benefit to another provider without canceling service, or if the program ends.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at optimum.net.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at optimum.com/terms.

Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at optimum.com/pricing-packages.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service

cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit optimum.com/terms-of-service/residential. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at optimum.com/pricing-packages. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and

payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 1-888-420-0777  (phone), 516-803-1682 (fax) or CCQuestions@alticeusa.com. Mail written closed captioning complaints to: Vinny Guerrera, Director Executive Customer Relations /  200 Jericho Quadrangle, Jericho, NY 11753

**Please return this section with your payment. Be sure the address below is in the return envelope window.**

## optimum.



### Mailing Your Payment

| | |
|---|---|
| Account Number: | ████████ |
| Past Due  **Please Pay Now:** | **$95.90** |
| Due By **May 27, 2023:** | **$97.90** |
| Total Amount Due: | **$193.80** |

**Amount Enclosed $**

**Make checks payable to Optimum.**

030-04-23-A-C

OPTIMUM
PO BOX 70340
PHILADELPHIA PA 19176-0340



5 0019380      2

# Upcoming rate changes to Optimum service

May 2023

At Optimum, our goal is to provide you with a fast and reliable Internet connection while also preparing for your future connectivity needs. That's why we continue to invest in our network to ensure we're delivering fast, reliable Internet service to our customers today and in the future.  We also continue to enhance our Optimum TV offering to provide you with the content you love in a simple and innovative way.

As network and equipment costs increase due to inflation and other factors, the standards and costs of offering world-class products and services continue to rise. While we work hard to minimize the impact on our customers by absorbing as many costs as possible, we do have to make some pricing adjustments to select Optimum rates.

**The new rates are listed below. Your account will be modified to reflect these rates on your next bill. Importantly, however, you'll not see any increase to your recurring monthly charges before taxes and fees as credits are being placed on your bill to offset the rate increase.** Please refer to optimum.com/pricing for a complete listing of the most current rates.

We promise to continue delivering you the best possible connectivity and entertainment experience with the most innovative products and services. Thanks for being an Optimum customer.

| TV Equipment | Price |
| --- | --- |
| Cable Box* | $13.00 |
| Optimum TV Box | $12.00 |
| Stream | $12.00 |
| TiVo* | $19.00 |
| DTA* | $7.00 |
| TiVo Mini | $12.00 |
| Optimum One | $24.00 |
| Internet | Price |
| Modem | $12.00 |
| Network Enhancement Fee | $4.50 |

\* For 5+ cable boxes (inc. DTA and TiVo), increase capped at $10.



SG9MF025

## optimum.

Access Code: ▮▮▮▮
Account Number: ▮▮▮▮▮▮▮▮▮

CHERI EDENS
▮▮▮▮▮▮▮▮▮▮

SAINT ALBANS WV ▮▮▮▮▮▮▮▮

PAGE 1 OF 2

### Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 06/04/23 - 07/03/23 | June 27, 2023 | $96.62 |
| **Previous Balance & Payments** | | **$0.00** |
| Balance Last Statement | | $193.80 |
| Payment(s) Received By 05/28/2023 | | -$193.80 |
| **New Charges** | | **$96.62** |
| **Total Amount Due** | | **$96.62** |

☐ You're enrolled in Paperless Billing.
☐ Sign up now for Auto Pay at
optimum.net/autopay

### Account Details

| | | | |
|---|---|---|---|
| **BALANCE LAST STATEMENT** | | | 193.80 |
| **PAYMENTS** | | | |
| 05/27 | Credit Card Pymt | | -193.80 |
| **Previous Balance** | | | $   0.00 |
| **CURRENT MONTHLY CHARGES** | Retail | Savings | You Pay |
| **Internet** | | | |
| 06/04 -07/03 Optimum Internet | 89.99 | -55.00 | 34.99 |
| 1 Gig Internet | | | 50.00 |
| Modem Fee | | | 12.00 |
| Smart Router | | | 0.00 |
| Internet Credit | | -13.00 | -13.00 |
| **Other Services** | | | |
| 06/04 -07/03 Svc Protection | | | 6.99 |
| **Total Current Monthly Charges** | | | $  90.98 |
| **TAXES, FEES & OTHER CHARGES** | | | |
| **Internet** | | | |
| 06/04 -07/03 Sales Tax | | | 0.72 |
| **Other Services** | | | |
| 06/04 -07/03 Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 06/04 -07/03 Network Enhancement Fee | | | 4.50 |
| **Total Taxes, Fees & Other Charges** | | | $   5.64 |
| **Total Amount Due** | | | $  96.62 |

### Ways to Pay

Pay your bill, upgrade your services and manage your account at **optimum.net**

**Additional options:**

 **Auto Pay**
Manage at optimum.net/autopay

**Support App**
Download at optimum.net/supportapp

**In Person**
Visit optimum.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Send your payment with remit slip at least one week prior to the due date to avoid late fees

Please turn over for payment.

## optimum.

*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS

SAINT ALBANS WV ▮▮▮▮▮▮▮



You've got questions.
We've got answers.

Just click "Message Us" at
optimum.net/chat

# optimum.

**CHERI EDENS**
Account Number: ███████████
Total Amount Due: **$96.62**

## Account Details...continued



**Stay connected and informed**

Get important text messages about your account, appointments, and service.

Sign up at
**optimum.com/preferences**

## Optimum Updates

This bill reflects the changes made to your account as communicated last month.

The Federal Government's Affordable Connectivity Program (ACP) operated by the FCC reduces Internet charges for qualifying low-income households with a one per household benefit up to $30/mo or up to $75/mo for residents of Tribal Lands. The benefit is portable from one participating provider to another but cannot be transferred to another individual or household even if they qualify. ACP eligibility requirements, how to enroll and plans that may be free with the benefit can be found at optimum.com/acp. Qualifying households will be subject to Optimum's undiscounted rates and general terms and conditions if they disqualify, de-enroll, transfer their benefit to another provider without canceling service, or if the program ends.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at optimum.net.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at optimum.com/terms.

Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at optimum.com/pricing-packages.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to

change or discontinuance. Service cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit optimum.com/terms-of-service/residential. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at optimum.com/pricing-packages. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.

Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.
**Service Information**
For immediate closed captioning issues, contact us: 1-888-420-0777 (phone), 516-803-1682 (fax) or CCQuestions@alticeusa.com. Mail written closed captioning complaints to: Vinny Guerrera, Director Executive Customer Relations / 200 Jericho Quadrangle, Jericho, NY 11753

**Please return this section with your payment. Be sure the address below is in the return envelope window.**

# optimum.



## Mailing Your Payment

| | |
|---|---|
| Account Number: | ████████ |
| Payment Due Date: | **June 27, 2023** |
| Total Amount Due: | **$96.62** |
| **Amount Enclosed $** | |

Make checks payable to Optimum.

**000-05-23-A-C**

OPTIMUM
PO BOX 70340
PHILADELPHIA PA 19176-0340

 ⁹ 0009662 4

# optimum.

**Access Code:** ▆▆▆
**Account Number:** ▆▆▆▆▆▆▆▆

CHERI EDENS

SAINT ALBANS WV ▆▆▆▆▆▆▆▆

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 07/04 - 08/03/23 | July 27, 2023 | $96.62 |

| | |
|---|---|
| **Previous Balance & Payments** | **$0.00** |
| Balance Last Statement | $96.62 |
| Payment(s) Received By  06/28/2023 | -$96.62 |
| **New Charges** | **$96.62** |
| **Total Amount Due** | **$96.62** |

☐ You're enrolled in Paperless Billing.
☐ Sign up now for Auto Pay at
optimum.net/autopay

## Account Details

| | | | | |
|---|---|---|---|---|
| **BALANCE LAST STATEMENT** | | | | 96.62 |
| **PAYMENTS** | | | | |
| 06/25 | Credit Card Pymt | | | -96.62 |
| **Previous Balance** | | | | **$   0.00** |
| **CURRENT MONTHLY CHARGES** | | Retail | Savings | You Pay |
| **Internet** | | | | |
| 07/04 -08/03 | Optimum Internet | 89.99 | -55.00 | 34.99 |
| | 1 Gig Internet | | | 50.00 |
| | Modem Fee | | | 12.00 |
| | Smart Router | | | 0.00 |
| | Internet Credit | | -13.00 | -13.00 |
| **Other Services** | | | | |
| 07/04 -08/03 | Svc Protection | | | 6.99 |
| **Total Current Monthly Charges** | | | | **$  90.98** |
| **TAXES, FEES & OTHER CHARGES** | | | | |
| **Internet** | | | | |
| 07/04 -08/03 | Sales Tax | | | 0.72 |
| **Other Services** | | | | |
| 07/04 -08/03 | Sales Tax | | | 0.42 |
| **Other Charges** | | | | |
| 07/04 -08/03 | Network Enhancement Fee | | | 4.50 |
| **Total Taxes, Fees & Other Charges** | | | | **$   5.64** |
| **Total Amount Due** | | | | **$  96.62** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **optimum.net**

**Additional options:**

**Auto Pay**
Manage at optimum.net/autopay

**Support App**
Download at optimum.net/supportapp

**In Person**
Visit optimum.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Send your payment with remit slip at least one week prior to the due date to avoid late fees

**Please turn over for payment.**



optimum.

*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV ▆▆▆▆▆▆



You've got questions.
We've got answers.

Just click "Message Us" at
optimum.net/chat

**optimum.**

**CHERI EDENS**
Account Number: ▮▮▮▮▮▮▮▮
Total Amount Due: **$96.62**

## Account Details...continued



## Stay connected and informed

Get important text messages about your account, appointments, and service.



Sign up at
**optimum.com/preferences**

## Optimum Updates

CLASS ACTION SETTLEMENT NOTICE. You may have a right to receive a cash payment as part of the settlement of a lawsuit regarding the Network Enhancement Fee or Network Access Surcharge charged to certain internet customers and the Broadcast Station Programming Surcharge, TV Broadcast Fee, Sports Programming Surcharge, and/or Regional Sports Network Fee charged to certain television customers. For more information about the lawsuit and the settlement, including how to submit a claim, exclude yourself from the settlement, or object to the settlement, visit the settlement website at OptimumSuddenlinkFeeSettlement.com or call (833) 549-9657.

The Federal Government's Affordable Connectivity Program (ACP) operated by the FCC reduces Internet charges for qualifying low-income households with a one per household benefit up to $30/mo or up to $75/mo for residents of Tribal Lands. The benefit is portable from one participating provider to another but cannot be transferred to another individual or household even if they qualify. ACP eligibility requirements, how to enroll and plans that may be free with the benefit can be found at optimum.com/acp. Qualifying households will be subject to Optimum's undiscounted rates and general terms and conditions if they disqualify, de-enroll, transfer their benefit to another provider without canceling service, or if the program ends.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at optimum.net.

---

Please return this section with your payment. Be sure the address below is in the return envelope window.

**optimum.**



### Mailing Your Payment

| | |
|---|---|
| Account Number: | ▮▮▮▮▮▮ |
| Payment Due Date: | **July 27, 2023** |
| Total Amount Due: | **$96.62** |

**Amount Enclosed $** _____

Make checks payable to Optimum.

000-06-23-A-C

OPTIMUM
PO BOX 70340
PHILADELPHIA PA 19176-0340

▮▮▮▮▮▮▮▮▮▮   9 0009662   4

**optimum.**

**CHERI EDENS**
Account Number: ██████████
Total Amount Due: **$96.62**

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at optimum.com/terms.

Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at optimum.com/pricing-packages.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit optimum.com/terms-of-service/residential. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at optimum.com/pricing-packages. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.

Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**
For immediate closed captioning issues, contact us: 1-888-420-0777 (phone), 516-803-1682 (fax) or CCQuestions@alticeusa.com. Mail written closed captioning complaints to: Vinny Guerrera, Director Executive Customer Relations / 200 Jericho Quadrangle, Jericho, NY 11753

# Whether you're on the couch or on the go, get answers about your service 24/7.



### Manage your account

Upgrade your service, view and pay your bill, set your communication preferences, manage your home WiFi network, and more at **optimum.net**



### Optimum Support App

Download at **optimum.net/supportapp** and manage your account right from your mobile device



### Message us

Get help and answers online instantly from Optimum experts at **optimum.net/chat**



### Support

Find answers to common questions with helpful articles, install guides, and more at **optimum.net/support**

# optimum.

Access Code: ▮▮▮
Account Number: ▮▮▮▮▮▮▮▮▮

CHERI EDENS
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
SAINT ALBANS WV ▮▮▮▮▮▮▮▮

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 08/04/23 - 09/03/23 | August 27, 2023 | $95.84 |

| Previous Balance & Payments | | $0.00 |
|---|---|---|
| Balance Last Statement | | $96.62 |
| Payment(s) Received By  07/28/2023 | | -$96.62 |
| **New Charges** | | $95.84 |
| **Total Amount Due** | | **$95.84** |

☐ **You're enrolled in Paperless Billing.**

☐ **Sign up now for Auto Pay at**
**optimum.net/autopay**

## Account Details

| BALANCE LAST STATEMENT | | | | 96.62 |
|---|---|---|---|---|
| **PAYMENTS** | | | | |
| 07/21 | Credit Card Pymt | | | -96.62 |
| **Previous Balance** | | | | $   0.00 |
| **CURRENT MONTHLY CHARGES** | | Retail | Savings | You Pay |
| **Internet** | | | | |
| 08/04 -09/03 | Optimum Internet | 89.99 | -55.00 | 34.99 |
| | 1 Gig | | | 50.00 |
| | Modem Fee | | | 12.00 |
| | Smart Router | | | 0.00 |
| | Internet Credit | | -13.00 | -13.00 |
| **Other Services** | | | | |
| 08/04 -09/03 | Svc Protection | | | 6.99 |
| **Total Current Monthly Charges** | | | | $  90.98 |
| **TAXES, FEES & OTHER CHARGES** | | | | |
| **Internet** | | | | |
| 08/04 -09/03 | Sales Tax | | | -0.06 |
| **Other Services** | | | | |
| 08/04 -09/03 | Sales Tax | | | 0.42 |
| **Other Charges** | | | | |
| 08/04 -09/03 | Network Enhancement Fee | | | 4.50 |
| **Total Taxes, Fees & Other Charges** | | | | $   4.86 |
| **Total Amount Due** | | | | $  95.84 |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **optimum.net**

**Additional options:**

**Auto Pay**
Manage at optimum.net/autopay

**Support App**
Download at optimum.net/supportapp

**In Person**
Visit optimum.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Send your payment with remit slip at least one week prior to the due date to avoid late fees

◥ Please turn over for payment. ◤

# optimum.

*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
▮▮▮▮▮▮▮▮▮▮▮▮▮
SAINT ALBANS WV ▮▮▮▮▮▮



You've got questions.
We've got answers.

Just click "Message Us" at
optimum.net/chat

# optimum.

**CHERI EDENS**
Account Number: ███████████
Total Amount Due: **$95.84**

## Account Details...continued





## Optimum Updates

The Federal Government's Affordable Connectivity Program (ACP) operated by the FCC reduces Internet charges for qualifying low-income households with a one per household benefit up to $30/mo or up to $75/mo for residents of Tribal Lands. The benefit is portable from one participating provider to another but cannot be transferred to another individual or household even if they qualify. ACP eligibility requirements, how to enroll and plans that may be free with the benefit can be found at optimum.com/acp. Qualifying households will be subject to Optimum's undiscounted rates and general terms and conditions if they disqualify, de-enroll, transfer their benefit to another provider without canceling service, or if the program ends.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at optimum.net.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at optimum.com/terms.

Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at optimum.com/pricing-packages.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit optimum.com/terms-of-service/residential. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at optimum.com/pricing-packages. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.
Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**
For immediate closed captioning issues, contact us: 1-888-420-0777 (phone), 516-803-1682 (fax) or CCQuestions@alticeusa.com. Mail written closed captioning complaints to: Vinny Guerrera, Director Executive Customer Relations / 200 Jericho Quadrangle, Jericho, NY 11753

**Please return this section with your payment. Be sure the address below is in the return envelope window.**





### Mailing Your Payment

Account Number: ███████████
Payment Due Date: **August 27, 2023**
Total Amount Due: **$95.84**

Amount Enclosed **$**

**Make checks payable to Optimum.**

**000-07-23-A-C**

OPTIMUM
PO BOX 70340
PHILADELPHIA PA 19176-0340

5  0009584        7

# optimum.

**Access Code:** ▮▮▮
**Account Number:** ▮▮▮▮▮▮▮

CHERI EDENS

SAINT ALBANS WV ▮▮▮▮▮▮

## Account Summary

| Billing Period | Due Date | Amount |
|---|---|---|
| 09/04/23 - 10/03/23 | September 27, 2023 | $95.84 |

| Previous Balance & Payments | | $0.00 |
|---|---|---|
| Balance Last Statement | | $95.84 |
| Payment(s) Received By  08/28/2023 | | -$95.84 |
| **New Charges** | | **$95.84** |
| **Total Amount Due** | | **$95.84** |

☐ **You're enrolled in Paperless Billing.**
☐ **Sign up now for Auto Pay at**
   **optimum.net/autopay**

## Account Details

| | | | | |
|---|---|---|---|---|
| **BALANCE LAST STATEMENT** | | | | 95.84 |
| **PAYMENTS** | | | | |
| 08/18 | Credit Card Pymt | | | -95.84 |
| **Previous Balance** | | | | $   0.00 |
| **CURRENT MONTHLY CHARGES** | | Retail | Savings | You Pay |
| **Internet** | | | | |
| 09/04 - 10/03 | Optimum Internet | 89.99 | -55.00 | 34.99 |
| | 1 Gig | | | 50.00 |
| | Modem Fee | | | 12.00 |
| | Smart Router | | | 0.00 |
| | Internet Credit | | -13.00 | -13.00 |
| **Other Services** | | | | |
| 09/04 - 10/03 | Svc Protection | | | 6.99 |
| **Total Current Monthly Charges** | | | | $  90.98 |
| **TAXES, FEES & OTHER CHARGES** | | | | |
| **Internet** | | | | |
| 09/04 - 10/03 | Sales Tax | | | -0.06 |
| **Other Services** | | | | |
| 09/04 - 10/03 | Sales Tax | | | 0.42 |
| **Other Charges** | | | | |
| 09/04 - 10/03 | Network Enhancement Fee | | | 4.50 |
| **Total Taxes, Fees & Other Charges** | | | | $   4.86 |
| **Total Amount Due** | | | | $  95.84 |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **optimum.net**

**Additional options:**

 **Auto Pay**
Manage at optimum.net/autopay

**My Optimum**
Download at optimum.net/myoptimum

**In Person**
Visit optimum.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Send your payment with remit slip at least one week prior to the due date to avoid late fees

⌐ **Please turn over for payment.** ¬

# optimum.

*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV ▮▮▮▮▮▮



You've got questions.
We've got answers.

Just click "Message Us" at
optimum.net/chat



**optimum.**

**CHERI EDENS**
Account Number: ███████████
Total Amount Due: **$95.84**

## Account Details...continued



# Stay connected and informed

Get important text messages about your account, appointments, and service.



Sign up at
**optimum.com/preferences**

## Optimum Updates

Protect yourself from payment scams. We've seen an increase in scammers claiming to be your service provider. Scammers may try to trick you into paying your Optimum bill through fraudulent phone numbers and third-party websites. Only use the payment options listed at optimum.net/waystopay to pay your bill. We'll never ask you to pay through gift cards, third-party applications, or wire transfers.

The Federal Government's Affordable Connectivity Program (ACP) operated by the FCC reduces Internet charges for qualifying low-income households with a one per household benefit up to $30/mo or up to $75/mo for residents of Tribal Lands. The benefit is portable from one participating provider to another but cannot be transferred to another individual or household even if they qualify. ACP eligibility requirements, how to enroll and plans that may be free with the benefit can be found at optimum.com/acp. Qualifying households will be subject to Optimum's undiscounted rates and general terms and conditions if they disqualify, de-enroll, transfer their benefit to another provider without canceling service, or if the program ends.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at optimum.net.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at optimum.com/terms.

Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at optimum.com/pricing-packages.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit optimum.com/terms-of-service/residential. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at optimum.com/pricing-packages. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.

Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**
For immediate closed captioning issues, contact us: 1-888-420-0777  (phone), 516-803-1682 (fax) or CCQuestions@alticeusa.com. Mail written closed captioning complaints to: Vinny Guerrera, Director Executive Customer Relations /  200 Jericho Quadrangle, Jericho, NY 11753

**Please return this section with your payment. Be sure the address below is in the return envelope window.**

**optimum.**





### Mailing Your Payment

Account Number: ████████████
Payment Due Date: **September 27, 2023**
Total Amount Due: **$95.84**

Amount Enclosed **$**

**000-08-23-A-C**

Make checks payable to Optimum.

OPTIMUM
PO BOX 70340
PHILADELPHIA PA 19176-0340

5  0009584       7

# optimum.

**Access Code:** ▉
**Account Number:** ▉

CHERI EDENS

SAINT ALBANS WV ▉

## Account Summary

| Billing Period | Due Date |
|---|---|
| 10/04/23 - 11/03/23 | October 27, 2023 |

| Previous Balance & Payments | |
|---|---|
| Balance Last Statement | $95.84 |
| Payment(s) Received By  09/28/2023 | $0.00 |
| **Past Due Amount** | **$95.84** |
| **New Charges** | **$95.84** |

| **Total Amount Due** | **$191.68** |
|---|---|
| (Please pay the past due amount of **$95.84** immediately to avoid service disruption) | |

☐ **You're enrolled in Paperless Billing.**
☐ **Sign up now for Auto Pay at optimum.net/autopay**

## Account Details

| **BALANCE LAST STATEMENT** | | | **$  95.84** |
|---|---|---|---|
| **CURRENT MONTHLY CHARGES** | Retail | Savings | You Pay |
| **Internet** | | | |
| 10/04 -11/03 Optimum Internet | 89.99 | -55.00 | 34.99 |
| 1 Gig | | | 50.00 |
| Modem Fee | | | 12.00 |
| Smart Router | | | 0.00 |
| Internet Credit | | -13.00 | -13.00 |
| **Other Services** | | | |
| 10/04 -11/03 Svc Protection | | | 6.99 |
| **Total Current Monthly Charges** | | | **$ 90.98** |
| **TAXES, FEES & OTHER CHARGES** | | | |
| **Internet** | | | |
| 10/04 -11/03 Sales Tax | | | -0.06 |
| **Other Services** | | | |
| 10/04 -11/03 Sales Tax | | | 0.42 |
| **Other Charges** | | | |
| 10/04 -11/03 Network Enhancement Fee | | | 4.50 |
| **Total Taxes, Fees & Other Charges** | | | **$  4.86** |
| **Total Amount Due** | | | **$191.68** |

## Ways to Pay

Pay your bill, upgrade your services and manage your account at **optimum.net**

**Additional options:**

**Auto Pay**
Manage at optimum.net/autopay

**My Optimum**
Download at optimum.net/myoptimum

**In Person**
Visit optimum.com/stores for a location near you

**Phone**
1.866.659.2861

**Mail**
Send your payment with remit slip at least one week prior to the due date to avoid late fees

 **Please turn over for payment.**

# optimum.

*1111 STEWART AVENUE*
*BETHPAGE NY 11714-3581*

**CHANGE SERVICE REQUESTED**

#BWNHGYM
#PGGABBAFGIGPE3#

CHERI EDENS
SAINT ALBANS WV ▉



# optimum.

**CHERI EDENS**
Account Number: ▓▓▓▓▓▓▓▓▓▓
Total Amount Due: **$191.68**

## Account Details...continued



# Stay connected and informed

Get important text messages about your account, appointments, and service.



Sign up at
**optimum.com/preferences**

## Optimum Updates

**Just a reminder, we have not received your payment.** If you have already paid your bill, kindly disregard this message. If not, please remit full payment immediately to continue receiving service and to avoid unnecessary fees. If the past due amount is not received by the pay by date on this bill, you will be charged a late fee. Please note that all equipment received at installation is the property of Optimum and must be returned if service is disconnected.

The Federal Government's Affordable Connectivity Program (ACP) operated by the FCC reduces Internet charges for qualifying low-income households with a one per household benefit up to $30/mo or up to $75/mo for residents of Tribal Lands. The benefit is portable from one participating provider to another but cannot be transferred to another individual or household even if they qualify. ACP eligibility requirements, how to enroll and plans that may be free with the benefit can be found at optimum.com/acp. Qualifying households will be subject to Optimum's undiscounted rates and general terms and conditions if they disqualify, de-enroll, transfer their benefit to another provider without canceling service, or if the program ends.

My Account is a one-stop shop for all your service and account needs. Pay your bill, manage appointments, sign up for text alerts and more at optimum.net.

**Payment Information**
Allow up to 3 days for payment to process once received. Bill payment confirms your acceptance of the Residential Services Agreement, viewable at optimum.com/terms.

Paying by check authorize us to use info on the check to make a one-time electronic funds transfer from your account or to process the payment as a check. If your check is returned unpaid, a fee up to $40 will be incurred. Insufficient fund fees can be found at optimum.com/pricing-packages.

**Billing Information**
You're billed each month in advance for the next month's services. Rates subject to change or discontinuance. Service cancellations are effective on the last day of the then current billing period. Promotion Credit subj. to change or discontinuance w/o notice; if expiration date shown, credit remains thru date if current service levels maintained. For more details, visit optimum.com/terms-of-service/residential. You'll be charged a late fee up to $10 if payment is not received by the due date on your bill. Late fee rates can be found at optimum.com/pricing-packages. You'll continue to be charged this fee on each subsequent past due bill if payment is not received by the due date indicated. Payments not received within 15 days of the due date may be sent to collections.

Your bill includes all government fees. TV Taxes and Fees includes an FCC fee and payments required under Altice's franchise agreement to support public, educational or government channels. Taxes and Fees are subject to change.

**Service Information**
For immediate closed captioning issues, contact us: 1-888-420-0777  (phone), 516-803-1682 (fax) or CCQuestions@alticeusa.com. Mail written closed captioning complaints to: Vinny Guerrera, Director Executive Customer Relations / 200 Jericho Quadrangle, Jericho, NY 11753

**Please return this section with your payment. Be sure the address below is in the return envelope window.**

# optimum.



## Mailing Your Payment

| | |
|---|---|
| Account Number: | ▓▓▓▓▓▓ |
| Past Due  **Please Pay Now:** | **$95.84** |
| Due By **October 27, 2023:** | **$95.84** |
| Total Amount Due: | **$191.68** |

**Amount Enclosed $**

**Make checks payable to Optimum.**

030-09-23-A-C

OPTIMUM
PO BOX 70340
PHILADELPHIA PA 19176-0340

5 0019168        0

# TV Service & Gig Internet Market

## optimum.

Residential Service & Equipment Rates*

Effective September 23, 2023

### TV Services and Packages* †

| | per month |
|---|---|
| Basic TV | $50.00[1a] |
| Standard Cable (Expanded Basic) | $60.00[1] |
| Core TV | $105.00[1] |
| Value TV | $110.00[1] |
| Select TV | $130.00[4] |
| Premier TV | $155.00[5] |
| Family Package | $10.00[6] |
| Movie Package | $10.00[6] |
| Sports & Info Package | $15.00[6] |
| Sports Plus Package | $5.00[7] |
| Español TV | $15.00[9] |
| Broadcast Station Programming Surcharge | $15.00[2a] |
| Sports Programming Surcharge | $6.65[2a] |

### Premium Channels*

| | per month |
|---|---|
| Max (incl. HBO) | $19.00[2b] |
| Cinemax | $17.00[1] |
| Showtime/The Movie Channel | $17.00[1] |
| Starz & Starz Encore | $17.00[1] |

### Pay-Per-View and On Demand* ³ ¹⁶

| | |
|---|---|
| New Release, Adult Movies, Events | varies |
| Hustler SVOD | $29.99 |
| Falcon SVOD | $29.99 |
| Stingray Karaoke | $7.00 |
| Anime Network On Demand | $6.95 |
| here! On Demand | $6.95 |
| Too Much for TV On Demand | $12.95 |
| Eros Now On Demand (New Release, Adult Movies, Events) | varies |
| Pay-Per-View | varies |

### DVR Services*

| | per month |
|---|---|
| Cloud DVR | $9.99[17] |
| Cloud DVR Plus | $17.99[17] |
| Cloud DVR Max | $21.99[17] |

### Internet Services* ¹¹ ²⁵

| | per month |
|---|---|
| 100 Mbps Internet | $89.99 |
| 200 Mbps Internet | $99.99 |
| 300 Mbps Internet | $109.99 |
| 400 Mbps Internet | $119.99 |
| 500 Mbps Internet | $129.99 |
| 1 Gig Internet | $139.99 |
| Optimum Advantage Internet | $14.99[11] |
| Network Enhancement Fee | $4.50[19] |

### Phone Services* ¹⁶

| | per month |
|---|---|
| Telephone Service Only | $50.95 |
| Second Line Service Fee | $19.95 |
| Listed Telephone Number | no charge |
| Non-Listed Telephone Number | $6.50 |
| Non-Published Telephone Number | $6.50 |
| Voice Mail | $5.00 |
| International Calling Plan | Varies[24] |

### Equipment & Extras*

| | per month |
|---|---|
| Optimum One | $24.00[2a] |
| Optimum TV Box | $12.00[2a] |
| Standard Digital Receiver | $13.00 |
| High Definition (HD) Receiver | $13.00 |
| HD/DVR Receiver/Service | $19.00 |
| Cable Card | $2.50 |
| TiVo Receiver | $19.00[2a] |
| TiVo Mini | $12.00[2a] |
| TiVo Stream | $19.00[2a] |
| DOCSIS Modem | $12.00 |
| Wireless Gateway | $12.00 |
| Optimum Extender | $3.00[2a] |
| HD DigitaLink | $7.00[2a] |
| Apple TV (One Time Purchase) | $130.00[14, 18] |
| Optimum Amplify | $15.00 |
| Optimum Stream | $12.00[YY] |
| Service Protection | $6.99 |
| Cable Guide | $3.99[2a] |

### Unreturned Equipment Fees

| | per each |
|---|---|
| Optimum One | $212.00[2a] |
| Optimum TV Box | $132.00[2a] |
| Standard Digital Receiver | $185.00 |
| High Definition (HD) Receiver | $185.00 |
| HD/DVR Receiver | $345.00 |
| Remote Control (Non-Optimum One) | $5.00 |
| Optimum One Remote Control | $12.00[2a] |
| Cable Card | $100.00 |
| TiVo Receiver | $185.00[2a] |
| TiVo DVR Receiver | $345.00[2a] |
| TiVo Mini | $150.00[2a] |
| TiVo Stream | $150.00[2a] |
| DOCSIS Modem | $100.00 |
| MTA – Phone Modem | $100.00 |
| Wireless Modem | $100.00 |
| Wireless Router | $80.00 |
| Ubee 1326 (Gateway 6) | $130.00[2a] |
| Ubee 1322 (Gateway 5) | $110.00[2a] |
| Ubee 1319 (Gateway 4) | $80.00[2a] |
| Optimum Extender | $75.00[2a] |
| HD DigitaLink | $50.00[2a] |

### Optimum Amplify

| | |
|---|---|
| Optimum Amplify | $399.00 |
| Optimum Stream | $70.00[YY] |

### Installation, Service & Other Charges*

| | |
|---|---|
| Professional Installation | $100.00 |
| Account Change | $25.00 |
| Directory Listing Change | $10.00 |
| Telephone Reconnect | $20.00 |
| Telephone Service Call | $50.00 |
| Activation Fee | $40.00 |
| Reconnect Service | $40.00 |
| 1st Outlet – New Install | $25.00 |
| Each Additional Outlet | $25.00 |
| Late Payment Fee | $10.00[20] |
| Returned Payment Charge | $30.00[21] |
| Paper Statement Fee | $1.00** |
| Restore Product (1-2 products) | $10.00 |
| Restore Product (3 products) | $15.00 |
| Service Call | $80.00 |
| Missed Service Appointment | $60.00 |
| Premier Protection & Support | $19.99 per month[14] |
| Home Entertainment Protection & Support | $9.99 per month[14] |
| Premier Technical Support | $17.99 per month[14] |

### Home Security Services*

| | per month |
|---|---|
| Optimum Home Security | $50.00[2a] |
| Add On Products | varies |

* All product availability varies by area. Please call for most up-to-date offerings in your area.

† TV package and channel lineup availability vary by market. For details on what's available in your area, visit optimum.com/tvlineup.

1. Requires subscription to Basic TV or to Standard Cable/Optimum Value or higher, depending on the market. Not available in all areas.
2. Includes Basic TV. Not available in all areas.
3. Content is Basic TV plus Standard Cable. Not available in all areas.
4. Content is Basic TV, Standard Cable, Family Package, and Movie Package. Not available in all areas.
5. Content is Basic TV, Standard Cable, Family Package, Movie Package, Sports & Info Package, and Max (incl. HBO). Not available in all areas.
6. Requires subscription to Standard Cable/Value TV or higher. May be called "Variety Package." Not available in all areas.
7. Requires subscription to Sports & Info Package. Not available in all areas.
8. Requires subscription to Standard Cable/Value TV or higher. Not available in all areas.
9. Requires subscription to Basic TV or higher. Not available in all areas.
11. Optimum Advantage Internet has download speeds up to 50 Mbps and upload speeds up to 5 Mbps. Not available in all markets. Subject to eligibility requirements.
12. For full details on current speed offerings, visit optimum.com/internet-packages-speed-details. Existing customers may be on different speeds that are no longer offered.
16. Not available in all areas.
17. Requires Optimum One or Optimum TV Box. Not available in all areas.
18. Requires video service and Optimum One or Optimum TV Box.
19. Applies to customers with Internet service. Select offers excluded.
20. Late Payment Fee is $10.00 unless otherwise noted; $2.00 in West Virginia, $4.75 in California, $5.00 in Kansas, and $6.00 in Oklahoma.
21. Fee may vary by area.
22. Applies only to Basic TV. Not available in all areas. Max for Optimum TV customers includes HBO Channels, HBO On Demand, and access to the Max app. Max for Optimum Online customers, without Optimum TV, only includes access to the Max app.
24. Does not apply to customers on standard rates for their base TV package as of 9/13/2021.
25. Advertised max speed for wired connection. Actual speeds, including over WiFi, may vary and are not guaranteed.
26. Varies by destination per minute. Current rates can be found at optimum.com/international-rates.
** Applies to customers receiving a paper bill. Does not apply to customers in West Virginia.
YY Not available for Optimum TV Customers. Not available in all areas

 **We're here to help. Learn more at optimum.net/support**