IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**CHERI MICHELLE EDENS, and others similarly situated,**

    **Plaintiff,**

v.

**CEBRIDGE ACQUISITION, LLC,
CEQUEL III COMMUNICATIONS I, LLC,
CEQUEL III COMMUNICATIONS II, LLC,
& ALTICE USA,**

    **Defendants.**

Civil Action No: 2:22-cv-00101

Hon. Thomas E. Johnston

**AFFIDAVIT OF RAYMOND LARSEN IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION**

State of New York   )
                             ) ss.
County of Suffolk    )

PERSONALLY APPEARED BEFORE THE UNDERSIGNED AUTHORITY, RAYMOND LARSEN, who after first having been duly sworn, does hereby depose and state under oath the following based on his own personal knowledge:

1. I submit this affidavit in support of Defendants' Motion to Compel Arbitration and to Stay Litigation. The statements made in this affidavit are based on my personal knowledge, review of records kept in the ordinary course of business, and/or information brought to my attention by individuals upon whom I regularly rely. If called as a witness, I could and would testify to their truth.

2. I am employed by Altice USA, Inc. ("Altice") as Manager - Executive Customer Relations. In that role, I am familiar with records of communications sent to customers who place orders for Suddenlink or Optimum service. From my responsibilities, I am also familiar with

1

Altice's corporate records related to customers' orders for, and installation, activation, and cancellation of, Suddenlink or Optimum service, which were created or maintained by Altice in the regular course of business.

3. Attached as **Exhibit A** is a true and correct copy of a March 30, 2020 order confirmation email sent to Cheri Edens, the plaintiff in this action. Some of Ms. Edens's personal information has been redacted to protect her privacy.

FURTHER THE AFFIANT SAYETH NAUGHT.

_____
Raymond Larsen

SUBSCRIBED AND SWORN to before me this  2  day of January, 2024.

_____
Notary Public

BONNIE CLAIRE ZELLNER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6424367
Qualified in Suffolk County
My Commission Expires 11/1/25

2

# EXHIBIT A

**Communication History**



Everything you need to know about your order.

# Your order confirmation is as easy as 1-2-3.

## 1 Account Information

**Name**
CHERI EDENS
55 Riverbend Blvd
Saint Albans, WV 25177-3584

**Account number**

**Access code**

**Appointment date & technician arrival window**
Friday, April 03, 2020
2pm-5pm

## Order Details

| Total monthly recurring charges | $88.49 |

This is what you can expect to see on your bill every month before taxes unless a change is made to your account.

**TV**

| | |
|---|---|
| $50 Amazon.com Gift Card | $0.00 |

**Internet**

| | |
|---|---|
| Internet 1 Gig | $50.00 |
| Internet | $34.99 |
| Network Enhancement Fee | $3.50 |
| Unlimited Internet Allowance | $0.00 |

| | |
|---|---|
| **Total one-time charges** | **$0.00** |
| 32-Channel Gateway | $0.00 |
| Standard Internet Installation | $0.00 |

| | |
|---|---|
| **Total first bill charges** | **$88.49*** |

| | |
|---|---|
| **Balance due with your next bill** | **$88.49*** |

*Taxes and fees are not reflected in this total.

# 3 Appointment Information

Your Suddenlink service(s) will be installed on:

**Date:** Friday, April 03, 2020
**Technician arrival window:** 2pm-5pm

We will be sending reminders with important information regarding your upcoming appointment.



We know that sometimes things change.
Call us at 1-888-595-7390 .

 





Visit suddenlink.com/terms-and-policies for information
about your new Suddenlink services, including our General Terms
& Conditions of Service, Customer Privacy Notice, E-911 information for Phone customers and more.

For more details, click here.

Please do not reply to this email as this mailbox is not monitored.

This email was sent to you because it contains important information about your account or service and cannot be unsubscribed from.

Suddenlink is a registered trademark of Suddenlink Communications, a subsidiary of Altice USA, Inc. ©2020 Suddenlink Communications. Altice USA is located at 1 Court Square West, Long Island City, NY 11101.

 Customer Privacy Notice

| | |
|---|---|
| Send To | ███████@gmail.com |
| Date Sent | 03-30-2020 09:55:58 |
| Source App | TIBCOOCE |

(c)2012 CSC Holdings, LLC.