**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

CHERI MICHELLE EDENS,

Plaintiff,

v. CIVIL ACTION NO. 2:22-cv-00101

CEBRIDGE ACQUISITION, LLC, et al.,

Defendants.

**DISMISSAL ORDER**

On October 13, 2025, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 55.) The stipulation of dismissal is signed by counsel for all parties. (*See id.*) Accordingly, the Court **DISMISSES** this case **WITH PREJUDICE** and **DIRECTS** the Clerk to remove this case from the Court's docket. The telephonic status conference currently scheduled for Wednesday, October 15, 2025, is **CANCELLED**.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 14, 2025

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE